1  WILLIAM BLUMENTHAL
   General Counsel
2
   Kerry O'Brien (Cal. Bar No. 149264)
3  Federal Trade Commission
   901 Market Street, Suite 570
4  San Francisco, CA 94103
   Telephone: (415) 848-5189
5  Fax: (415) 848-5184
   E-mail address: kobrien@ftc.gov
6
   Sarah Schroeder (Cal. Bar No. 122209)
7  Federal Trade Commission
   901 Market Street, Suite 570
8  San Francisco, CA 94103
   Telephone: (415) 848-5100
9  Fax: (415) 848-5184
   E-mail address: sschroeder@ftc.gov
10
   Attorneys for Plaintiff
11 Federal Trade Commission

ORIGINAL
FILED

FEB - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SI

12          **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
13               **San Francisco Division**

14 FEDERAL TRADE COMMISSION,

15      Plaintiff,                          Case No.  CV  08  0822

16      v.

17 MEDLAB, INC.,                           **COMPLAINT FOR INJUNCTIVE**
                                           **AND OTHER EQUITABLE**
18 PINNACLE HOLDINGS, INC.,                **RELIEF**

19 METABOLIC RESEARCH ASSOCIATES,
   INC.,
20
   U.S.A. HEALTH, INC., and
21
   L. SCOTT HOLMES,
22 individually and as an officer of Medlab, Inc.;
   Pinnacle Holdings, Inc.; Metabolic Research
23 Associates, Inc.; and U.S.A. Health, Inc.,

24      Defendants.

25

26      Plaintiff, the Federal Trade Commission ("FTC"), through its undersigned attorneys,

27 alleges as follows:

28      1.      Plaintiff FTC brings this action under Section 13(b) of the Federal Trade

**Complaint**                                           **Page 1 of 10**

1  Commission Act ("FTC Act"), 15 U.S.C. § 53(b), to secure a permanent injunction, rescission of

2  contracts, restitution, disgorgement of ill-gotten gains, and other equitable relief against the

3  Defendants for engaging in deceptive acts or practices and false advertising in connection with

4  the advertising, marketing, and sale of a dietary supplement, which purports to cause rapid,

5  substantial, and permanent weight loss, in violation of Sections 5(a) and 12 of the FTC Act, 15

6  U.S.C. §§ 45(a) and 52.

### JURISDICTION AND VENUE

8      2.    This Court has subject matter jurisdiction over this matter pursuant to 15 U.S.C.

9  §§ 45(a), 52, and 53(b), and 28 U.S.C. §§ 1331, 1337(a), and 1345.

10      3.    Venue in the Northern District of California is proper under 15 U.S.C. § 53(b) and

11  28 U.S.C. §§ 1391(b) and (c).

### INTRADISTRICT ASSIGNMENT

13      4.    The claims are based on violations that were directed at residents of San Francisco

14  and elsewhere.

### THE PARTIES

16      5.    Plaintiff, the Federal Trade Commission, is an independent agency of the United

17  States Government created by statute. *See* 15 U.S.C. §§ 41-58. The FTC enforces Section 5(a)

18  of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or practices in or

19  affecting commerce. The FTC also enforces Section 12 of the FTC Act, 15 U.S.C. § 52, which

20  prohibits false advertisements for food, drugs, devices, services, or cosmetics in or affecting

21  commerce. The FTC, through its attorneys, may initiate federal district court proceedings to

22  enjoin violations of the FTC Act and to secure such equitable relief, including rescission of

23  contracts, restitution, and disgorgement of ill-gotten gains, as may be appropriate in each case.

24  15 U.S.C. § 53(b).

25      6.    Defendant Medlab, Inc. ("Medlab") is a closely-held Georgia corporation located

26  at 78030 Calle Cadiz, La Quinta, California 92253. At all times relevant to this Complaint,

27  Medlab has marketed, distributed, and/or sold weight loss products to consumers throughout the

28  United States. Medlab transacts or has transacted business in the Northern District of California.

1    7.    Defendant Pinnacle Holdings, Inc. ("Pinnacle") is a closely-held Georgia

2  corporation located at 78030 Calle Cadiz, La Quinta, California 92253.  At all times relevant to

3  this Complaint, Pinnacle has advertised, marketed, distributed, and/or sold weight loss products

4  to consumers throughout the United States.  Pinnacle transacts or has transacted business in the

5  Northern District of California.

6    8.    Defendant Metabolic Research Associates, Inc. ("MRA") is a closely-held

7  Georgia corporation located at 78030 Calle Cadiz, La Quinta, California 92253.  At all times

8  relevant to this Complaint, MRA has advertised, marketed, distributed, and/or sold weight loss

9  products to consumers throughout the United States.  MRA transacts or has transacted business

10  in the Northern District of California.

11    9.    Defendant U.S.A. Health, Inc. ("USA Health") is a closely-held Georgia

12  corporation located at 78030 Calle Cadiz, La Quinta, California 92253.  At all times relevant to

13  this Complaint, USA Health has advertised, marketed, distributed, and/or sold weight loss

14  products to consumers throughout the United States.  USA Health transacts or has transacted

15  business in the Northern District of California.

16    10.    At all times material to this Complaint, Defendants Medlab, Pinnacle, MRA, and

17  USA Health ("corporate defendants") have acted as a common enterprise.  They share and have

18  shared officers, employees, and office locations; and are commonly controlled and have

19  participated in a common scheme while engaging in the deceptive acts and practices alleged

20  below.  Defendants, therefore, are jointly and severally liable for said acts and practices.

21    11.    Defendant L. Scott Holmes is president, director, secretary and treasurer of each

22  Corporate Defendant.  His business address is the same as that of the Corporate Defendants.  At

23  all times relevant to this Complaint, acting individually or in concert with others, Mr. Holmes has

24  formulated, directed, participated in, or had authority to control, the policies, acts, or practices of

25  the Corporate Defendants, including the various acts and practices set forth herein.  Mr. Holmes

26  transacts or has transacted business in the Northern District of California.

27                                   **COMMERCE**

28    12.    The acts and practices of the Defendants, as alleged herein, have been in or

**Complaint**                                              **Page 3 of  10**

1  affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

2  **DEFENDANTS' COURSE OF CONDUCT**

3      13.    Since at least 2005 and continuing thereafter, Defendants have advertised,

4  promoted, offered for sale, sold, and distributed a purported weight loss product to the public

5  throughout the United States.  Defendants have marketed this product under a variety of names

6  including Zyladex Plus, Questral AC, Questral AC Fat Killer Plus, Rapid Loss 245, and Rapid

7  Loss $R_x$ (hereinafter, collectively "Defendants' Weight Loss Product").

8      14.    Defendants' Weight Loss Product is an oral tablet, which, according to

9  Defendants, contains a propriety blend of ingredients, including kola nut, citrus aurantium (also

10  known as bitter orange), cornflower, bladderwrack, green tea extract, white willow bark,

11  eleutherococcus senticosis, l-tyrosine, yerba mate, and kelp.  Defendants typically sold

12  Defendants' Weight Loss Product for $19.95 for a 30-day supply, $37.95 for a 60-day supply,

13  and $54.95 for a 90-day supply.

14      15.    To induce consumers to purchase Defendants' Weight Loss Product the

15  Defendants have disseminated or caused to be disseminated, among other things, print

16  advertisements appearing in Sunday newspaper supplements, including SmartSource

17  by News America Marketing FSI, Inc.  These advertisements include, but are not limited to, the

18  attached Exhibits A through U and contain, among other things, the following or similar

19  statements:

20      a.    ***Lose up to 15 pounds a week*** . . . .

21      (Exhibit A; *see also* Exhibit F (Spanish version of Exhibit A); Exhibits G-

22      K, S (similar statements))

23      b.    SLIM DOWN as much as 18 lbs. in a SINGLE WEEK . . . .

24      (Exhibits L, N, O, Q; *see also* Exhibits P, U (similar statements))

25      c.    **Not Even Total Starvation Can Slim You Down and Firm You Up This Fast -**

26      **This Safe!**

27      (Exhibits A-E, G-K; *see also* Exhibit F (Spanish version of Exhibit A))

28      d.    **THE FUTURE OF WEIGHT LOSS IS HERE**

1  NO CALORIE COUNTING . . .

2  NO STARVATION DIETS

3      (Exhibits A-E; *see also* Exhibit F (Spanish version of Exhibit A))

4  e.  LOOK HOW EASY IT IS...

5      * NO SKIPPING MEALS

6      * NO CARB COUNTING

7      * NO SPECIAL FOODS TO BUY AT OUTRAGEOUS PRICES

8      (Exhibits G-K)

9  f.  As much as 4 inches and 50% of all excess fat gone in 14 days!

10      (Exhibits A-E; *see also* Exhibit F (Spanish version of Exhibit A); Exhibits

11      G-K (similar statements))

12  g.  *Melt away fat 3 times faster than jogging 4 miles a day, 12 times faster than a full*

13      *hour of military aerobics!*

14      (Exhibits A-E, G-K; *see also* Exhibit F (Spanish version of Exhibit A))

15  h.  *If you can take two tiny pills per day, you can lose ALL the weight you want!*

16      (Exhibits N, S; *see also* Exhibit L (similar statement))

17  i.  * NO DIETING * NO EXERCISE

18      (Exhibits L, N, S; *see also* Exhibits Q, U (similar statements))

19  j.  **They Lost 216 lbs**

20      **. . . Without Dieting**

21      **. . . Without Exercise**

22      (Exhibit M; *see also* Exhibit R (similar statement))

23  k.  **Eat, Eat, Eat!**  Never skip a meal as the Rapid Loss $R_x$ prescription turns your

24      body into a calorie burning incinerator so pounds and inches begin to disappear

25      right before your very eyes.

26      (Exhibit O)

27  l.  **Patient Testimonials**

28      . . . . Questral AC Fat Killer Plus is the hottest *NEW* weight loss product

Complaint                                                    **Page 5 of 10**

1    anywhere.  Users of Questral AC Fat Killer Plus proclaimed substantial weight

2    loss within hours after taking the pills, awakening pounds thinner and inches

3    smaller in just 48 hours.  One testimonial revealed that a user lost an incredible 52

4    pounds in a mere 35 days.  Another formerly overweight person slimmed down an

5    amazing 5 sizes smaller in just 3 short weeks.  Success after success story

6    illustrates that Questral AC Fat Killer Plus with its formula for success work ultra-

7    fast.

8            (Exhibit T)

9    m.    FINALLY, YOU ARE ON YOUR WAY TO A BEAUTIFUL, SLIM FIGURE

10          OF A LIFETIME!

11            (Exhibits G-K; *see also* Exhibits A-E (similar statements), Exhibit F

12            (Spanish version of Exhibit A))

13   n.    Even if right now you need to lose 40 - 60 - 80 - 100 pounds or more, you owe it

14         to yourself and your loved ones to pick up the phone and call right now, because

15         this is the LAST WEIGHT REDUCING AD YOU WILL EVER HAVE TO

16         READ!

17            (Exhibits A-E; *see also* Exhibit F (Spanish version of Exhibit A), Exhibits

18            G-K (similar statements))

19   o.    LOSE ALL YOUR UNWANTED WEIGHT

20         AND KEEP IT OFF

21         OR YOUR MONEY BACK

22            (Exhibits A-E; *see also* Exhibit F (Spanish version of Exhibit A); Exhibit

23            L (similar statement))

24   p.    LIFETIME MONEY BACK GUARANTEE!

25         LOSE ALL YOUR UNWANTED WEIGHT OR

26         WE'LL BUY BACK YOUR EMPTY BOTTLES!

27         That's right!  Your satisfaction is guaranteed for life!

28            (Exhibits G-K)

**Complaint**                                                                **Page 6 of  10**

q.  To lose all your unwanted weight and keep it off forever, the only lifestyle change YOU have to make is to take two tiny tasteless caplets per day.

   (Exhibits L, N, S)

r.  Now YOU can finally conquer the self-defeating, unhealthy Yo-Yo cycle of temporary weight loss.

   (Exhibit M; *see also* Exhibits O, Q, T (similar statements))

s.  . . . this new slimming program offers *real* hope to all who have tried in vain to lose weight and keep it off.

   (Exhibit R; *see also* Exhibit M (similar statement))

t.  For the Last Time You Will Ever Need to Lose Weight.

   (Exhibits L, N, S)

u.  ***Powerful, Clinically Proven Results***

   (Exhibits C-E)

v.  FAST, IMMEDIATE RESULTS. . .

   GUARANTEED!

   Clinical studies prove it. . . . [It] works so fast you can actually LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS . . . .

   (Exhibits A-B; *see also* Exhibits C-E (similar statements), Exhibit F (Spanish version of Exhibit A))

w.  Read the evidence in *The International Journal of Obesity*. . . . This latest weapon in the *"War Against Obesity"* literally *forced* test subjects to **lose 5 times more weight** than those not taking the pill. Even more astonishing is the fact that this *five hundred percent increase in weight loss* occurred even though participants were specifically instructed not to exercise or diet!

   (Exhibits L, N; *see also* Exhibit S (similar statement); Exhibits M, Q, R (also cite *International Journal of Obesity*))

x.  The studies prove it and we know it to be fact . . . [the product] works!

   (Exhibits L, N, S)

y.    The company needs to verify the results of their clinical study that demonstrates that those who take Rapid Loss $R_x$ lose incredible amounts of weight without diet or exercise.

(Exhibit P)

z.    **Fast N' Easy Weight Loss**

Whether you want to lose 20, 40, 60, even 100 pounds or more, Questral AC Fat Killer Plus helps take the pangs out of losing weight. Patients in our recent clinical study reported losing unprecedented amounts of weight without dieting or exercise.

(Exhibit T)

## DEFENDANTS' VIOLATIONS OF THE FTC ACT

16.    Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits unfair or deceptive acts or practices in or affecting commerce. Section 12(a) of the FTC Act, 15 U.S.C. § 52(a), prohibits the dissemination of any false advertisement in or affecting commerce for the purpose of inducing, or which is likely to induce, the purchase of food, drugs, devices, services, or cosmetics. For the purposes of Section 12 of the FTC Act, 15 U.S.C. § 52, Defendants' Weight Loss Product is either a "food" or "drug" pursuant to Section 15(b) and (c) of the FTC Act, 15 U.S.C. §§ 55(b), (c). As set forth below, the Defendants have engaged and are continuing to engage in such unlawful practices in connection with the advertising, marketing and sale of Defendants' Weight Loss Product.

## COUNT I

### False and Deceptive Weight-loss Claims

17.    Through the means described in Paragraph 15, including the statements and depictions contained in the advertisements attached as Exhibits A through U, among others, Defendants have represented, expressly or by implication, that:

a.    Defendants' Weight Loss Product causes users to lose substantial amounts of weight rapidly, including as much as 15 to 18 pounds per week and as much as 50% of all excess weight in just 14 days, without dieting or exercising.

b.    Defendants' Weight Loss Product causes permanent or long-term weight loss.

c.    Clinical studies prove that Defendants' Weight Loss Product causes users to lose substantial amounts of weight rapidly, including as much as 15 to 18 pounds per week and 50% of all excess weight in just 14 days, without dieting or exercising.

18.    The representations set forth in Paragraph 17 are false or were not substantiated at the time the representations were made.  Therefore, the making of the representations set forth in Paragraph 17 above constitutes a deceptive practice, and the making of false advertisements, in or affecting commerce, in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52.

**CONSUMER INJURY**

19.    Consumers throughout the United States have suffered and continue to suffer substantial monetary loss as a result of Defendants' unlawful acts or practices.  In addition, Defendants have been unjustly enriched as a result of their unlawful practices.  Absent relief by this Court, Defendants are likely to continue to injure consumers, reap unjust enrichment, and harm the public interest.

**THIS COURT'S POWER TO GRANT RELIEF**

20.    Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of the FTC Act.  The Court, in the exercise of its equitable jurisdiction, may award other ancillary relief, including, but not limited to, rescission of contracts, restitution, and the disgorgement of ill-gotten gains caused by Defendants' law violations.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff FTC, pursuant to Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), and the Court's own equitable powers, requests that the Court:

1.    Enter a permanent injunction to prevent future violations of the FTC Act by Defendants.

2.    Award such relief as the Court finds necessary to redress injury to consumers resulting from Defendants' violations of the FTC Act, including, but not limited to, rescission or

**Complaint**                                                                                   **Page 9 of 10**

1    reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-

2    gotten monies; and

3         3.    Award Plaintiff the costs of bringing this action, as well as such other and

4    additional relief as the Court may determine to be just and proper.

5

6                                    Respectfully submitted,

7

8                                    WILLIAM BLUMENTHAL
                                     General Counsel
9

10                                   JEFFREY A. KLURFELD
                                     Regional Director
11

12
     DATED: _February 6_, 200_8_              _K O'Brien_
13                                   KERRY O'BRIEN
14                                   SARAH SCHROEDER
                                     Attorneys for Plaintiff
15                                   Federal Trade Commission
                                     901 Market Street, Suite 570
16                                   San Francisco, CA 94103
                                     (415) 848-5100 (phone)
17                                   (415) 848-5184 (facsimile)

18

19

20

21

22

23

24

25

26

27

28

**Complaint**                                         **Page 10 of  10**

Exhibit A

WHO ELSE WANTS

# The New Skinny Pill



*Lose up to 15 pounds a week with the amazing formula that forces your body to release fat!*

An amazing obesity therapy dramatically speeds up the body's rate of fat burn-off. Developed at a prestigious European university, it is NOW AVAILABLE in the United States with a potent, pharmaceutical grade caplet called Zyladex Plus. By stopping the food you eat from turning into fat, this medical school caloric abatement formula sheds excess weight and carves away unwanted inches SO FAST, that in the first 48 hours alone, you can

**LOSE up to 1 FULL POUND EVERY 8 to 12 HRS**
**SHRINK DOWN A FULL SIZE SMALLER in just 24 HRS** plus
**TRIM up to 8 INCHES FROM YOUR BODY in just 4 DAYS**

## FAST, IMMEDIATE RESULTS... GUARANTEED!

Clinical studies prove it. You will see and feel immediate results... starting the very first day! In fact, the Zyladex Plus doctor designed therapy works so fast you can actually LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS and continue to trim away unwanted pounds and inches at such a staggering rate that

**Not Even Total Starvation Can Slim You Down and Firm You Up This Fast – This Safe!**

Approved for release by a FDA REGISTERED laboratory, Zyladex Plus is now available in the United States without a prescription. However, current supplies are severely limited. To take advantage of this important opportunity to finally win your war against fat and escape the guilt of past failures, you must act quickly.

## THE FUTURE OF WEIGHT LOSS IS HERE
### No CALORIE COUNTING ... No STARVATION DIETS



You'll feel like a million dollars as you watch your stubborn pockets of excess fat and flab disappear right before your very eyes! Look how easy it is:

• *STEP #1* – Wake Up Refreshed and Start the Day with One Tiny, Tasteless Caplet which helps set the stage for a fat-burning chain reaction throughout your entire body while the caloric abatement formula helps

---

### As much as 4 inches and 50% of all excess fat gone in just 14 days!

*NEUTRALIZE THE FAT BUILDING EFFECT IN ALL THE FOOD YOU EAT.*

• *STEP #2* – You Eat – Miss No Meals – Enjoy all sorts of food, morning, noon and night as this scientific design creates a NON-STOP HIGH LEVEL OF FAT BURN OFF ALL DAY LONG so pounds and inches vanish like never before.

• *STEP #3* – You Weigh and Then Measure Yourself Each Morning . . . and be amazed at the crash loss results. Because, starting after your very first caplet and your very first meal… you begin to burn off excess weight . . . melt away excess inches . . . as your body targets those ugly bulges of flab and dissolves pockets of hard set fat! FINALLY, YOU ARE ON YOUR WAY TO A LIFETIME OF SLIMNESS! So, if you are determined to once and for all:

**LOSE up to 10 INCHES OFF YOUR WAISTLINE**
**LOSE up to 8 INCHES OFF YOUR HIPS**
**LOSE up to 6 INCHES OFF YOUR THIGHS**
**LOSE up to 9 INCHES OFF YOUR STOMACH**

Even if right now you need to lose 40 - 60 - 80 -100 pounds or more, you owe it to yourself and your loved ones to pick up the phone and call right now, because this is the LAST WEIGHT REDUCING AD YOU WILL EVER HAVE TO READ!

### LOSE ALL YOUR UNWANTED WEIGHT AND KEEP IT OFF OR YOUR MONEY BACK

When we say NOT EVEN TOTAL STARVATION CAN SLIM YOU DOWN AND FIRM YOU UP THIS FAST – THIS SAFE – We Mean Every Word of It! With Zyladex Plus you'll loose all your unwanted weight and keep it off or you risk nothing. That's right! If you are dissatisfied for any reason whatsoever, simply return the merchandise within thirty days for a *No Questions Asked, Unconditional Refund of your product price.*

---

*Melt away fat 3 times faster than jogging 4 miles a day, 12 times faster than a full hour of military aerobics!*

### SAVE OVER 50% WHILE SUPPLIES LAST

As part of a continuing research test, if you agree to tell us how many pounds and inches you lose, CALL NOW to have Zyladex Plus rushed to your doorstep. You save over fifty percent. Plus, as a preferred customer, you receive these tremendous savings on all your future purchases – even if your doctor or pharmacist recommends Zyladex Plus and charges two or three times the special discount prices below. As an added bonus, to help you loose your weight and keep it off, shipping and handling are free when you order a 90 day supply. But you must act quickly before supplies run out to take advantage of these tremendous prices!

**ABSOLUTELY NO ORDERS WILL BE ACCEPTED AFTER CURRENT SUPPLIES ARE EXHAUSTED.**

Remember, with the Zyladex Plus money back guarantee, you have only pounds and inches to lose and a lifetime of slimness to gain. The final step is up to you. Don't miss out – Respond Today!

## CALL NOW FOR IMMEDIATE DELIVERY!

Operators are standing by 24 hours a day, 7 days a week

# 1-800-397-9955

VISA, MC, DISC., and **CHECKS ACCEPTED BY PHONE**
(Have your checkbook ready when calling)

Zyladex Plus, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

| | | |
|---|---|---|
| 30 Day Supply | ~~$49.95~~ | only $19.95 |
| 60 Day Supply | ~~$79.95~~ | only $37.95 |
| 90 Day Supply | ~~$119.95~~ | only $54.95 |

*FREE shipping on 90 day supplies*
All other orders add $5.95 S&H

IMPORTANT NOTICE: IF YOU READ NOTHING ELSE PLEASE READ THIS: PLEASE CONSULT A PHYSICIAN PRIOR TO USE AND HAVE YOUR PHYSICIAN CHECK YOU REGULARLY TO BE SURE YOU'RE NOT LOSING TOO MUCH WEIGHT TOO FAST. ZYLADEX PLUS IS FOR ADULT USE ONLY. PLEASE KEEP THIS AND ALL OTHER MEDICATIONS OUT OF THE REACH OF CHILDREN. DEPENDING ON CURRENT WEIGHT, EXCESS WEIGHT AND OTHER FACTORS, RESULTS WILL VARY FROM ONE INDIVIDUAL TO ANOTHER. THE MORE OVERWEIGHT A PERSON IS, THE FASTER HE OR SHE SHOULD LOSE WEIGHT. TO ACHIEVE BEST RESULTS, YOU SHOULD FOLLOW THE CALORIC ABATEMENT RECOMMENDATIONS, INCREASE ACTIVITY LEVEL AND NOT RELY ON PILL USE ALONE. THIS WEIGHT LOSS PLAN IS NOT DESIGNED TO DIAGNOSE OR ANALYZE ANY ILLNESS OR PATHOLOGY OF ANY KIND, NOR TO PROPOSE ANY METHOD OR TREATMENT OTHER THAN THAT WHICH YOU MAY CURRENTLY BE TAKING. ANY ONE IN GOOD HEALTH CAN FOLLOW THIS PROGRAM, HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION PRESCRIBED BY A DOCTOR SHOULD NOT FOLLOW THIS WEIGHT LOSS PLAN – NOR ANY OTHER WEIGHT LOSS PROGRAM - WITHOUT THE AUTHORIZATION AND/OR SUPERVISION OF A PHYSICIAN. ILLUSTRATIONS ARE BEST CASE SCENARIOS AND MAY NOT BE TYPICAL OF YOUR RESULTS. THIS ADVERTISEMENT IS NOT INTENDED AS MEDICAL ADVICE AS YOU SHOULD ALWAYS CONSULT YOUR PHYSICIAN. IS VOID WHERE PROHIBITED BY LAW AND THE RESALE OR REPACKAGING OF THIS WEIGHT LOSS PLAN WITHOUT PRIOR WRITTEN APPROVAL AND PROPER LICENSE COULD BE A VIOLATION OF STATE AND/OR FEDERAL LAW. COPYRIGHT 2005 MEDLAB, INC.

Exhibit A

# Exhibit B

**NEWS FLASH:** Prescription Grade Nutriceutical Approved for Immediate Release

# After Zyladex, You May Never Have to Diet Again!



*Melt away fat 3 times faster than jogging 4 miles a day, 12 times faster than a full hour of military aerobics!*

Reports of an amazing new pill that dramatically speeds up weight loss are sweeping the nation. This potent, pharmaceutical grade caplet is called Zyladex Plus. With its medical school caloric abatement formula, this remarkable skinny pill sheds excess weight and carves away unwanted inches SO FAST, that in the first 48 hours alone, you can

LOSE up to 1 FULL POUND EVERY 8 to 12 HRS
SHRINK DOWN A FULL SIZE SMALLER in just 24 HRS plus
TRIM up to 8 INCHES FROM YOUR BODY in just 4 DAYS

**FAST, IMMEDIATE RESULTS... GUARANTEED!**

Clinical studies prove it. You will see and feel immediate results... starting the very first day! In fact, the Zyladex Plus doctor designed therapy works so fast you can actually LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS and continue to trim away unwanted pounds and inches at such a staggering rate that

**Not Even Total Starvation Can Slim You Down and Firm You Up This Fast – This Safe!**

Approved for release by a FDA REGISTERED laboratory, Zyladex Plus is now available in the United States without a prescription. However, current supplies are severely limited. To take advantage of this important opportunity to finally win your war against fat and escape the guilt of past failures, you must act quickly.

**THE FUTURE OF WEIGHT LOSS IS HERE
No CALORIE COUNTING ...
No STARVATION DIETS**



You'll feel like a million dollars as you watch your stubborn pockets of excess fat and flab disappear right before your very eyes! Look how easy it is:

* *STEP #1* – Wake Up Refreshed and Start the Day with One Tiny, Tasteless Caplet which helps set the stage for a fat-burning chain reaction throughout your entire body while the caloric abatement formula helps

**As much as 4 inches and 50% of all excess fat gone in just 14 days!**

*NEUTRALIZE THE FAT BUILDING EFFECT IN ALL THE FOOD YOU EAT.*

* *STEP #2* – You Eat – Miss No Meals – Enjoy all sorts of food, morning, noon and night as this scientific design creates a NON-STOP HIGH LEVEL OF FAT BURN OFF ALL DAY LONG so pounds and inches vanish like never before.

* *STEP #3* – You Weigh and Then Measure Yourself Each Morning . . . and be amazed at the crash loss results. Because, starting after your very first caplet and your very first meal... you begin to burn off excess weight . . . melt away excess inches . . . as your body targets those ugly bulges of flab and dissolves pockets of hard set fat! FINALLY, YOU ARE ON YOUR WAY TO A LIFETIME OF SLIMNESS! So, if you are determined to once and for all:

LOSE up to 10 INCHES OFF YOUR WAISTLINE
LOSE up to 8 INCHES OFF YOUR HIPS
LOSE up to 6 INCHES OFF YOUR THIGHS
LOSE up to 9 INCHES OFF YOUR STOMACH

Even if right now you need to lose 40 - 60 - 80 -100 pounds or more, you owe it to yourself and your loved ones to pick up the phone and call right now, because this is the LAST WEIGHT REDUCING AD YOU WILL EVER HAVE TO READ!

**LOSE ALL YOUR UNWANTED WEIGHT
AND KEEP IT OFF
OR YOUR MONEY BACK**

When we say NOT EVEN TOTAL STARVATION CAN SLIM YOU DOWN AND FIRM YOU UP THIS FAST – THIS SAFE – We Mean Every Word of It! With Zyladex Plus you loose all your unwanted weight and keep it off or you risk nothing. That's right! An ironclad guarantee. If you are dissatisfied for any reason, simply return the merchandise for a *No Questions Asked Refund of your product price.*

*Melt away fat 3 times faster than jogging 4 miles a day, 12 times faster than a full hour of military aerobics!*

**SAVE OVER 50% WHILE SUPPLIES LAST**

As part of a continuing research test, if you agree to tell us how many pounds and inches you lose, CALL NOW to have Zyladex Plus rushed to your doorstep. You save over fifty percent. Plus, as a preferred customer, you receive these tremendous savings on all your future purchases – even if your doctor or pharmacist recommends Zyladex Plus and charges two or three times the special discount prices below. As an added bonus, to help you loose your weight and keep it off, shipping and handling are free when you order a 90 day supply. But you must act quickly before supplies run out to take advantage of these tremendous prices!

**ABSOLUTELY NO ORDERS WILL BE ACCEPTED AFTER CURRENT SUPPLIES ARE EXHAUSTED.**

Remember, with the Zyladex Plus money back guarantee, you have only pounds and inches to lose and a lifetime of slimness to gain. The final step is up to you. Don't miss out – Respond Today!

**CALL NOW FOR IMMEDIATE DELIVERY!**
Operators are standing by 24 hours a day, 7 days a week

# 1-800-405-7171

VISA, MC, DISC, and CHECKS ACCEPTED BY PHONE
(Have your checkbook ready when calling)

Zyladex Plus, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

| | | |
|---|---|---|
| 30 Day Supply | ~~$49.95~~ | only $19.95 |
| 60 Day Supply | ~~$79.95~~ | only $37.95 |
| 90 Day Supply | ~~$119.95~~ | only $54.95 |

FREE shipping on 90 day supplies
All other orders add $5.95 S&H

**IMPORTANT NOTICE:** IF YOU READ NOTHING ELSE PLEASE READ THIS. PLEASE CONSULT A PHYSICIAN PRIOR TO USE AND HAVE YOUR PHYSICIAN CHECK YOU REGULARLY TO BE SURE YOU'RE NOT LOSING TOO MUCH WEIGHT TOO FAST. ZYLADEX PLUS IS FOR ADULT USE ONLY. PLEASE KEEP THIS AND ALL OTHER MEDICATIONS OUT OF THE REACH OF CHILDREN. DEPENDING ON CURRENT WEIGHT, EXCESS WEIGHT AND OTHER FACTORS, RESULTS WILL VARY FROM ONE INDIVIDUAL TO ANOTHER. THE MORE OVERWEIGHT A PERSON IS, THE FASTER HE OR SHE SHOULD LOSE WEIGHT. TO ACHIEVE OPTIMUM RESULTS, YOU SHOULD FOLLOW THE CALORIC ABATEMENT PROGRAM, MEDICATIONS AND INCREASE ACTIVITY LEVEL. THIS WEIGHT LOSS PLAN IS NOT DESIGNED TO DIAGNOSE OR ANALYZE ANY ILLNESS OR PATHOLOGY OF ANY KIND, NOR TO PROPOSE ANY METHOD OR TREATMENT OTHER THAN THAT WHICH YOU MAY CURRENTLY BE TAKING. ANY ONE IN GOOD HEALTH CAN FOLLOW THIS PROGRAM. HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION PRESCRIBED BY A DOCTOR SHOULD NOT FOLLOW THIS WEIGHT LOSS PLAN – NOR ANY OTHER WEIGHT LOSS PROGRAM – WITHOUT THE AUTHORIZATION AND/OR SUPERVISION OF A PHYSICIAN. THIS ADVERTISEMENT IS NOT INTENDED AS MEDICAL ADVICE AS YOU SHOULD ALWAYS CONSULT YOUR PHYSICIAN. THE ILLEGAL PRACTICES HEREIN PROHIBITED BY LAW AND THE RESALE OR REPACKAGING OF THIS WEIGHT LOSS PLAN WITHOUT PRIOR WRITTEN APPROVAL AND PROPER LICENSE COULD BE A VIOLATION OF STATE AND/OR FEDERAL LAW. COPYRIGHT 2001 MEDLAB, INC.

Exhibit B

# Exhibit C

**NEWS FLASH**

# U.S. Patent Office: It's Official! Zyladex Plus is THE NEW SKINNY PILL®



*Melt away fat 3 times faster than jogging 4 miles a day, 12 times faster than a full hour of military aerobics!*

- *Powerful, Clinically Proven Results*
- *Mega Weight Loss Guaranteed - or It's FREE!*

WASHINGTON, D.C. The U.S. Patent and Trademark Office has officially awarded the tradename "The New Skinny Pill" to a nutraceutical research company for a weight loss product called Zyladex Plus. This amazing, new anti-obesity therapy dramatically speeds up the body's rate of caloric utilization. According to a recently published study, Zyladex alone is so effective that it increased weight loss five hundred percent without requiring users to diet or exercise.

By stopping the food that you eat from turning into fat, the Zyladex Plus medical school caloric abatement formula sheds excess weight and carves away unwanted inches SO FAST, that in the first 48 hours alone, you can

LOSE up to 1 FULL POUND EVERY 8 to 12 HRS
SHRINK DOWN A FULL SIZE SMALLER in just 24 HRS plus
TRIM up to 8 INCHES FROM YOUR BODY in just 4 DAYS

### FAST RESULTS GUARANTEED THE VERY FIRST DAY!

Clinical studies prove it: Zyladex users lost 5 times more weight without dieting and without any exercise. Zyladex Plus works so fast, you can actually LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS and continue to trim away unwanted pounds and inches at such a staggering rate that

Not Even Total Starvation Can Slim You Down and Firm You Up This Fast – This Safe!

Approved for release by a FDA REGISTERED laboratory, limited supplies of Zyladex Plus are now available. To take advantage of this opportunity to finally win your war against fat and escape the guilt of past failures, you must act quickly.

### THE FUTURE OF WEIGHT LOSS IS HERE
### NO CALORIE COUNTING
### NO STARVATION DIETS



Watch your stubborn pockets of excess fat and flab disappear right before your very eyes! Look how easy it is:

- *STEP #1* – Start the Day with One Tiny, Tasteless Caplet which helps set the stage for a fat-burning chain reaction throughout your entire body while the caloric abatement formula helps

---

**As much as 4 inches and 50% of all excess fat gone in just 14 days!**

*NEUTRALIZE THE FAT BUILDING EFFECT IN ALL THE FOOD YOU EAT.*

- *STEP #2* – You Eat – Miss No Meals – Enjoy all sorts of food, morning, noon and night as this scientific design creates a NON-STOP HIGH LEVEL OF FAT BURN OFF ALL DAY LONG so pounds and inches vanish like never before.

- *STEP #3* – You Weigh and Then Measure Yourself Each Morning . . . and be amazed at the crash loss results. Because, starting after your very first caplet and your very first meal. . . you begin to burn off excess weight . . . melt away excess inches . . . as your body targets those ugly bulges of flab and dissolves pockets of hard set fat! FINALLY, YOU ARE ON YOUR WAY TO A LIFETIME OF SLIMNESS! So, if you are determined to once and for all:

LOSE up to 10 INCHES OFF YOUR WAISTLINE
LOSE up to 8 INCHES OFF YOUR HIPS
LOSE up to 6 INCHES OFF YOUR THIGHS
LOSE up to 9 INCHES OFF YOUR STOMACH

Even if right now you need to lose 40 - 60 - 80 -100 pounds or more, you owe it to yourself and your loved ones to pick up the phone and call right now, because this is the LAST WEIGHT REDUCING AD YOU WILL EVER HAVE TO READ!

### LOSE ALL YOUR UNWANTED WEIGHT AND KEEP IT OFF OR YOUR MONEY BACK

When we say NOT EVEN TOTAL STARVATION CAN SLIM YOU DOWN and FIRM YOU UP THIS FAST – THIS SAFE – We Mean Every Word of It! With Zyladex Plus you'll loose all your unwanted weight and keep it off or you risk nothing. That's right! If you are dissatisfied for any reason whatsoever, simply return the merchandise within thirty days for a *No Questions Asked, Unconditional Refund of your product price.*

---

SAVE OVER 50% WHILE SUPPLIES LAST

As part of a continuing research test, if you agree to tell us how many pounds and inches you lose, CALL NOW to have Zyladex Plus rushed to your doorstep. You save over fifty percent. Plus, as a preferred customer, you receive these tremendous savings on all your future purchases – even if your doctor or pharmacist recommends Zyladex Plus and charges two or three times the special discount prices below. As an added bonus, to help you loose your weight and keep it off, shipping and handling are free when you order a 90 day supply. But you must act quickly before supplies run out to take advantage of these tremendous prices!

ABSOLUTELY NO ORDERS WILL BE ACCEPTED AFTER CURRENT SUPPLIES ARE EXHAUSTED.

Remember, with the Zyladex Plus money back guarantee, you have only pounds and inches to lose and a lifetime of slimness to gain. The final step is up to you. Don't miss out – Respond Today!

## CALL NOW FOR IMMEDIATE DELIVERY!

Operators are standing by 24 hours a day, 7 days a week

# 1-800-969-7997

VISA, MC, DISC, and **CHECKS ACCEPTED BY PHONE**
(Have your checkbook ready when calling)

Zyladex Plus, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

| | | |
|---|---|---|
| 30 Day Supply............ ~~$49.95~~ ...........only $19.95 | | |
| 60 Day Supply............ ~~$79.95~~ ...........only $37.95 | | |
| 90 Day Supply............ ~~$119.95~~ ...........only $54.95 | | |

FREE shipping on 90 day supplies
All other orders add $5.95 S&H

IMPORTANT NOTICE: IF YOU READ NOTHING ELSE PLEASE READ THIS: PLEASE CONSULT A PHYSICIAN PRIOR TO USE AND HAVE YOUR PHYSICIAN CHECK YOU REGULARLY TO BE SURE YOU'RE NOT LOSING TOO MUCH WEIGHT TOO FAST. ZYLADEX PLUS IS FOR ADULT USE ONLY. PLEASE KEEP THIS AND ALL OTHER MEDICATIONS OUT OF THE REACH OF CHILDREN. DEPENDING ON CURRENT WEIGHT, EXCESS WEIGHT AND OTHER FACTORS, RESULTS WILL VARY FROM ONE INDIVIDUAL TO ANOTHER. THE WEIGHT LOSS PLAN IS NOT DESIGNED TO DIAGNOSE OR ANALYZE ANY ILLNESS OR PATHOLOGY OF ANY KIND. NOR TO PROVIDE ANY OF THE MANY CLINICAL ABATEMENT RECOMMENDATIONS, INCREASE ACTIVITY LEVEL AND NOT RELY ON PILL USE ALONE. THIS WEIGHT LOSS PLAN IS NOT DESIGNED TO DIAGNOSE OR ANALYZE ANY ILLNESS OR PATHOLOGY OF ANY KIND, NOR TO PROVIDE ANY MEDICAL DIAGNOSIS, TREATMENT OR CURE FOR ANY CONDITION. IF YOU SUFFER FROM ANY CONDITION WHICH YOU MAY CURRENTLY BE TAKING, ANY ONE IS GOOD HEALTH CAN FOLLOW THIS PROGRAM, HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION PRESCRIBED BY A DOCTOR SHOULD NOT FOLLOW THIS WEIGHT LOSS PLAN - NOR ANY OTHER WEIGHT LOSS PROGRAM - WITHOUT THE AUTHORIZATION AND/OR SUPERVISION OF A PHYSICIAN. ILLUSTRATIONS ARE BEST CASE SCENARIOS AND MAY NOT BE TYPICAL OF YOUR RESULTS. THIS ADVERTISEMENT IS NOT INTENDED AS MEDICAL ADVICE AS YOU SHOULD ALWAYS CONSULT YOUR PHYSICIAN. IT IS VOID WHERE PROHIBITED BY LAW AND THE RESALE OR REPACKAGING OF THIS WEIGHT LOSS PLAN WITHOUT PRIOR WRITTEN APPROVAL AND PROPER LICENSE COULD BE A VIOLATION OF STATE AND/OR FEDERAL LAW. THE NEW SKINNY PILL IS A REGISTERED TRADEMARK OF MEDLAB, INC. COPYRIGHT 2006 MEDLAB, INC.

**Exhibit C**

# Exhibit D

Introducing THE NEW SKINNY PILL®

# THE ONLY NON PRESCRIPTION WEIGHT LOSS PILL SOLD IN AMERICA PROVEN TO WORK

- *Powerful, Clinically Proven Results*
- *Mega Weight Loss Guaranteed - or It's FREE!*



Tired of weight loss products that promise the world but don't deliver? Tired of spending your hard earned money on the latest weight loss "miracle" only to find out it doesn't work?

Now you can forget all those empty claims. What you are about to discover is the most significant advance in decades in the war against obesity. It's called Zyladex Plus and is certified as "The New Skinny Pill" by the U.S. Patent Office.

By stopping the food you eat from turning into fat, the Zyladex Plus medical school caloric abatement formula sheds excess weight and carves away unwanted inches SO FAST, that in the first 48 hours alone, you can

LOSE up to 1 FULL POUND EVERY 8 to 12 HRS SHRINK DOWN A FULL SIZE SMALLER in just 24 HRS plus TRIM up to 8 INCHES FROM YOUR BODY in just 4 DAYS

### FAST RESULTS GUARANTEED THE VERY FIRST DAY!

Clinical studies prove it: Zyladex Plus users lost 5 times more weight without dieting and without any exercise. It works so fast, you can actually LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS and continue to trim away unwanted pounds and inches at such a staggering rate that

Not Even Total Starvation Can Slim You Down and Firm You Up This Fast – This Safe!

Approved for release by a FDA REGISTERED laboratory, limited supplies of Zyladex Plus are now available. To take advantage of this opportunity to finally win your war against fat and escape the guilt of past failures, you must act quickly.

### THE FUTURE OF WEIGHT LOSS IS HERE No CALORIE COUNTING No STARVATION DIETS



You'll feel like a million dollars as you watch your stubborn pockets of excess fat and flab disappear right before your very eyes! Look how easy it is:

- *STEP #1* – Start the Day with One Tiny, Tasteless Caplet which helps set the stage for a fat-burning chain reaction throughout your entire body while the caloric abatement formula helps

**As much as 4 inches and 50% of all excess fat gone in just 14 days!**

*NEUTRALIZE THE FAT BUILDING EFFECT IN ALL THE FOOD YOU EAT.*

- *STEP #2* – You Eat – Miss No Meals – Enjoy all sorts of food, morning, noon and night as this scientific design creates a NON-STOP HIGH LEVEL OF FAT BURN OFF ALL DAY LONG so pounds and inches vanish like never before.

- *STEP #3* – You Weigh and Then Measure Yourself Each Morning . . . and be amazed at the crash loss results. Because, starting after your very first caplet and your very first meal... you begin to burn off excess weight . . . melt away excess inches . . . as your body targets those ugly bulges of flab and dissolves pockets of hard set fat! FINALLY, YOU ARE ON YOUR WAY TO A LIFETIME OF SLIMNESS! So, if you are determined to once and for all:

LOSE up to 10 INCHES OFF YOUR WAISTLINE
LOSE up to 8 INCHES OFF YOUR HIPS
LOSE up to 6 INCHES OFF YOUR THIGHS
LOSE up to 9 INCHES OFF YOUR STOMACH

Even if right now you need to lose 40 - 60 - 80 -100 pounds or more, you owe it to yourself and your loved ones to pick up the phone and call right now, because this is the LAST WEIGHT REDUCING AD YOU WILL EVER HAVE TO READ!

### LOSE ALL YOUR UNWANTED WEIGHT AND KEEP IT OFF OR YOUR MONEY BACK

When we say NOT EVEN TOTAL STARVATION CAN SLIM YOU DOWN AND FIRM YOU UP THIS FAST – THIS SAFE – We Mean Every Word of It! With Zyladex Plus you'll loose all your unwanted weight and keep it off or you risk nothing. That's right! If you are dissatisfied for any reason whatsoever, simply return the merchandise within thirty days for a *No Questions Asked, Unconditional Refund of your product price.*

*Melt away fat 3 times faster than jogging 4 miles a day, 12 times faster than a full hour of military aerobics!*

### SAVE OVER 50% WHILE SUPPLIES LAST

As part of a continuing research test, if you agree to tell us how many pounds and inches you lose, CALL NOW to have Zyladex Plus rushed to your doorstep. You save over fifty percent. Plus, as a preferred customer, you receive these tremendous savings on all your future purchases – even if your doctor or pharmacist recommends Zyladex Plus and charges two or three times the special discount prices below. As an added bonus, to help you loose your weight and keep it off, shipping and handling are free when you order a 90 day supply. But you must act quickly before supplies run out to take advantage of these tremendous prices!

ABSOLUTELY NO ORDERS WILL BE ACCEPTED AFTER CURRENT SUPPLIES ARE EXHAUSTED.

Remember, with the Zyladex Plus money back guarantee, you have only pounds and inches to lose and a lifetime of slimness to gain. The final step is up to you. Don't miss out – Respond Today!

## CALL NOW FOR IMMEDIATE DELIVERY!

Operators are standing by 24 hours a day, 7 days a week

# 1-800-667-8877

VISA, MC, DISC, and CHECKS ACCEPTED BY PHONE
(Have your checkbook ready when calling)

Zyladex Plus, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

| | | |
|---|---|---|
| 30 Day Supply | $49.95 | only $19.95 |
| 60 Day Supply | $79.95 | only $37.95 |
| 90 Day Supply | $119.95 | only $54.95 |

FREE shipping on 90 day supplies
All other orders add $5.95 S&H

IMPORTANT NOTICE: IF YOU READ NOTHING ELSE PLEASE READ THIS: PLEASE CONSULT A PHYSICIAN PRIOR TO USE AND HAVE YOUR PHYSICIAN CHECK YOU REGULARLY TO BE SURE YOU'RE NOT LOSING TOO MUCH WEIGHT TOO FAST. ZYLADEX PLUS IS FOR ADULT USE ONLY. PLEASE KEEP THIS AND ALL OTHER MEDICATIONS OUT OF THE REACH OF CHILDREN. DEPENDING ON CURRENT WEIGHT, EXCESS WEIGHT AND OTHER FACTORS, RESULTS WILL VARY FROM ONE INDIVIDUAL TO ANOTHER. THE MORE OVERWEIGHT A PERSON IS, THE FASTER HE OR SHE SHOULD LOSE WEIGHT. TO ACHIEVE BEST RESULTS, YOU SHOULD FOLLOW THE CALORIC ABATEMENT RECOMMENDATIONS, INCREASE ACTIVITY LEVEL AND NOT RELY ON PILLS ALONE. THIS WEIGHT LOSS PLAN IS NOT DESIGNED TO DIAGNOSE OR ANALYZE ANY ILLNESS OR PATHOLOGY OF ANY KIND, NOR TO PROPOSE ANY METHOD OR TREATMENT OTHER THAN THAT WHICH YOU MAY CURRENTLY BE TAKING. ANY ONE IN GOOD HEALTH CAN FOLLOW THIS PROGRAM, HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION PRESCRIBED BY A DOCTOR SHOULD NOT FOLLOW THIS WEIGHT LOSS PLAN – NOR ANY OTHER WEIGHT LOSS PROGRAM – WITHOUT THE AUTHORIZATION AND/OR SUPERVISION OF A PHYSICIAN. ILLUSTRATIONS ARE BEST CASE SCENARIOS AND MAY NOT BE TYPICAL OF YOUR RESULTS. THIS ADVERTISEMENT IS NOT INTENDED AS MEDICAL ADVICE AS YOU SHOULD ALWAYS CONSULT YOUR PHYSICIAN. IS VOID WHERE PROHIBITED BY LAW. USE OF THIS PRODUCT CONTRARY TO THE RECOMMENDATIONS OF THIS WEIGHT LOSS PLAN WITHOUT PRIOR WRITTEN APPROVAL. AND PROPER LICENSE COULD BE A VIOLATION OF STATE AND/OR FEDERAL LAW. THE NEW SKINNY PILL IS A REGISTERED TRADEMARK OF MEDLAB, INC. COPYRIGHT 2006 MEDLAB, INC.

Exhibit D

# Exhibit E

**NEWS FLASH**

# U.S. Patent Office: It's Official!  Zyladex is THE NEW SKINNY PILL*

- *Powerful, Clinically Proven Results*
- *Absolutely No Diet or Exercise Needed*
- *Mega Weight Loss Guaranteed - or It's FREE!*



WASHINGTON, D.C. The U.S. Patent and Trademark Office has officially awarded the tradename "The New Skinny Pill" to a nutraceutical research company for a weight loss product called Zyladex Plus. This amazing, new anti-obesity therapy dramatically speeds up the body's rate of caloric utilization. According to a recently published study, Zyladex alone is so effective that it increased weight loss five hundred percent without requiring users to diet or exercise.

By stopping the food you eat from turning into fat, the Zyladex Plus protocol with its medical school caloric abatement formula sheds excess weight and carves away unwanted inches SO FAST, that in the first 48 hours alone, you can

**LOSE up to 1 FULL POUND EVERY 8 to 12 HRS SHRINK DOWN A FULL SIZE SMALLER in just 24 HRS plus TRIM up to 8 INCHES FROM YOUR BODY in just 4 DAYS**

**FAST RESULTS GUARANTEED THE VERY FIRST DAY!**

Clinical studies prove it: Zyladex users lost 5 times more weight without dieting and without any exercise. Zyladex Plus works so fast, you can actually LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS and continue to trim away unwanted pounds and inches at such a staggering rate that

**Not Even Total Starvation Can Slim You Down and Firm You Up This Fast - This Safe!**

Approved for release by a FDA REGISTERED laboratory, limited supplies of Zyladex Plus are now available. To take advantage of this opportunity to finally win your war against fat and escape the guilt of past failures, you must act quickly.

**THE FUTURE OF WEIGHT LOSS IS HERE NO CALORIE COUNTING NO STARVATION DIETS**



Watch your stubborn pockets of excess fat and flab disappear right before your very eyes! Look how easy it is:



- **STEP #1** – Start the Day with One Tiny, Tasteless Caplet which helps set the stage for a fat-burning chain reaction throughout your entire body while the caloric abatement formula helps



**As much as 4 inches and 50% of all excess fat gone in just 14 days!**

NEUTRALIZE THE FAT BUILDING EFFECT IN ALL THE FOOD YOU EAT.

- **STEP #2** – You Eat - Miss No Meals – Enjoy all sorts of food, morning, noon and night as this scientific design creates a NON-STOP HIGH LEVEL OF FAT BURN ALL DAY LONG so pounds and inches vanish like never before.

- **STEP #3** – You Weigh and Then Measure Yourself Each Morning . . . and be amazed at the crash loss results. Because, starting after your very first caplet and your very first meal ... you begin to burn off excess weight . . . melt away excess inches . . . as your body targets those ugly bulges of flab and dissolves pockets of hard set fat! FINALLY, YOU ARE ON YOUR WAY TO A LIFETIME OF SLIMNESS! So, if you are determined to once and for all:

**LOSE up to 10 INCHES OFF YOUR WAISTLINE
LOSE up to 8 INCHES OFF YOUR HIPS
LOSE up to 6 INCHES OFF YOUR THIGHS
LOSE up to 9 INCHES OFF YOUR STOMACH**

Even if right now you need to lose 40 - 60 - 80 -100 pounds or more, you owe it to yourself and your loved ones to pick up the phone and call right now, because this is the LAST WEIGHT REDUCING AD YOU WILL EVER HAVE TO READ!

**LOSE ALL YOUR UNWANTED WEIGHT AND KEEP IT OFF OR YOUR MONEY BACK**

When we say NOT EVEN TOTAL STARVATION CAN SLIM YOU DOWN AND FIRM YOU UP THIS FAST - THIS SAFE – We Mean Every Word of It! With Zyladex Plus you'll loose all your unwanted weight and keep it off or you risk nothing. That's right! If you are dissatisfied for any reason whatsoever, simply return the merchandise within thirty days for a No Questions Asked, Unconditional Refund of your product price.

**SAVE OVER 50% WHILE SUPPLIES LAST**

As part of a continuing research test, if you agree to tell us how many pounds and inches you lose, CALL NOW to have Zyladex Plus rushed to your doorstep. You save over fifty percent. Plus, as a preferred customer, you receive these tremendous savings on all your future purchases – even if your doctor or pharmacist recommends Zyladex Plus and charges two or three times the special discount prices below. As an added bonus, to help you loose your weight and keep it off, shipping and handling are free when you order a 90 day supply. But you must act quickly before supplies run out to take advantage of these tremendous prices!

ABSOLUTELY NO ORDERS WILL BE ACCEPTED AFTER CURRENT SUPPLIES ARE EXHAUSTED.

Remember, with the Zyladex Plus money back guarantee, you have only pounds and inches to lose and a lifetime of slimness to gain. The final step is up to you. Don't miss out - Respond Today!

**CALL NOW FOR IMMEDIATE DELIVERY!**
Operators are standing by 24 hours a day, 7 days a week

# 1-800-746-3939

VISA, MC, DISC., and **CHECKS ACCEPTED BY PHONE**
(Have your checkbook ready when calling)

Zyladex Plus, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

| | |
|---|---|
| 30 Day Supply | ~~$49.95~~ only $19.95 |
| 60 Day Supply | ~~$79.95~~ only $37.95 |
| 90 Day Supply | ~~$119.95~~ only $54.95 |

**FREE shipping on 90 day supplies**
All other orders add $5.95 S&H

IMPORTANT NOTICE: IF YOU READ NOTHING ELSE PLEASE READ THIS. PLEASE CONSULT A PHYSICIAN PRIOR TO USE AND HAVE YOUR PHYSICIAN CHECK YOU REGULARLY TO BE SURE YOU'RE NOT LOSING TOO MUCH WEIGHT TOO FAST. ZYLADEX PLUS IS FOR ADULT USE ONLY. PLEASE KEEP THIS AND ALL OTHER MEDICATIONS OUT OF THE REACH OF CHILDREN. DEPENDING ON CURRENT WEIGHT, EXCESS WEIGHT AND OTHER FACTORS, RESULTS WILL VARY FROM ONE INDIVIDUAL TO ANOTHER. THE MORE OVERWEIGHT A PERSON IS, THE FASTER HE OR SHE SHOULD LOSE WEIGHT. SO ALWAYS FOLLOW THE CALORIC ABATEMENT RECOMMENDATIONS. INCREASE ACTIVITY LEVEL AND NOT RELY ON PILLS ALONE. THIS WEIGHT LOSS PLAN IS NOT DESIGNED TO DIAGNOSE OR ANALYZE ANY ILLNESS OR PATHOLOGY OF ANY KIND, NOR TO PROVIDE ANY MEDICAL TREATMENT OTHER THAN THAT WHICH YOU MAY CURRENTLY BE TAKING. ANY ONE IN GOOD HEALTH CAN FOLLOW THIS PROGRAM. HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION PRESCRIBED BY A DOCTOR SHOULD NOT FOLLOW THIS WEIGHT LOSS PLAN - NOR ANY OTHER WEIGHT LOSS PROGRAM - WITHOUT THE AUTHORIZATION AND/OR SUPERVISION OF A PHYSICIAN. ILLUSTRATIONS ARE USED SEPARATELY AND MAY NOT BE TYPICAL OF YOUR RESULTS. THIS ADVERTISEMENT IS NOT INTENDED AS MEDICAL ADVICE AS YOU SHOULD ALWAYS CONSULT YOUR PHYSICIAN, IS VOID WHERE PROHIBITED BY LAW AND THE RESALE OR REPACKAGING OF THIS WEIGHT LOSS PLAN WITHOUT PRIOR WRITTEN APPROVAL, AND PROPER LICENSE COULD BE A VIOLATION OF STATE AND/OR FEDERAL LAW. THE NEW SKINNY PILL IS A REGISTERED TRADEMARK OF MEDLAB, INC. COPYRIGHT 2006 MEDLAB, INC.

Exhibit E

# Exhibit F

QUIÉN MÁS QUIERE

# La Nueva Píldora para Adelgazar

## ¡Pierda hasta 15 libras por semana con la sorprendente fórmula que obliga a su cuerpo a liberar grasas!

Una terapia sorprendente contra la obesidad que acelera automáticamente la velocidad del cuerpo para quemar grasas. Desarrollada en una prestigiosa universidad Europea, ahora ESTÁ DISPONIBLE en los Estados Unidos con un comprimido de clasificación farmacéutica potente, llamado Zyladex Plus. Al evitar que el alimento que usted ingiere se transforme en grasa, esta fórmula de reducción calórica de escuela de medicina lo despoja del exceso de peso y elimina esas pulgadas indeseables TAN RÁPIDO, que en las primeras 48 horas solamente, usted puede

Perder hasta 1 LIBRA COMPLETA CADA 8 a 12 HS.
DISMINUIR UN TALLE en solamente 24 HS. además de QUITAR hasta 8 PULGADAS A SU CUERPO en solo 4 DÍAS

### ¡Resultos Rápidos, Inmediatos... Garantizados!

Los estudios clínicos lo demuestran. ¡Usted verá y sentirá resultados inmediatos...a partir del primer día! De hecho, la terapia diseñada por médicos Zyladex Plus funciona tan rápido que usted puede realmente PERDER hasta 50% de SU PESO DE MÁS EN SOLO 2 SEMANAS y seguir quitándose las libras indeseables a una velocidad tan asombrosa que

Ni Siquiera el Ayuno Total Lo Podría Hacer Adelgazar
y Reafirmar Tan Rápido – Tan Seguro!

Aprobado para dar a conocer al público por un laboratorio REGISTRADO en la FDA, Zyladex Plus ahora está disponible en los Estados Unidos sin prescripción. Sin embargo, las provisiones actuales son seriamente limitadas. Para aprovechar esta oportunidad importante de ganarle finalmente la guerra a la gordura y escapar de la culpa de fracasos pasados, usted debe actuar rápidamente.

**El Futura De La Pérdita De Peso Está Aquí
Sin Contar Calorías...
Ni Dietas Con Las Que Surir Hambre**

¡Usted se sentirá como un millón de dólares cuando mire sus obstinadas acumulaciones de grasa de más y gordura desaparecer delante de sus ojos! Vea qué fácil es:

• *PASO #1* – Despiértese Fresco y Comience el Día con Un Comprimido Pequeño, Sin Sabor que le ayudará a armar el comienzo de una reacción de quema de grasas a través de todo su cuerpo mientras que la fórmula de reducción calórica ayuda a







**¡Hasta 4 pulgadas y 50% de toda la grasa de más se habrán ido en solo 14 días!**

*NEUTRALIZAR EL EFECTO DE FORMACIÓN DE GRASA EN TODOS LOS ALIMENTOS QUE INGIERA.*

• *PASO #2* – Usted Come – No Pierde Ninguna Comida – Disfruta de todo tipo de alimentos, a la mañana, al mediodía y la noche ya que este diseño científico crea un NIVEL ALTO QUE NO SE DETIENE DE QUEMA DE GRASAS DURANTE TODO EL DÍA. Así, libras y pulgadas se esfuman como nunca antes.

• *PASO #3* – Usted se Pesa y Luego se Mide Todas las Mañanas...y se sorprenderá de los resultados acelerados de pérdida de peso. Ya que después de su primerísimo comprimido y su primerísima comida... usted comienza a quemar el peso de más...derrite las pulgadas de a medida que su cuerpo ataca a esos horribles abultamientos de gordura y disuelve acumulaciones de grasa bien fijadas! FINALMENTE, USTED ESTÁ EN EL CAMINO DE UNA VIDA DE DELGADEZ! Por lo tanto, si usted está decidido ahora y para siempre:

PIERDA hasta 10 PULGADAS EN SU CINTURA
PIERDA hasta 8 PULGADAS EN SUS CADERAS
PIERDA hasta 6 PULGADAS EN SUS MUSLOS
PIERDA hasta 9 PULGADAS EN SU ABDOMEN

Incluso si ya mismo usted necesita perder 40 - 60 - 80 -100 libras o más, tiene una deuda con usted mismo y sus seres queridos de tomar el teléfono y llamar ya mismo porque este es el ÚLTIMO AVISO DE REDUCCIÓN DE PESO QUE USTED TENDRÁ QUE LEER ALGUNA VEZ!

**Pierde Todo El Peso Indeseable Y Mantengalo Lejos Con El Reintegro De Su Dinero**

Cuando decimos NI SIQUIERA EL AYUNO TOTAL PUEDE HACERLO ADELGAZAR Y REAFIRMARLO TAN RÁPIDAMENTE – TAN SEGURO – ¡Queremos Decir Cada Una de Esas Palabras! Con Zyladex Plus usted perderá todo el peso indeseable y lo mantendrá lejos o no arriesga nada. ¡Eso es! Si usted no está satisfecho por alguna razón, simplemente devuelve la mercadería dentro de los treinta días para un *Reintegro Sin Preguntas, Incondicional del Precio de su producto.*

*¡Derrite la grasa 3 veces más rápido que practicar trote 4 veces al día, 12 veces más rápido que una hora completa de ejercicios aeróbicos militares!*

### AHORRE MÁS DE UN 50% MIENTRAS DUREN LAS PROVISIONES

Como parte de una prueba de investigación continua, si usted está de acuerdo en contarnos cuántas libras y pulgadas usted perdió, LLAME YA para tener Zyladex Plus corriendo en la puerta de su casa. Usted ahora más del cincuenta por ciento. Además, como cliente preferencial, usted recibe estos tremendos ahorros en todas sus futuras compras – aun si su médico o farmacéutico le recomiendan Zyladex Plus y le cobran a usted dos o tres veces los precios con descuento especial que aparecen debajo. Como una bonificación agregada, para ayudarlo a perder peso y mantenerlo alejado, el envío y manipulación son gratis cuando usted ordena un suministro para 90 días. ¡Pero usted debe actuar rápidamente antes de que se agoten las PROVISIONES para aprovechar estos tremendos precios!

NO SE ACEPTARÁ EN ABSOLUTO, NINGUNA ORDEN
DESPUES DE AGOTADAS LAS PROVISIONES ACTUALES

Recuerde, con la garantía de devolución de su dinero de Zyladex Plus, usted solo tiene libras y pulgadas que perder y una vida de delgadez para ganar. El paso final depende de usted. No se lo pierda – ¡Responda Hoy!

## ¡LLAME YA PARA UNA ENTREGA INMEDIATA!

Los operadores están las 24 horas del día, los 7 días de la semana

# 1-800-525-7711

**POR TELÉFONO SE ACEPTAN CHEQUES** VISA, MC, DISC.
(Tenga lista su libreta de cheques cuando llame)

Zyladex Plus, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

Suministro para 30 días....~~$49.95~~...solo a $19.95
Provisiones para 60 Días....~~$79.95~~...solo a $37.95
Provisiones para Días......~~$119.95~~...solo a $54.95
Ordene GRATIS sobre PROVISIONES para 90 días
A todas las otras órdenes se le agregan $5.95
por Envío y Manipulación (S & H)

AVISO IMPORTANTE: SI NO LEE ESTA COSA, POR FAVOR, LEA ESTO: CONSULTE A SU MÉDICO ANTES DE USARLO Y HÁGASE EXÁMENES PERIÓDICOS CON SU MÉDICO NO ESTÁ PERDIENDO DEMASIADO RÁPIDO, DEMASIADO RÁPIDO. ZYLADEX PLUS ES SOLAMENTE PARA USO EN ADULTOS. MANTENGA ESTA Y TODAS LAS OTRAS MEDICACIONES FUERA DEL ALCANCE DE LOS NIÑOS. SI ESTÁ EMBARAZADA, PUEDE ESTAR, O ESTÁ PLANEANDO QUEDAR EMBARAZADA, O ESTÁ AMAMANTANDO, NO TOME ESTE PRODUCTO. SI ESTÁ TOMANDO CUALQUIER MEDICACIÓN DE VENTA CON RECETA O DE VENTA LIBRE CONSULTE CON SU MÉDICO. NO TOME ESTE PRODUCTO SI USTED TIENE PRESIÓN SANGUÍNEA ALTA, ENFERMEDAD CARDÍACA, DIABETES, ENFERMEDAD DE LA TIROIDES, ESTÁ PLAN DE PÉRDIDA DE PESO NO ESTÁ DISEÑADO PARA DIAGNOSTICAR O ALIVIAR NINGUNA ENFERMEDAD O PATOLOGÍA DE NINGÚN TIPO. NI PARA PROPORCIONAR NINGÚN MÉTODO O TRATAMIENTO DIFERENTE DEL USO ESTÉTICO. USTED DEBE ESTAR TOMANDO ALIMENTOS. CUALQUIER PERSONA CON BUENA SALUD PUEDE SEGUIR ESTE MEDICACIÓN PRESCRIPTA POR UN DOCTOR. NO O LAS ILUSTRACIONES SON ES. ESCENARIO DE LOS MÁGENES CASOS Y PUEDEN NO SER TÍPICOS DE SUFRIR DE PRESIÓN ARTERIAL ELEVADA, PROBLEMAS DE CORAZÓN, TIROIDES O CUALQUIER PROBLEMA MÉDICO PREEXISTENTE O QUE ESTÉ TOMANDO NO DOENDE ESTÉ PROHIBIDO POR LEY Y LA REVENTA O REEMPLAQUE DE ESTE PLAN DE PÉRDIDA DE PESO SIN LA APROBACIÓN PREVIA POR ESCRITO Y LA LICENCIA APROPIADA PODRÍAN SER UNA VIOLACIÓN DE LAS LEYES DEL ESTADO Y/O FEDERALES. COPYRIGHT 2006 MEDXLIE, INC.

**Exhibit F**

Exhibit G

WHO ELSE WANTS A **FREE** NEW SKINNY PILL CLUB MEMBERSHIP AND A LIFETIME GUARANTEE

# After Zyladex, You May Never Want to Try Another Diet Plan Again!

*Lose up to 15 pounds the first week with the amazing program that forces your body to release fat, flab and fluid!*



*Melt away fat 5 times faster than jogging 4 miles...or 12 times faster than a full hour of military workouts.*

An amazing anti-obesity diet pill prescription dramatically speeds up the body's rate of fat burn-off. This revolutionary crash loss plan was developed at a prestigious European university and is NOW AVAILABLE in the United States with a potent, pharmaceutical grade caplet called Zyladex Plus. By stopping a portion of the food you eat from turning into fat, you shed excess weight and carve away unwanted inches SO FAST, that if you have a lot of weight to lose, in the first 48 hours alone, you can

LOSE up to 1 FULL POUND EVERY 8 to 12 HRS
SHRINK DOWN A FULL SIZE SMALLER in just 24 HRS plus
TRIM up to a total of 8 INCHES FROM all over YOUR BODY in just 4 DAYS

**LIFETIME SATISFACTION GUARANTEE!**

You will start to see and feel results the very first day! In just four days, you could be 8 inches smaller all over your body! In fact, if you are significantly overweight, you can LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS and continue to trim away unwanted pounds and inches at such a staggering rate that

**Not Even Total Starvation Can Slim You Down and Firm You Up This Fast – This Safe!**

We are confident you will lose weight! So confident that we proudly give you a 100% LIFETIME Money Back Guarantee!

That's right, this is not some ordinary 30, 60 or 90 day guarantee. You receive a guarantee of lifetime satisfaction or we'll buy back your empty bottles. However, current supplies are severely limited. To take advantage of this important opportunity to finally win your war against fat and escape the guilt of past failures, you must act quickly.

**LOOK HOW EASY IT IS...**
- NO SKIPPING MEALS
- NO CALORIE COUNTING
- NO SPECIAL FOODS TO BUY AT OUTRAGEOUS PRICES

You'll feel like a million dollars as your stubborn pockets of excess fat and flab begin to disappear right before your very eyes! Look how easy it is:

**AS MUCH AS 50% OF ALL EXCESS FAT GONE IN JUST 14 DAYS!**

- *STEP #1* – Wake Up Refreshed and Start the Day with One Tiny, Tasteless Caplet which helps set the stage for a fat-burning chain reaction throughout your entire body.
- *STEP #2* – You Eat – Miss No Meals – Enjoy hunger halting quantities of all sorts of nutritious food morning, noon and night as this scientifically designed diet pill plan creates a NON-STOP HIGH LEVEL OF FAT BURN OFF ALL DAY LONG so pounds and inches vanish easier than you may have ever thought possible.
- *STEP #3* – You Weigh and Then Measure Yourself Each Morning...and be amazed at the crash loss results. Because, starting after your very first caplet and your very first meal...you begin to burn off excess weight – melt away ugly bulges of flab and dissolve pockets of hard set fat! FINALLY, YOU ARE ON YOUR WAY TO A BEAUTIFUL, SLIM FIGURE OF A LIFETIME! So, if you are determined once and for all to go on to:

LOSE up to 10 INCHES OFF YOUR WAISTLINE
LOSE up to 8 INCHES OFF YOUR HIPS
LOSE up to 6 INCHES OFF YOUR THIGHS
LOSE up to 9 INCHES OFF YOUR STOMACH

Even if right now you need to lose 40 - 60 - 80 -100 pounds as part of your long range goals, you owe it to yourself and your loved ones to pick up the phone and call right now, because this may be the LAST WEIGHT REDUCING AD YOU MAY EVER HAVE TO READ!

**LIFETIME MONEY BACK GUARANTEE: LOSE ALL YOUR UNWANTED WEIGHT or WE'LL BUY BACK YOUR EMPTY BOTTLES!**

That's right! Your satisfaction is guaranteed for life! When we say NOT EVEN TOTAL STARVATION can slim you down and firm you up this fast – this safe – We Mean Every Word of It! If you do not lose weight easier than you ever thought possible, simply return the bottles, even if they are empty, for a prompt, courteous refund even if it's a year from now...or five years from now! Your satisfaction is guaranteed for life.

**SAVE OVER 50% WHILE SUPPLIES LAST**

A limited supply of Zyladex Plus has just been approved for release by our FDA REGISTERED laboratory. As part of a continuing research test, if you agree to tell us how many pounds and inches you lose, CALL NOW. You save over fifty percent while these supplies last. Plus, as a preferred customer, you receive these tremendous savings on all your future purchases – even if your drug store sells Zyladex Plus for two or three times the special discount prices below. As an added bonus, you also receive a FREE membership in the New Skinny Pill Club to help you keep the weight off! But you must act quickly before supplies run out.

**ABSOLUTELY NO ORDERS WILL BE ACCEPTED AFTER CURRENT SUPPLIES ARE EXHAUSTED.**

Remember, with the Zyladex Plus money back guarantee, you have only pounds and inches to lose and a beautiful, slim figure to gain. The final step is up to you. Don't miss out – Respond Today!

**CALL NOW FOR IMMEDIATE DELIVERY!**
Operators are standing by 24 hours a day, 7 days a week

## 1-800-652-9922

VISA, MC, DISC., and CHECKS ACCEPTED BY PHONE
(Have your checkbook ready when calling)

Zyladex Plus, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

| | | |
|---|---|---|
| 30 Day Supply | ~~$49.95~~ | only $19.95 |
| 60 Day Supply | ~~$79.95~~ | only $37.95 |
| 90 Day Supply | ~~$119.95~~ | only $54.95 |

FREE shipping on 90 day supplies
All other orders add $5.95 S&H

IMPORTANT NOTICE: IF YOU READ NOTHING ELSE PLEASE READ THIS. PLEASE CONSULT A PHYSICIAN PRIOR TO USE AND HAVE YOUR PHYSICIAN CHECK YOU REGULARLY TO BE SURE YOU'RE NOT LOSING TOO MUCH WEIGHT TOO FAST. ZYLADEX PLUS IS FOR ADULT USE ONLY. DEPENDING ON CURRENT WEIGHT, EXCESS WEIGHT AND OTHER FACTORS, RESULTS WILL VARY FROM ONE INDIVIDUAL TO ANOTHER. THE MORE OVERWEIGHT A PERSON IS, THE FASTER HE OR SHE SHOULD LOSE WEIGHT. AS EACH PERSON REFERS TO A METHOD OF TREATMENT INCLUDING CALORIE ABATEMENT, RECOMMENDATIONS, INCREASED ACTIVITY LEVEL AND DAILY PILL USE, TO ACHIEVE BEST RESULTS YOU SHOULD FOLLOW THE PRESCRIPTION AND NOT RELY ON A CAPLET ALONE. TYPICAL WEIGHT LOSS IS ONE TO TWO POUNDS PER WEEK. ILLUSTRATIONS ARE NOT CASE SCENARIOS. ANY CHILD IN GOOD HEALTH CAN FOLLOW THIS PROGRAM. HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION ORDERED BY A DOCTOR SHOULD NOT FOLLOW THIS PLAN – NOR ANY OTHER WEIGHT LOSS PROGRAM – WITHOUT THE AUTHORIZATION AND/OR SUPERVISION OF A PHYSICIAN. © 2007 MEDLAB, INC.

# Exhibit H

# WHO ELSE WANTS A FREE NEW SKINNY PILL CLUB MEMBERSHIP AND A LIFETIME GUARANTEE

# Throw Away All Your Fat Clothes **Today!**

*Lose up to 15 pounds the first week with the amazing program that forces your body to release fat, flab and fluid!*



*Melt away fat 3 times faster than jogging 4 miles a day, 12 times faster than a full hour of military aerobics!*

An amazing anti-obesity diet pill prescription dramatically speeds up the body's rate of fat burn-off. This revolutionary crash loss plan was developed at a prestigious European university and is NOW AVAILABLE in the United States with a potent, pharmaceutical grade caplet called Zyladex Plus. By stopping a portion of the food you eat from turning into fat, you shed excess weight and carve away unwanted inches SO FAST, that if you have a lot of weight to lose, in the first 48 hours alone, you can

**LOSE up to 1 FULL POUND EVERY 8 to 12 HRS
SHRINK DOWN A FULL SIZE SMALLER in just 24 HRS** plus **TRIM up to a total of 8 INCHES FROM all over YOUR BODY in just 4 DAYS**

### LIFETIME SATISFACTION GUARANTEE!

You will start to see and feel results the very first day! In just four days, you could be 8 inches smaller all over your body! In fact, if you are significantly overweight, you can LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS and continue to trim away unwanted pounds and inches at such a staggering rate that .

**Not Even Total Starvation Can Slim You Down and Firm You Up This Fast – This Safe!**

We are confident you will lose weight! So confident that we proudly give you a 100% LIFETIME Money Back Guarantee!

That's right, this is not some ordinary 30, 60 or 90 day guarantee. You receive a guarantee of lifetime satisfaction or we'll buy back your empty bottles. However, current supplies are severely limited. To take advantage of this important opportunity to finally win your war against fat and escape the guilt of past failures, you must act quickly.

### AS MUCH AS **50%** OF ALL EXCESS FAT GONE IN JUST **14** DAYS!

- *STEP #1* – Wake Up Refreshed and Start the Day with One Tiny, Tasteless Caplet which helps set the stage for a fat-burning chain reaction throughout your entire body.

- *STEP #2* – You Eat – Miss No Meals – Enjoy hunger halting quantities of all sorts of nutritious food morning, noon and night as this scientifically designed diet pill plan creates a NON-STOP HIGH LEVEL OF FAT BURN OFF ALL DAY LONG so pounds and inches vanish easier than you may have ever thought possible.

- *STEP #3* – You Weigh and Then Measure Yourself Each Morning...and be amazed at the crash loss results. Because, starting after your very first caplet and your very first meal...you begin to burn off excess weight . . . melt away ugly bulges of flab and dissolve pockets of hard set fat! FINALLY, YOU ARE ON YOUR WAY TO A BEAUTIFUL, SLIM FIGURE OF A LIFETIME! So, if you are determined once and for all to go on to:

**LOSE up to 10 INCHES OFF YOUR WAISTLINE
LOSE up to 8 INCHES OFF YOUR HIPS
LOSE up to 6 INCHES OFF YOUR THIGHS
LOSE up to 9 INCHES OFF YOUR STOMACH**

Even if right now you need to lose 40 - 60 - 80 -100 pounds as part of your long range goals, you owe it to yourself and your loved ones to pick up the phone and call right now, because this may be the LAST WEIGHT REDUCING AD YOU MAY EVER HAVE TO READ!

**LIFETIME MONEY BACK GUARANTEE: LOSE ALL YOUR UNWANTED WEIGHT OR WE'LL BUY BACK YOUR EMPTY BOTTLES!**

That's right! Your satisfaction is guaranteed for life! When we say NOT EVEN TOTAL STARVATION CAN SLIM YOU DOWN AND FIRM YOU UP THIS FAST – THIS SAFE – We Mean Every Word of It! If you do not lose weight easier than you ever thought possible, simply return the bottles, even if they are empty, for a prompt, courteous refund even if it's a year from now...or five years from now! Your satisfaction is guaranteed for life.

### SAVE OVER 50% WHILE SUPPLIES LAST

A limited supply of Zyladex Plus has just been approved for release by our FDA REGISTERED laboratory. As part of a continuing research test, if you agree to tell us how many pounds and inches you lose, CALL NOW. You save over fifty percent while these supplies last. Plus, as a preferred customer, you receive these tremendous savings on all your future purchases – even if your drug store sells Zyladex Plus for two or three times the special discount prices below. As an added bonus, you also receive a FREE membership in the New Skinny Pill Club to help you keep the weight off! But you must act quickly before supplies run out.

**ABSOLUTELY NO ORDERS WILL BE ACCEPTED AFTER CURRENT SUPPLIES ARE EXHAUSTED.**

Remember, with the Zyladex Plus money back guarantee, you have only pounds and inches to lose and a beautiful, slim figure to gain. The first step is up to you. Don't miss out – Respond Today!

### CALL NOW FOR IMMEDIATE DELIVERY!

Operators are standing by 24 hours a day, 7 days a week

# 1-800-397-9955

VISA, MC, DISC., and **CHECKS ACCEPTED BY PHONE**
(Have your checkbook ready when calling)

Zyladex Plus, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

| | | |
|---|---|---|
| 30 Day Supply............. ~~$49.95~~............ only **$19.95** |
| 60 Day Supply........... ~~$79.95~~............ only **$37.95** |
| 90 Day Supply........... ~~$119.95~~............ only **$54.95** |

**FREE shipping on 90 day supplies**
All other orders add $5.95 S&H

### LOOK HOW EASY IT IS...

- **No SKIPPING MEALS**
- **No CARB COUNTING**
- **No SPECIAL FOODS TO BUY AT OUTRAGEOUS PRICES**



You'll feel like a million dollars as your stubborn pockets of excess fat and flab begin to disappear right before your very eyes! Look how easy it is:

IMPORTANT NOTICE: IF YOU READ NOTHING ELSE PLEASE READ THIS: PLEASE CONSULT A PHYSICIAN PRIOR TO USE AND HAVE YOUR PHYSICIAN CHECK YOU REGULARLY TO BE SURE YOU'RE NOT LOSING TOO MUCH WEIGHT TOO FAST. ZYLADEX PLUS IS FOR ADULT USE ONLY. DEPENDING ON CURRENT WEIGHT, EXCESS WEIGHT AND OTHER FACTORS, RESULTS WILL VARY FROM PERSON TO ANOTHER. THE MORE OVERWEIGHT A PERSON IS, THE FASTER HE OR SHE SHOULD LOSE WEIGHT. PRESCRIPTION REFERS TO A METHOD OF TREATMENT INCLUDING CALORIC ABATEMENT RECOMMENDATIONS, INCREASED ACTIVITY LEVEL AND DAILY PILL USE. TO ACHIEVE BEST RESULTS, YOU SHOULD FOLLOW THE PRESCRIPTION AND NOT RELY ON PILL USE ALONE. TYPICAL WEIGHT LOSS IS ONE TO TWO POUNDS PER WEEK. ILLUSTRATIONS ARE BEST CASE SCENARIOS. ANY ONE IN GOOD HEALTH CAN FOLLOW THIS PROGRAM; HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEMS OR TAKING MEDICATION ORDERED BY A DOCTOR SHOULD NOT FOLLOW THIS PLAN – NOR ANY OTHER WEIGHT LOSS PROGRAM - WITHOUT THE AUTHORIZATION OF A PHYSICIAN. ©2007 MEDLAB, INC.

**Exhibit H**

# Exhibit I

## LIFETIME MONEY BACK GUARANTEE

# Lose up to 15 pounds your very first week!

## *Amazing New Skinny Pill prescription <u>forces</u> your body to release fat, flab and fluid!*



An amazing anti-obesity diet pill prescription dramatically speeds up the body's rate of fat burn-off. This revolutionary crash loss plan was developed at a prestigious European university and is NOW AVAILABLE in the United States with a potent, pharmaceutical grade caplet called Zyladex Plus. By stopping a portion of the food you eat from turning into fat, you shed excess weight and carve away unwanted inches SO FAST, that if you have a lot of weight to lose, in the first 48 hours alone, you can

**LOSE up to 1 FULL POUND EVERY 8 to 12 HRS**
**SHRINK DOWN A FULL SIZE SMALLER in just 24 HRS plus**
**TRIM up to a total of 8 INCHES FROM all over YOUR BODY in just 4 DAYS**

### LIFETIME GUARANTEE!

You will start to see and feel results the very first day! In just four days you could be 8 inches smaller all over your body! In fact, if you are significantly overweight, you can LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS and continue to trim away unwanted pounds and inches at such a staggering rate that

**Not Even Total Starvation Can Slim You Down and Firm You Up This Fast – This Safe!**

We are confident you will lose weight! So confident that we proudly give you a 100% LIFETIME Money Back Guarantee!

That's right, this is not some ordinary 30, 60 or 90 day guarantee. You receive a guarantee of lifetime satisfaction or we'll buy back your empty bottles. However, current supplies are severely limited. To take advantage of this important opportunity to finally win your war against fat and escape the guilt of past failures, you must act quickly.

### AS MUCH AS 50% OF ALL EXCESS FAT GONE IN JUST 14 DAYS!

- *STEP #1* – Wake Up Refreshed and Start the Day with One Tiny, Tasteless Caplet which helps set the stage for a fat-burning chain reaction throughout your entire body.
- *STEP #2* – You Eat – Miss No Meals – Enjoy hunger halting quantities of all sorts of nutritious food morning, noon and night as this scientifically designed diet pill plan creates a NON-STOP HIGH LEVEL OF FAT BURN OFF ALL DAY LONG so pounds and inches vanish easier than you may have ever thought possible.
- *STEP #3* – You Weigh and Then Measure Yourself Each Morning...and be amazed at the crash loss results. Because, starting after your very first caplet and your very first meal...you begin to burn off excess weight . . . melt away ugly bulges of flab and dissolve pockets of hard set fat! FINALLY, YOU ARE ON YOUR WAY TO A BEAUTIFUL, SLIM FIGURE OF A LIFETIME! So, if you are determined once and for all to go on to:

**LOSE up to 10 INCHES OFF YOUR WAISTLINE**
**LOSE up to 8 INCHES OFF YOUR HIPS**
**LOSE up to 6 INCHES OFF YOUR THIGHS**
**LOSE up to 9 INCHES OFF YOUR STOMACH**

Even if right now you need to lose 40 - 60 - 80 -100 pounds as part of your long range goals, you owe it to yourself and your loved ones to pick up the phone and call right now, because this may be the LAST WEIGHT REDUCING AD YOU MAY EVER HAVE TO READ!

### LIFETIME MONEY BACK GUARANTEE: LOSE ALL YOUR UNWANTED WEIGHT OR WE'LL BUY BACK YOUR EMPTY BOTTLES!

That's right! Your satisfaction is guaranteed for life! When we say NOT EVEN TOTAL STARVATION CAN SLIM YOU DOWN AND FIRM YOU UP THIS FAST – THIS SAFE – We Mean Every Word of It! If you do not lose weight easier than you ever thought possible, simply return the bottles, even if they are empty, for a prompt, courteous refund even if it's a year from now...or five years from now! Your satisfaction is guaranteed for life.

*Melt away fat 3 times faster than jogging 4 miles a day, 12 times faster than a full hour of military aerobics!*

### SAVE OVER 50% WHILE SUPPLIES LAST

A limited supply of Zyladex Plus has just been approved for release by our FDA REGISTERED laboratory. As part of a continuing research test, if you agree to tell us how many pounds and inches you lose, CALL NOW. You save over fifty percent while these supplies last. Plus, as a preferred customer, you receive these tremendous savings on all your future purchases – even if your drug store sells Zyladex Plus for two or three times the special discount prices below. As an added bonus, you also receive a FREE membership in the New Skinny Pill Club to help you keep the weight off! But you must act quickly before supplies run out.

### ABSOLUTELY NO ORDERS WILL BE ACCEPTED AFTER CURRENT SUPPLIES ARE EXHAUSTED.

Remember, with the Zyladex Plus lifetime money back guarantee, you have only pounds and inches to lose and a beautiful, slim figure to gain. The final step is up to you. Don't miss out – Respond Today!

### CALL NOW FOR IMMEDIATE DELIVERY!

Operators are standing by 24 hours a day, 7 days a week

# 1-800-416-9696

VISA, MC, DISC., and **CHECKS ACCEPTED BY PHONE**
(Have your checkbook ready when calling)



### Look How Easy It Is...
- **No Skipping Meals**
- **No Carb Counting**
- **No Special Foods to Buy at Outrageous Prices**

You'll feel like a million dollars as your stubborn pockets of excess fat and flab begin to disappear right before your very eyes! Look how easy it is:

Zyladex Plus, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

| | | |
|---|---|---|
| 30 Day Supply............~~$49.95~~...........only **$19.95** |
| 60 Day Supply............~~$79.95~~...........only **$37.95** |
| 90 Day Supply............~~$119.95~~..........only **$54.95** |

**FREE shipping on 90 day supplies**
All other orders add $5.95 S&H

IMPORTANT NOTICE: IF YOU READ NOTHING ELSE PLEASE READ THIS: PLEASE CONSULT A PHYSICIAN PRIOR TO USE AND HAVE YOUR PHYSICIAN CHECK YOU REGULARLY TO BE SURE YOU'RE NOT LOSING TOO MUCH WEIGHT TOO FAST. ZYLADEX PLUS IS FOR ADULT USE ONLY. DEPENDING ON CURRENT WEIGHT, EXCESS WEIGHT AND OTHER FACTORS, RESULTS WILL VARY FROM ONE INDIVIDUAL TO ANOTHER. THE MORE OVERWEIGHT A PERSON IS, THE FASTER HE OR SHE SHOULD LOSE WEIGHT. PRESCRIPTION REFERS TO A METHOD OF TREATMENT INCLUDING CALORIC ABATEMENT RECOMMENDATIONS, INCREASED ACTIVITY LEVEL AND DAILY PILL USE. TO ACHIEVE BEST RESULTS, YOU SHOULD FOLLOW THE PRESCRIPTION AND NOT RELY ON PILL USE ALONE. TYPICAL WEIGHT LOSS IS ONE TO TWO POUNDS PER WEEK. ILLUSTRATIONS ARE BEST CASE SCENARIOS. ANY ONE IN GOOD HEALTH CAN FOLLOW THIS PROGRAM; HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION ORDERED BY A DOCTOR SHOULD NOT FOLLOW THIS PLAN - NOR ANY OTHER WEIGHT LOSS PROGRAM - WITHOUT THE AUTHORIZATION OF A PHYSICIAN. ©2002 MEDLAB, INC.

**Exhibit I**

# Exhibit J

## LIFETIME MONEY BACK GUARANTEE

# Lose up to 15 pounds your very first week!

## *Not Even Total Starvation Can Slim You Down and Firm You Up – This Fast – This Safe!*



An amazing anti-obesity diet pill prescription dramatically speeds up the body's rate of fat burn-off. This revolutionary crash loss plan was developed at a prestigious European university and is NOW AVAILABLE in the United States with a potent, pharmaceutical grade caplet called Zyladex Plus. By stopping a portion of the food you eat from turning into fat, you shed excess weight and carve away unwanted inches SO FAST, that if you have a lot of weight to lose, in the first 48 hours alone, you can

**LOSE up to 1 FULL POUND EVERY 8 to 12 HRS
SHRINK DOWN A FULL SIZE SMALLER in just 24 HRS** plus
**TRIM up to a total of 8 INCHES FROM all over YOUR BODY in just 4 DAYS**

### LIFETIME GUARANTEE!

You will start to see and feel results the very first day! In just four days, you could be 8 inches smaller all over your body! In fact, if you are significantly overweight, you can LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS and continue to trim away unwanted pounds and inches at such a staggering rate that

**Not Even Total Starvation Can Slim You Down and Firm You Up – This Fast – This Safe!**

We are confident you will lose weight! So confident that we proudly give you a 100% LIFETIME Money Back Guarantee!

That's right, this is not some ordinary 30, 60 or 90 day guarantee. You receive a guarantee of lifetime satisfaction or we'll buy back your empty bottles. However, current supplies are severely limited. To take advantage of this important opportunity to finally win your war against fat and escape the guilt of past failures, you must act quickly.

### LOOK HOW EASY IT IS...

- **NO SKIPPING MEALS**
- **NO CARB COUNTING**
- **NO SPECIAL FOODS TO BUY AT OUTRAGEOUS PRICES**

You'll feel like a million dollars as your stubborn pockets of excess fat and flab begin to disappear right before your very eyes! Look how easy it is:

### AS MUCH AS 50% OF ALL EXCESS FAT GONE IN JUST 14 DAYS!

- *STEP #1* – Wake Up Refreshed and Start the Day with One Tiny, Tasteless Caplet which helps set the stage for a fat-burning chain reaction throughout your entire body.
- *STEP #2* – You Eat – Miss No Meals – Enjoy hunger halting quantities of all sorts of nutritious food morning, noon and night as this scientifically designed diet pill plan creates a NON-STOP HIGH LEVEL OF FAT BURN OFF ALL DAY LONG so pounds and inches vanish easier than you may have ever thought possible.
- *STEP #3* – You Weigh and Then Measure Yourself Each Morning...and be amazed at the crash loss results. Because, starting after your very first caplet and your very first meal...you begin to burn off excess weight . . . melt away ugly bulges of flab and dissolve pockets of hard set fat! FINALLY, YOU ARE ON YOUR WAY TO A BEAUTIFUL, SLIM FIGURE OF A LIFETIME! So, if you are determined once and for all to go on to:

**LOSE up to 10 INCHES OFF YOUR WAISTLINE
LOSE up to 8 INCHES OFF YOUR HIPS
LOSE up to 6 INCHES OFF YOUR THIGHS
LOSE up to 9 INCHES OFF YOUR STOMACH**

Even if right now you need to lose 40 - 60 - 80 -100 pounds as part of your long range goals, you owe it to yourself and your loved ones to pick up the phone and call right now, because this may be the LAST WEIGHT REDUCING AD YOU MAY EVER HAVE TO READ!

### LIFETIME MONEY BACK GUARANTEE:
**LOSE ALL YOUR UNWANTED WEIGHT or WE'LL BUY BACK YOUR EMPTY BOTTLES!**

That's right! Your satisfaction is guaranteed for life! When we say NOT EVEN TOTAL STARVATION CAN SLIM YOU DOWN and FIRM YOU UP THIS FAST – THIS SAFE – We Mean Every Word of It! If you do not lose weight easier than you ever thought possible, simply return the bottles, even if they are empty, for a prompt, courteous refund even if it's a year from now...or five years from now! Your satisfaction is guaranteed for life.

*Melt away fat 3 times faster than jogging 4 miles a day, 12 times faster than a full hour of military aerobics!*

### SAVE OVER 50% WHILE SUPPLIES LAST

A limited supply of Zyladex Plus has just been approved for release by our FDA REGISTERED laboratory. As part of a continuing research test, if you agree to tell us how many pounds and inches you lose, CALL NOW. You save over fifty percent while these supplies last. Plus, as a preferred customer, you receive these tremendous savings on all your future purchases – even if your drug store sells Zyladex Plus for two or three times the special discount prices below. As an added bonus, you also receive a FREE membership in the New Skinny Pill Club to help you keep the weight off! But you must act quickly before supplies run out.

**ABSOLUTELY NO ORDERS WILL BE ACCEPTED AFTER CURRENT SUPPLIES ARE EXHAUSTED.**

Remember, with the Zyladex Plus lifetime money back guarantee, you have only pounds and inches to lose and a beautiful, slim figure to gain. The final step is up to you. Don't miss out – Respond Today!

## *CALL NOW FOR IMMEDIATE DELIVERY!*

Operators are standing by 24 hours a day, 7 days a week

# 1-800-973-4488

VISA, MC, DISC., and **CHECKS ACCEPTED BY PHONE**
(Have your checkbook ready when calling)

| Zyladex Plus, Research Division 405 West Fairmont Drive, Tempe, AZ 85282 | | |
| --- | --- | --- |
| 30 Day Supply | ~~$49.95~~ | only $19.95 |
| 60 Day Supply | ~~$79.95~~ | only $37.95 |
| 90 Day Supply | ~~$119.95~~ | only $54.95 |

*FREE shipping on 90 day supplies*
All other orders add $5.95 S&H

IMPORTANT NOTICE: IF YOU READ NOTHING ELSE PLEASE READ THIS: PLEASE CONSULT A PHYSICIAN PRIOR TO USE AND HAVE YOUR PHYSICIAN CHECK YOU REGULARLY TO BE SURE YOU'RE NOT LOSING TOO MUCH WEIGHT TOO FAST. ZYLADEX PLUS IS FOR ADULT USE ONLY. DEPENDING ON CURRENT WEIGHT, EXCESS WEIGHT AND OTHER FACTORS, RESULTS WILL VARY FROM ONE INDIVIDUAL TO ANOTHER. THE MORE OVERWEIGHT A PERSON IS, THE FASTER HE OR SHE SHOULD LOSE WEIGHT. PRESCRIPTION REFERS TO A METHOD OF TREATMENT INCLUDING CALORIC ABATEMENT RECOMMENDATIONS, INCREASED ACTIVITY LEVEL AND DAILY PILL USE. TO ACHIEVE BEST RESULTS, YOU SHOULD FOLLOW THE PRESCRIPTION AND NOT RELY ON PILL USE ALONE. TYPICAL WEIGHT LOSS IS ONE TO TWO POUNDS PER WEEK. CAN FOLLOW THIS PROGRAM; HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION ORDERED BY A DOCTOR SHOULD NOT FOLLOW THIS PLAN - NOR ANY OTHER WEIGHT LOSS PROGRAM - WITHOUT THE AUTHORIZATION AND/OR SUPERVISION OF A PHYSICIAN. ©2007 MEDLAB, INC.

**Exhibit J**

# Exhibit K

## LIFETIME MONEY BACK GUARANTEE

# Amazing NEW SKINNY PILL Prescription Forces Your Body To Release Fat, Flab and Fluid!

## *Lose up to 15 pounds your first week!*



An amazing anti-obesity diet pill prescription dramatically speeds up the body's rate of fat burn-off. This revolutionary crash loss plan was developed at a prestigious European university and is NOW AVAILABLE in the United States with a potent, pharmaceutical grade caplet called Zyladex Plus. By stopping a portion of the food you eat from turning into fat, you shed excess weight and carve away unwanted inches SO FAST, that if you have a lot of weight to lose, in the first 48 hours alone, you can

**LOSE up to 1 FULL POUND EVERY 8 to 12 HRS**
**SHRINK DOWN A FULL SIZE SMALLER in just 24 HRS** plus
**TRIM up to a total of 8 INCHES FROM all over YOUR BODY in just 4 DAYS**

### LIFETIME GUARANTEE!

You will start to see and feel results the very first day! In just four days you could be 8 inches smaller all over your body! In fact, if you are significantly overweight, you can LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS and continue to trim away unwanted pounds and inches at such a staggering rate that

**Not Even Total Starvation Can Slim You Down and Firm You Up This Fast – This Safe!**

We are confident you will lose weight! So confident that we proudly give you a 100% LIFETIME Money Back Guarantee!

That's right, this is not some ordinary 30, 60 or 90 day guarantee. You receive a guarantee of lifetime satisfaction or we'll buy back your empty bottles. However, current supplies are severely limited. To take advantage of this important opportunity to finally win your war against fat and escape the guilt of past failures, you must act quickly.

### LOOK HOW EASY IT IS...
- **NO SKIPPING MEALS**
- **NO CARB COUNTING**
- **NO SPECIAL FOODS TO BUY AT OUTRAGEOUS PRICES**

You'll feel like a million dollars as your stubborn pockets of excess fat and flab begin to disappear right before your very eyes! Look how easy it is:

**AS MUCH AS 50% OF ALL EXCESS FAT GONE IN JUST 14 DAYS!**

- *STEP #1* – Wake Up Refreshed and Start the Day with One Tiny, Tasteless Caplet which helps set the stage for a fat-burning chain reaction throughout your entire body.
- *STEP #2* – You Eat – Miss No Meals – Enjoy hunger halting quantities of all sorts of nutritious food morning, noon and night as this scientifically designed diet pill plan creates a NON-STOP HIGH LEVEL OF FAT BURN OFF ALL DAY LONG so pounds and inches vanish easier than you may have ever thought possible.
- *STEP #3* – You Weigh and Then Measure Yourself Each Morning...and be amazed at the crash loss results. Because, starting after your very first caplet and your very first meal...you begin to burn off excess weight . . . melt away ugly bulges of flab and dissolve pockets of hard set fat! FINALLY, YOU ARE ON YOUR WAY TO A BEAUTIFUL, SLIM FIGURE OF A LIFETIME! So, if you are determined once and for all to go on to:

**LOSE up to 10 INCHES OFF YOUR WAISTLINE**
**LOSE up to 8 INCHES OFF YOUR HIPS**
**LOSE up to 6 INCHES OFF YOUR THIGHS**
**LOSE up to 9 INCHES OFF YOUR STOMACH**

Even if right now you need to lose 40 - 60 - 80 -100 pounds as part of your long range goals, you owe it to yourself and your loved ones to pick up the phone and call right now, because this may be the LAST WEIGHT REDUCING AD YOU MAY EVER HAVE TO READ!

### LIFETIME MONEY BACK GUARANTEE: LOSE ALL YOUR UNWANTED WEIGHT OR WE'LL BUY BACK YOUR EMPTY BOTTLES!

That's right! Your satisfaction is guaranteed for life! When we say NOT EVEN TOTAL STARVATION CAN SLIM YOU DOWN AND FIRM YOU UP THIS FAST – THIS SAFE – We Mean Every Word of It! If you do not lose weight easier than you ever thought possible, simply return the bottles, even if they are empty, for a prompt, courteous refund even if it's five years from now...or five years from now! Your satisfaction is guaranteed for life.

*Melt away fat 3 times faster than jogging 4 miles a day, 12 times faster than a full hour of military aerobics!*

### SAVE OVER 50% WHILE SUPPLIES LAST

A limited supply of Zyladex Plus has just been approved for release by our FDA REGISTERED laboratory. As part of a continuing research test, if you agree to tell us how many pounds and inches you lose, CALL NOW. You save over fifty percent while these supplies last. Plus, as a preferred customer, you receive these tremendous savings on all your future purchases – even if your drug store sells Zyladex Plus for two or three times the special discount prices below. As an added bonus, you also receive a FREE membership in the New Skinny Pill Club to help you keep the weight off! But you must act quickly before supplies run out.

**ABSOLUTELY NO ORDERS WILL BE ACCEPTED AFTER CURRENT SUPPLIES ARE EXHAUSTED.**

Remember, with the Zyladex Plus lifetime money back guarantee, you have only pounds and inches to lose and a beautiful, slim figure to gain. The final step is up to you. Don't miss out -- Respond Today!

## CALL NOW FOR IMMEDIATE DELIVERY!

Operators are standing by 24 hours a day, 7 days a week

# 1-800-519-2121

VISA, MC, DISC., and **CHECKS ACCEPTED BY PHONE**
(Have your checkbook ready when calling)

Zyladex Plus, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

| | | |
|---|---|---|
| 30 Day Supply | ~~$49.95~~ | only $19.95 |
| 60 Day Supply | ~~$79.95~~ | only $37.95 |
| 90 Day Supply | ~~$119.95~~ | only $54.95 |

**FREE shipping on 90 day supplies**
*All other orders add $5.95 S&H*

IMPORTANT NOTICE: IF YOU READ NOTHING ELSE PLEASE READ THIS: PLEASE CONSULT A PHYSICIAN PRIOR TO USE AND HAVE YOUR PHYSICIAN CHECK YOU REGULARLY TO BE SURE YOU'RE NOT LOSING TOO MUCH WEIGHT TOO FAST. ZYLADEX PLUS IS FOR ADULT USE ONLY. DEPENDING ON CURRENT WEIGHT, EXCESS WEIGHT AND OTHER FACTORS, RESULTS WILL VARY FROM ONE INDIVIDUAL TO ANOTHER. THE MORE OVERWEIGHT A PERSON IS, THE FASTER HE OR SHE SHOULD LOSE WEIGHT. PRESCRIPTION REFERS TO A METHOD OF TREATMENT INCLUDING CALORIC ABATEMENT RECOMMENDATIONS, INCREASED ACTIVITY LEVEL AND DAILY PILL USE. TO ACHIEVE BEST RESULTS, YOU SHOULD FOLLOW THE PRESCRIPTION AND NOT RELY ON PILL USE ALONE. TYPICAL WEIGHT LOSS IS ONE TO TWO POUNDS PER WEEK. ILLUSTRATIONS ARE BEST CASE SCENARIOS. ANY ONE IN GOOD HEALTH CAN FOLLOW THIS PROGRAM; HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION ORDERED BY A DOCTOR SHOULD NOT FOLLOW THIS PLAN - NOR ANY OTHER WEIGHT LOSS PROGRAM - WITHOUT THE AUTHORIZATION AND/OR SUPERVISION OF A PHYSICIAN. © 2007 MEDLAB, INC.

**Exhibit K**

# Exhibit L

**WARNING:  Read <u>Only</u> If You Want This to Be the Last Time You Ever Need to Lose Weight!**

# New Clinical Study: Slimming Pill Forces Massive Weight Loss Without Dieting or Exercise!



### Safely Fires Up Slow Metabolism!

*If you can take two tiny pills per day, you can lose weight... ALL the weight you want!*

— *That's all there is to it!*



**Breakthrough:**  Modern Medical Science has finally produced a safe and effective weight loss pill that forces you to shed pounds by the hour and inches by the day! The result of many years of painstaking research by world renowned biochemists and endocrinologic scientists, this fantastic discovery works without dieting and without the need for any exercise whatsoever.  But don't just take our word for it.  Read the evidence in *The International Journal of Obesity.*

The unprecedented rapid loss of weight reported in *The Journal* compelled researchers to name this amazing breakthrough Rapid Loss 245 (RL245). This latest weapon in the *"War Against Obesity"* literally *forced* test subjects to **lose 5 times more weight** than those not taking the pill.  Even more astonishing is the fact that this *five hundred percent increase in weight loss* occured even though participants were specifically instructed not to exercise or diet!

In fact, RL245 works so fast that real life users like yourself report YOU can LOSE up to 6 lbs. in 48 HOURS; SLIM DOWN as much as 18 lbs. in a SINGLE WEEK, plus TRIM up to 8 INCHES from your  waistline and SHRINK an incredible 5 SIZES SMALLER in as little as 14 DAYS.

**The Best News:**  To lose all your unwanted  weight and keep it off forever, the only lifestyle change YOU have to make is to take two tiny tasteless caplets per day. If you do that, you will:

✓ *Feel It Working the Very First Day!*
✓ *See Noticable Results In Your Mirror Within 48 Hours!*
✓ *Be Amazed at the Crash-Loss Results!*
✓ *Finally Achieve the Slender Figure You've Always Wanted!*

WITH

• NO DIETING • NO EXERCISE!
• NO COUNTING CALORIES
• NO SPECIAL FOODS TO BUY!

**Our Promise to You:  Guaranteed Success or Your Money Back.** We are so confident that RL245 will be the last weight loss product you will ever have to buy, that we don't give you any ordinary thirty day guarantee.  No, our guarantee is for a Lifetime! Lose all your unwanted weight and keep it off forever or we'll return your purchase price even if you ask for a refund ten, twenty, thirty or more years from now!

So how can we offer such an unheard of guarantee?  The answer is easy.  The studies prove it and we know it to be fact...RL245 works! With this lifetime guarantee, You Can't Go Wrong!

However, we do ask one thing in return. Once you have witnessed how easy it is to lose weight with RL245, please tell all your friends.  Your success is the best way you could possibly thank us and is the best advertising we could ever get. Your help will also make it possible for us to keep future prices of RL245 affordable for those in need.

If you order now, you can take advantage of introductory savings.  As an added bonus, we've also made arrangements for shipping and handling to be included FREE on all orders of 90-day supplies and more.

For your convenience, operators are standing by 24 hours a day, 7 days a week and the call is free.  However, introductory supplies at these incredible prices are severely limited.  To avoid disappointment, please Act Now.

For the Last Time You Will Ever Need to Lose Weight...Call Today!

WE REGRET THAT WE WILL NOT BE ABLE TO HONOR THESE PRICES AFTER INTRODUCTTORY SUPPLIES ARE GONE.

*Call Now For Immediate Delivery*
Operators are standing by 24 Hours Per Day, 7 Days Per Week

# 1-800-216-5577

Visa, MC, Disc and Checks Accepted by Phone
(Have your checkbook ready when calling)

Rapid Loss 245, 2916 South 132ⁿᵈ St., #300, Omaha, NE 68144

*30 Day Trial Supply...$39.95.... only $19.95*
*60 Day Supply ....... $79.95.... only $34.95*
*90 Day Supply ....... $119.95.... only $54.95*

*90 day orders receive  free  shipping.*
*All other orders add $6.95 S&H.*

Copyright 2005 by Metabolic Research Associates

**Exhibit L**

# Exhibit M

# They Lost 216 Pounds

...Without Dieting
...Without Exercise




 Lost 54 Pounds
 Lost 110 Pounds
 Lost 52 Pounds

## Discover the European weight-loss breakthrough that's sweeping America!
## Patent Pending Formula • Over 3,000,000 sold!

When European scientists reported that a revolutionary new formula produced dramatic weight loss, we asked for proof. Lo and behold, we could hardly believe our eyes. Testimonial after testimonial described incredible results. Even users who had failed every diet imaginable lost weight like crazy. Some of these ecstatic, newly-slender patients lost over 100 pounds while many others lost 30 to 50 pounds in an unheard of short time.

This NO-DIET, NO-EXERCISE way to slim down offers *new* hope to all who have tried in vain to loss weight and keep it off. However, before bringing this amazing formula to America and making promises to you, we subjected it to rigorous clinical tests to prove beyond a doubt that the product really works.

We hired research scientists, medical doctors and leading government statisticians to conduct elaborate clinical trials at three separate weight loss facilities. The results of that study have just been published in the prestigious *International Journal of Obesity*. We are glad to report that those results confirmed our optimism.

The formula, named RL245, did indeed produce dramatic weight loss WITHOUT DIETING and WITHOUT EXERCISE! In fact, RL245 increased weight loss up to 5 TIMES!!!

According to the researchers, RL245 works because it normalizes an overweight person's metabolic response to food. Plus, the longer you take RL245 the more weight you lose. What this means to you is now you can have the same metabolic advantage enjoyed by those natural "skinnies" we all love to hate. And like those "skinnies", you, too, burn away calories effortlessly, quickly and without the need for diet or exercise. Your excess weight disappears before your very eyes!

Imagine! Never counting another single calorie ever again. Imagine! Never experiencing another gnawing moment of hunger. Imagine! Never ever having to diet again.

To lose weight, all you have to do is take the pills. You make no lifestyles changes nor suffer any painful sacrifices whatsoever. Nothing is easier…nothing is simpler! Now YOU can finally conquer the self-defeating, unhealthy Yo-Yo cycle of temporary weight loss. You can finally achieve the slim, trim body you've always wanted…the body you deserve!

The best news: Limited quantities of RL245 have just been certified for release by our FDA licensed laboratory. For those who act quickly, introductory savings are also available while supplies last. As an added incentive, shipping is free when you order a 90-day supply or more.

And if that is not enough reason to experience these incredible results for yourself, you'll be glad to know that RL245 is backed by a lifetime guarantee.

That's right…not some run-of-the-mill thirty, sixty or ninety day guarantee, you get a lifetime promise of success. If you do not lose all the weight you want and keep it off the rest of your life, 100% of your purchase price will be promptly refunded…no questions asked. You may ask, how can we make such a pledge? The answer is simple…RL245 works!

The final step is up to you. Operators are standing by twenty-four hours a day, seven days a week, and the call is FREE.

Join the weight loss revolution. Call Today! Act NOW!

**Call Now For Immediate Delivery**
Operators are standing by 24 Hours Per Day, 7 Days Per Week

# 1-800-937-5511

Visa, MC, Disc and Checks Accepted by Phone
(Have your checkbook ready when calling)

Rapid Loss 245, 2916 South 132nd St., #300, Omaha, NE 68144

| | | |
|---|---|---|
| 30 Day Trial Supply... | $39.95... | only $19.95 |
| 60 Day Supply ....... | $79.95..... | only $34.95 |
| 90 Day Supply ....... | $119.95..... | only $54.95 |

90 day orders receive free shipping.
All other orders add $6.95 S&H.

Copyright 2005 Metabolic Research Associates

# Exhibit N

**WARNING:** Read Only If You Want This to Be the Last Time You Ever Need to Lose Weight!

# New Calorie-Busting Slimming Pill Forces You to Lose Weight Without Diet or Exercise!

## UNCONDITIONALLY GUARANTEED...

 *If you can take two tiny pills per day, you can lose ALL the weight you want! — That's all there is to it!*

Call Today to See If You Are Eligible to Have a FREE Thirty Day Supply Rushed to Your Doorstep!

Modern Medical Science has finally produced a safe and effective weight loss pill that forces you to shed pounds by the hour and inches by the day! The result of many years of painstaking research by world renowned biochemists and endocrinologic scientists, this fantastic new discovery works without dieting and without the need for any exercise whatsoever. But don't just take our word for it. Read the evidence in *The International Journal of Obesity.*

The unprecedented rapid loss of weight reported in *The Journal* compelled researchers to name this amazing breakthrough Rapid Loss 245 (RL245). This latest weapon in the *"War Against Obesity"* literally *forced* test subjects to lose 5 times more weight than those not taking the pill. Even more astonishing is the fact that this *five hundred percent increase in weight loss* occurred even though participants were specifically instructed not to exercise or diet!

In fact, RL245 works so fast that real life users like yourself report YOU can LOSE up to 6 lbs. in 48 HOURS; SLIM DOWN as much as 18 lbs. in a SINGLE WEEK, plus TRIM up to 8 INCHES from your waistline and SHRINK an incredible 5 SIZES SMALLER in as little as 14 DAYS. *

**The Best News:** To lose all your unwanted weight and keep it off forever, the only lifestyle change YOU have to make is to take two tiny tasteless caplets per day. If you do that, you will:

✓ Feel It Working the Very First Day!

✓ See Noticeable Results in Your Mirror Within 48 Hours!

✓ Be Amazed at the Crash-Loss Results!

✓ Finally Achieve the Slender Figure You've Always Wanted!

WITH
• NO DIETING • NO EXERCISE
• NO COUNTING CALORIES
• NO SPECIAL FOODS TO BUY!

**Guaranteed Success or Your Money Back.** We are so confident that RL245 will be the last weight loss product you will ever have to buy, that we proudly offer an **ironclad money back guarantee!** If you are dissatisfied for any reason whatsoever, we will promptly refund 100% of your purchase price even if you have taken all the pills. Simply let us know within thirty days and you risk nothing...not one cent!

So how can we offer such an unheard of unconditional guarantee? The answer is easy. The studies prove it and we know it to be fact...RL245 works!

However, we do ask one thing in return. Once you have witnessed how easy it is to lose weight with RL245, please tell all your friends. Your success is the best advertising we could ever hope to get and it's the best way you can possibly thank us. Your spreading the word also makes it possible to keep future prices of RL245 affordable for those in need.

**FREE Thirty Day Supply!** As part of the continuing national research test, a limited number of FREE Thirty Day supplies are available to select individuals who act quickly. Call today to find out if you are eligible to receive a Free Thirty Day supply of RL245.

For your convenience, operators are standing by 24 hours a day, 7 days a week and the call is free. However, introductory supplies with this incredible offer are severely limited. To avoid disappointment, please Act Now.

For the Last Time You Will Ever Need to Lose Weight...Call Today!

WE REGRET THAT WE WILL NOT BE ABLE TO HONOR THIS FREE 30 DAY INTRODUCTORY OFFER AFTER CURRENT SUPPLIES ARE GONE.

**Call Now For Immediate Delivery**
Operators are standing by 24 Hours Per Day, 7 Days Per Week

# 1-800-325-5980

**Visa, MasterCard, Discover and** Checks **Accepted by Phone**
(Have your checkbook ready when calling)
Rapid Loss 245, 2916 So. 132 St. #300
Omaha, NE 68144

*PLEASE READ THIS IMPORTANT MESSAGE: RL245 IS FOR ADULT USE ONLY...

Exhibit N

# Exhibit O

**WARNING:** Read Only If You Want This to Be the Last Time You Want to Lose Weight!

# NEW Slimming Prescription Forces You to Lose Massive Amounts of Weight . . . Lifetime Money Back Guarantee!



- Lose up to 6 Pounds in 48 Hours!
- Slim Down as Much as 18 Pounds the First Week!
- Shrink up to 5 Sizes Smaller in as Little as 14 Days.



**Breakthrough:** Modern Medical Science has finally produced an amazing new weight loss pill and plan that shrinks millions of fat cells and forces your body to shed excess fat and flab! Now, two tiny pills per day can help make losing weight easier than you ever thought possible.

✓ *Lose Weight Your Very First Day!*

✓ *See Noticeable Results In Your Mirror Within 48 Hours!*

✓ *Amazing Crash-Loss Results!*

✓ *The Slender Figure You've Always Wanted is a FREE Phone Call Away!*

✓ *Lifetime Money Back Guarantee!*

This fantastic prescription is the result of painstaking research by world renowned biochemists, university medical doctors and bariatric scientists. Real life users like yourself report it is possible to LOSE up to 6 lbs. in 48 HRS; SLIM DOWN as much as 18 lbs. in a SINGLE WEEK, plus TRIM up to 8 INCHES from your waistline and SHRINK as much as 5 SIZES SMALLER in as little as 14 DAYS.

The unprecedented rapid loss of weight reported by these former hopelessly overweight users compelled researchers to name this amazing breakthrough Rapid Loss $R_X$. With this latest weapon in the *"War Against Obesity"* you may never have to read another weight reducing ad ever again.

**The Best News:** We are so confident that Rapid Loss $R_X$ is the last weight loss product you ever have to buy, that we proudly offer an **iron-clad LIFETIME money back guarantee!**

So how can we offer such an unheard of guarantee? The answer is easy. Testimonials prove it and we know it to be a fact...Rapid Loss $R_X$ works!

**Nothing Is Easier.** With your very first pill and your very first meal, you are on your way to a new, slim and trim figure. Excess weight and unsightly inches of fat and flab melt away easier than you ever thought possible.

**Eat, Eat, Eat!** Never skip a meal as the Rapid Loss $R_X$ prescription turns your body into a calorie burning incinerator so pounds and inches begin to disappear right before your very eyes. Since you eat the nutritious foods you love, including sinfully delicious desserts, you may never experience another gnawing moment of hunger - ever again!

**Wake up slimmer and slimmer** each morning and marvel at the amazing crash loss results. Now you can have the body of your dreams, even if all your prior attempts at losing weight were sabotaged by lost self-control and ended with heartache, hopelessness and self-doubt. With the Rapid Loss $R_X$ prescription, you can finally conquer the self-defeating, unhealthy, yo-yo cycle of temporary weight loss. Imagine how good you'll feel wearing form-fitting designer clothes, turning admiring heads everywhere you go. You are beautiful!

Rapid Loss $R_X$ is available for a limited time at incredible introductory prices. For less than a dollar per day, you can't afford to miss this opportunity to free yourself from the heartbreak of yet another failed weight loss attempt. The ultimate victory in your personal war against fat is within your grasp. To win the body of your dreams, Act Today!

As a bonus, shipping and handling are FREE on all orders of 90-day supplies and more. Remember, with the Rapid Loss $R_X$ Lifetime Money Back Guarantee there is no risk. *CALL NOW!*

WE REGRET THAT WE WILL NOT BE ABLE TO HONOR THESE PRICES AFTER INTRODUCTORY SUPPLIES ARE GONE

## Call Now For Immediate Delivery
Operators are standing by 24 Hours Per Day, 7 Days Per Week

# 1-800-216-5577

Visa, MC, Disc and Checks Accepted by Phone
(Have your checkbook ready when calling)

Rapid Loss $R_X$, 2916 South 132" St., #300, Omaha, NE 68144

| | | |
|---|---|---|
| 30 Day Trial Supply...$39.95 | ... | only $19.95 |
| 60 Day Supply ...... $79.95 | ... | only $34.95 |
| 90 Day Supply ...... $113.95 | ... | only $54.95 |

Free shipping on 90 day orders. All other orders add $5.95 S&H.

PLEASE READ THIS IMPORTANT MESSAGE: YOUR DOCTOR SHOULD CHECK YOU... [illegible fine print]

Exhibit O

# Exhibit P

# Rapid Loss R$_X$ Paid Me $10,000 to Lose 68 Pounds!

Rapid Loss R$_X$

January 3, 2007

PAY TO THE ORDER OF  Mary Richardson  $ 10,000

Ten Thousand and no Hundred  DOLLARS

Weight Loss Reward

John Caplett, MD

## Rapid Loss R$_X$ pays you up to...
- **$100 for every pound you lose** *plus*
- **$100 for every inch you shrink.**

Now you can get paid to lose weight! That's right! For a limited time, the makers of a new, all natural weight loss pill called Rapid Loss R$_X$ will pay you to try their powerful slimming pills. Why? The company needs to verify the results of their clinical study that demonstrates that those who take Rapid Loss R$_X$ lose incredible amounts of weight without **diet or exercise**. The company needs this additional proof so it can make Rapid Loss R$_X$ available nationwide to all those who desperately need it. To help those in need as quickly as possible, the company will pay users to lose weight.

To get paid, all you have to do is take two, tiny, tasteless pills per day and tell the company how much weight and how many inches you lost. If you can do this, you will receive up to $100 for every pound you lose and up to $100 for every inch you slim down upon the company's receipt and publication of your results.

The company needs more substantiation like the anecdotal reports that show it is possible to LOSE as much as 4 LBS. IN JUST 24 HOURS, SLIM as much as 15 to 18 LBS. IN A SINGLE WEEK and TRIM DOWN WAISTLINES as much as 5 SIZES SMALLER IN JUST 21 DAYS • WITHOUT GNAWING HUNGER • WITHOUT BONE-JARRING EXERCISE • WITHOUT SKIPPING A SINGLE MEAL!

Proof like Mary Richardson who lost 68 pounds and 32 inches of unsightly, sagging folds of fat and flab from all over her body and received a check for $10,000. Proof like Joanne B. who lost an incredible 52 pounds of hard-set fat in only 35 days... and like Jennifer G. who lost over 100 pounds without a single moment of gnawing hunger. "It's like having a million dollar pill in a bottle", she exclaimed.

If you need to lose 20, 50, 75, or even 100 pounds or more of excess fat and ugly cellulite, you owe it to yourself and your loved ones to have Rapid Loss R$_X$ rushed to your doorstep. We obviously can't promise that everyone's experience will be extraordinary. You could lose more or less. However, we can promise that upon using your results, we will pay you up to $100 for every pound you lose and up to $100 for every inch you slim down. Losing weight may never be easier! Furthermore, if you are not completely satisfied with Rapid Loss R$_X$, we will buy back your empty bottles no questions asked... for life! With this risk-free, lifetime money-back guarantee there is absolutely no reason to delay. Order Rapid Loss R$_X$ today and get paid to lose weight tomorrow.

As part of this continuing research test, if you respond before midnight February 14, 2007, the researchers will send you a 30-day trial supply of Rapid Loss R$_X$ for just $29.95. There is a strict limit of just one 30-day supply per address. But if you respond before January 30th and NEED TO LOSE STILL MORE FAT, MORE FLAB, MORE INCHES to re-shape your figure to the slim, trim, firm body of your dreams... you may request an additional supply of Rapid Loss R$_X$ at the SPECIAL DISCOUNT PRICE described below. You, may pay a little more for Rapid Loss R$_X$, but that's because it works. And isn't that what you really want...no more false promises...no more disappointments? Surely, your improved self-esteem from proudly showing off the body you've always wanted is worth a dollar a day. ACT NOW!

**HURRY! ABSOLUTELY NO ORDERS WILL BE ACCEPTED PAST THE STATED DEADLINE DATES.** To make sure that you do not miss out, respond TODAY!

**BONUS INTRODUCTORY OFFER!   FIRST 100 CUSTOMERS RECEIVE A FREE GIFT VALUED AT $30**

To order Rapid Loss R$_X$ and finally shed those unwanted pockets of excess fat and flab check which plan, A or B, you desire.

☐ A. Yes, I want to have a new slim figure and request a 30 day trial shipment of Rapid Loss R$_X$. Regularly $39.95, my special discount price is only $29.95 plus $6 shipping and handling (while supplies last).

☐ B. I want to lose more fat without having to diet or exercise and by responding by January 30th, I am entitled to the special discount price of:

☐ 60 day supply reg. $79.95 Now Only $49.95 plus $6 S&H.
☐ 90 day supply reg. $119.95 Now Only $69.95 plus $6 S&H.
☐ 120 day supply reg. $159.95 Now Only $89.95 (We pay all S&H)

PLEASE CHECK METHOD OF PAYMENT DESIRED   Amount Due $_____
☐ Check or Money Order enclosed  ☐ VISA  ☐ MASTERCARD  ☐ DISCOVER
Card Number: _____
Exp. Date: _____ Signature _____
Name (Please Print) _____
Address: _____
City: _____ State: _____ Zip: _____
Telephone # ( _____ ) _____

Rapid Loss R$_X$, 2916 South 132nd St. #300-B, Omaha, NE  68144

Exhibit P

# Exhibit Q

Reprinted with Permission of Medical Home Journal

**HEALTH SCIENCE UPDATE**

# New Anti-Fat Breakthrough Breaks Genetic Barrier to Losing Weight!

*Risk-free introductory offer shrinks even the most stubborn pockets of excess fat and automatically trims inches from your body by the hour ...... Guaranteed!*

With the release of a revolutionary new anti-fat formula called Questral AC, the genetic barrier to losing weight appears to have been overcome. The result of years of exhaustive research by leading endocrinologic biochemists, this marvel of modern technology brings new meaning to the term *rapid weight loss*. By stopping your body's fat producing ability, users report you can safely and automatically LOSE up to 6 lbs. in 48 HOURS; SLIM DOWN as much as 18 lbs. in a SINGLE WEEK; plus TRIM over 8 INCHES from your waistline and SHRINK an incredible 5 SIZES SMALLER in as little as 14 DAYS and still eat your favorite foods and between meal snacks.

According to the latest obesity research, many overweight individuals are born with a gene that impairs their ability to assimilate and synthesize fat cells. All the dieting in the world may not help these unfortunate individuals lose weight. In other words, even if you did not succeed at every dieting attempt in the past, *it's not your fault! You did not fail. Diets failed you!* NOW you can change all that! A new clinical study reported in the *International Journal of Obesity*, convincingly proves that with Questral AC, even the most hopelessly overweight can now overcome their genetic predisposition to obesity and LOSE WEIGHT WITHOUT DIETING WITHOUT EXERCISE.

Weight Loss has never been easier: A Medical discussion. Questral AC is the only MHJ board certified and approved formula for weight loss. It is research proven to defeat the fat gene and attack fat in four unique and effective ways:
One: Questral AC blocks your body's ability to store fat by inhibiting an enzyme called G6PD.
Two: By improving an overweight person's sensitivity to the body's own naturally produced thyroid hormone, fat metabolism is *dramatically* increased.
Three: Powerful fat emulsifiers automatically dissolve pockets of excess fat allowing you to effortlessly flush them from your body.
Four: Questral AC's patented complex sharply reduces sugar cravings and helps build lean muscle tissue which means you *slim down, firm up* and will once and for all maintain your new sleek physique.

What this means to you is that you automatically and almost effortlessly SHED UNWANTED POUNDS BY THE HOUR, INCHES BY THE DAY, 24 hours per day - even while you sleep - *without* the need for tortuous, ineffective diets, backbreaking exercise or painstaking calorie counting so you SLIM DOWN and FIRM UP starting the *very first day!*

The Questral AC two caplet per day formula is powerful! It produced amazing, atypical results in chronically overweight individuals by specifically asking them NOT TO DIET, NOT TO SKIP MEALS, NOT TO COUNT CALORIES and NOT TO EXERCISE. Since you eat all the foods you love (including between meal snacks and sinfully delicious desserts) and still lose weight, you may never experience another single gnawing moment of agonizing hunger - *ever again!*

Leading authorities and former hopelessly overweight users report on the specifics of this amazing sequential, four dimensional attack on fat.

*... the most promising weight loss formula to be developed in years.*
**Better Nutrition for Today's Living**

*... inhibits the body's production of lipids. Promises permanent weight loss and reduces body fat without dieting or exercise.*
**Health News and Review**

*... As a health care provider, I was skeptical until I trimmed 26 inches from my body and slimmed down five dress sizes in only two weeks. I recommend Questral AC to all my patients.*
Natalie E., Dearborn, MI

*... Despite not being able to exercise because of recent surgery, I lost 4 lbs. in a single day and 18 lbs. in a week without altering my diet. Questral AC does what it claims!*
Wanda D., Miami, FL

You will lose weight with Questral AC says Jennifer G. who had gained every diet imaginable. "I had resigned myself to a life of misery from being overweight. Then a miracle occurred. With Questral AC, I lost 55 pounds without counting a single calorie and without exercising at all. Questral AC will work miracles for you too!"

Stop the insanity! Dieting does not work! Stop trying to starve away fat through ineffective, rapid, iron willpower diets. Stop battling excess flab an ounce at a time with backbreaking exercise. Now, you can enjoy the metabolic advantage naturally slim people are born with. You can slim down, firm-up and have the body of your dreams because Questral AC requires NO EXERCISE, NO DIETING and NO willpower. With Questral AC you can *finally* CONQUER the self-defeating, unhealthy Yo-Yo cycle of temporary weight loss and never have to diet again.

Imagine how good you'll feel to *finally* shed those unwanted pounds of excess fat and unsightly bulging pockets of cellulite on your way to a lifetime of slimness. Imagine what *less than a dollar per day* can do for you if you are determined to once and for all LOSE up to 18 lbs. in a week, TRIM 6 inches from your waistline in as little as 14 days or LOSE 50, 75 or even 100 pounds or more for the rest of your life.

100% Weight loss and satisfaction guaranteed... or your money back. We are confident you will be thrilled with *rapid and dramatic results.* However, if you are dissatisfied for any reason whatsoever, simply return the merchandise for a prompt, courteous refund. That's right. If your unwanted weight does not melt away right before your very eyes, one hundred percent of the product price will be promptly refunded, no questions asked.

Available for a limited time at these introductory prices, Questral AC may very well be your key to a lifetime of enhanced self confidence, improved self esteem, good health and slimness. For *less than a dollar per day* you can't afford to miss this once in a lifetime opportunity to free yourself from the heartbreak of yet another failed weight loss attempt. With Questral AC, the ultimate victory in your personal war against fat is within your grasp. To win the body of your dreams, act today!

CALL NOW to save over $50! You are also guaranteed lifetime savings on all future purchases. Plus, when you order a 90 day supply, shipping and handling are free! Please accept this *free offer* as our way of thanking you for making the decision to *once and for all* lose your unwanted weight and keep it off with Questral AC.

Ordering is Simple and Convenient. Introductory quantities of Questral AC are available, while supplies last, on a first come - first served basis. Operators are standing by 24 hours per day, 7 days per week, but HURRY, after these introductory supplies are gone, we will not be able to accept new orders at these prices and only those fortunate individuals who purchase now will be able to reorder at substantial savings!

Remember, with the Questral AC no questions asked money back guarantee, you have only unwanted fat and inches to lose and a lifetime of slimness and self assurance to gain. The final step is up to you. To take advantage of this risk free introductory offer and receive free shipping on 90 day orders - *ACT NOW!*

ABSOLUTELY NO ORDERS WILL BE ACCEPTED AT THESE INCREDIBLE PRICES AFTER INTRODUCTORY SUPPLIES ARE EXHAUSTED!

| 30 Day Supply | $39.95 | $19.95 |
| 60 Day Supply | $79.90 | $37.95 |
| 90 Day Supply | $119.85 | $54.95 |

Free Shipping on 90 Day Orders
Please add $5.95 shipping and handling to all other orders.

## For Immediate Delivery
Call Toll-Free 24 Hours Per Day, 7 Days Per Week

# 1-800-663-3232

Visa, MC, Disc. and Checks Accepted by Phone
(Have your checkbook ready when calling)

Metabolic Research Associates
405 West Fairmont Drive, Tempe, AZ 85282



CAUTION: You can lose too much weight too quickly. Individual results vary and extremely rapid weight loss may not be advantageous. Consult a physician before beginning any weight loss program and reduce dosage to maintain your desired weight.

Copyright 2005 by Metabolic Research Associates

# Exhibit R

# They Lost 216 lbs Without Dieting or Exercise!





Lost 54 Pounds

Lost 110 Pounds

Lost 52 Pounds

## For Just $9.95 You Can Receive The Only Weight Loss Product In America That's Clinically Proven to Work!

FOR IMMEDIATE RELEASE: Metabolic Research Associates, Inc. proudly announces that it has acquired the sole distribution rights to an exciting NEW weight loss formula called Questral AC. With clinically proven 5 TIMES GREATER WEIGHT LOSS, this new slimming program offers *real* hope to all who have tried in vain to lose weight and keep it off.

Before making this announcement, corporate personnel verified hundreds of testimonials demonstrating that even users who had failed every diet imaginable lost weight like crazy. Some of these newly slender patients lost over 100 pounds while others lost 30 to 50 pounds in an unheard of short time. Even more remarkable: weight loss occurred simply by taking the pills...absolutely no diet or exercise were required whatsoever.

In addition, research scientists, medical doctors and government statisticians were hired to conduct exhaustive clinical trials at three separate weight loss facilities to prove beyond a shadow of doubt that the product works without dieting and without exercise.

The outcome is published in the prestigious *International Journal of Obesity*. The results are so impressive that a patent is now pending before the United States Trademark and Patent Office to protect this revolutionary

**Read what real life users like yourself say about the Questral AC "Slimness Formula"**

*"I lost 31 pounds and 8 inches and feel attractive for the first time in my life."*
Shannon M., Minnesota

*"I went from a size 12 to a size 4 in less than two months and felt great doing it."*
Sherry P., Michigan

*"I lost 42 pounds and never felt hungry."*
Mary V., California

*"My love handles disappeared. Questral AC works as advertised."*
Jeff W., Missouri

*"At 64, I was amazed at how the fat on my stomach and thighs disappeared."*
Doris H., Minnesota

new formula from being pirated by profit-hungry drug companies whose only interests are their bottom lines. As a result, Metabolic Research proudly announces introductory supplies of this remarkable new formula are available for only $9.95 while supplies last.

Imagine! How good you'll feel wearing form-fitting designer clothes right off the rack. Imagine! The look on your friends faces when a new slim and trim you appears before their eyes. Of course, results vary based upon a number of factors such as your beginning weight, but with the company's iron-clad, no-questions-asked money back guarantee you have only pounds and inches to lose.

Nothing is easier...nothing is simpler! In less than 30 days, see if *you can finally conquer the self-defeating, unhealthy Yo-Yo cycle of temporary weight loss* and once and for all achieve the slim, trim body you've always wanted...the body you deserve!

Limited quantities of Questral AC have just been certified for release by our FDA licensed laboratory. As part of a continuing research test, trial supplies are now available for the incredibly low price of just $9.95. To avoid disappointment, ACT QUICKLY!

Call today to have Questral AC rushed directly to your door step so you can lose weight tomorrow. The final step is up to you. Operators are standing by twenty-four hours a day, seven days a week, and the call is FREE.

With the Questral AC unconditional promise of success, the only things you risk losing are your unwanted pounds and inches of unsightly fat and flab.

Join the weight loss revolution. Act Today! **CALL Now!**

# 1-800-514-4438

**Visa, MC, Disc and Checks by Phone**
(Have your checkbook ready when calling)

Questral AC, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

Exhibit R

# Exhibit S

# New Calorie-Busting Slimming Pill Forces You to Lose Weight Without Diet or Exercise!

## UNCONDITIONALLY GUARANTEED...



*If you can take two tiny pills per day, you can lose ALL the weight you want! — That's all there is to it!*

**Call Today to See If You Are Eligible to Have a FREE Thirty Day Supply Rushed to Your Doorstep!**



Modern Medical Science has finally produced a safe and effective weight loss pill that forces you to shed pounds by the hour and inches by the day! The result of many years of painstaking research by world renowned biochemists and endocrinologic scientists, this fantastic new discovery works without dieting and without the need for any exercise whatsoever. But don't just take our word for it. Read the evidence in *The International Journal of Obesity.*

This latest weapon in the *"War Against Obesity"* is called Questral AC. As reported in *The Journal,* Questral AC literally *forced* test subjects in the study to **lose 5 times more weight** than those not taking the pill. More astonishing is the fact that this *five hundred percent increase in weight loss* occurred even though participants were specifically instructed not to exercise or diet!

In fact, Questral AC works so fast that real life users like yourself report YOU can LOSE up to 6 lbs. in 48 HOURS; SLIM DOWN as much as 15 lbs. in a SINGLE WEEK, plus TRIM up to 8 INCHES from your waistline and SHRINK an incredible 5 SIZES SMALLER in as little as 14 DAYS with absolutely no dieting or any exercise whatsoever ·

**The Best News:** To lose all your unwanted weight and keep it off forever, the only lifestyle change YOU have to make is to take two tiny tasteless caplets per day. If you do that, you will:

✓ **Feel It Working the Very First Day!**

✓ **See Noticeable Results in Your Mirror Within 48 Hours!**

✓ **Be Amazed at the Crash-Loss Results!**

✓ **Finally Achieve the Slender Figure You've Always Wanted!**

WITH
- **NO DIETING** · **NO EXERCISE**
- **NO COUNTING CALORIES**
- **NO SPECIAL FOODS TO BUY!**

**Guaranteed Success or Your Money Back.** We are so confident that Questral AC will be the last weight loss product you will ever buy, that we proudly offer an **ironclad money back guarantee!** If you are dissatisfied for any reason whatsoever, we will promptly refund 100% of your purchase price even if you have taken all the pills. Simply let us know within thirty days and you risk nothing...not one cent!

So how can we offer this unprecedented unconditional guarantee? The answer is easy. The studies prove it and we know it to be fact...Questral AC works!

However, we do ask one thing in return. Once you have witnessed how easy it is to lose weight, please tell your friends. Your success is the best advertising we could ever get and it's the best way you can possibly thank us. Your spreading the word also makes it possible for us to keep future prices of Questral AC affordable for those in need.

**FREE Thirty Day Supply!** As part of this continuing national research test, a limited number of FREE Thirty Day supplies are available to select individuals who act quickly. Call today to see how you can receive a **Free Thirty Day Supply** of Questral AC.

For your convenience, operators are standing by 24 hours a day, 7 days a week and the call is free. However, introductory supplies with this incredible offer are severely limited. To avoid disappointment, please Act Now.

For the Last Time You Will Ever Need to Lose Weight...Call Today!

**WE REGRET THAT WE WILL NOT BE ABLE TO HONOR THIS FREE 30 DAY INTRODUCTORY OFFER AFTER CURRENT SUPPLIES ARE GONE.**

### Call Now For Immediate Delivery
Operators are standing by 24 Hours Per Day, 7 Days Per Week

# 1-800-260-5017

**Visa, MasterCard, Discover and Checks Accepted by Phone for shipping**
(Have your checkbook ready when calling)
Questral AC, 655 Mulberry
Manteno, IL 60950

*PLEASE READ THIS IMPORTANT MESSAGE: QUESTRAL AC IS FOR ADULT USE ONLY. THIS WEIGHT LOSS PLAN IS NOT DESIGNED TO DIAGNOSE OR ANALYZE ANY ILLNESS OR PATHOLOGY OF ANY KIND, NOR TO PROPOSE ANY METHOD OR TREATMENT OTHER THAN THAT WHICH YOU MAY CURRENTLY BE TAKING. RESULTS WILL VARY DEPENDING UPON EXCESS WEIGHT, CURRENT WEIGHT AND OTHER FACTORS. YOU MAY LOSE MORE OR LESS WEIGHT THAN THE EXTRAORDINARY ILLUSTRATIONS DEMONSTRATE. PILL USE ALONE MAY PRODUCE WEIGHT LOSS OF TWO POUNDS A MONTH. PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE WITH ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION PRESCRIBED BY A DOCTOR SHOULD NOT FOLLOW THIS WEIGHT LOSS PLAN WITHOUT THE AUTHORIZATION AND/OR SUPERVISION OF A PHYSICIAN. © 2005

**Exhibit S**

# Exhibit T

# Lose Weight or DOUBLE Your Money Back!

## Losing Weight Is Now Easier than You Ever Dreamed Possible with Questral AC Fat Killer Plus!

*How would you like to become a winner in your personal "War on Obesity" and once and for all conquer the battle of the bulge? Thanks to a recent breakthrough in medical science, millions of helplessly overweight individuals may now have the final solution to their weight loss struggles with a new slimming pill, Questral AC Fat Killer Plus.*

*This clinically tested formula is comprised of all-natural ingredients that work in complete harmony with the body's built-in fat control mechanisms to put an end to yo-yo weight control problems. With fast-acting Questral AC Fat Killer Plus, you now have the opportunity to stop this unhealthy cycle and become thin. Enjoy a healthy, lean, attractive body that's guaranteed to make you and your loved ones proud!*

### Lose Weight Today, Tomorrow, the Next Day, the Next Day and the Next Day to Get Thin!

Millions of well-intentioned men and women know how difficult it is to shed hard-set pounds of fat and eliminate unsightly pockets of trapped cellulite. They have tried in vain to lose weight through starvation diets and bone-jarring exercise only to reach a plateau that fails to resemble their desired weight goal. Questral AC Fat Killer Plus holds the key to unlocking hard-to-lose excess fat and flab from all over your body. You may never have to experience the agonizing self-loathing of yet another failed weight loss attempt again.



*If you and your doctor don't agree that Questral AC Fat Killer Plus is the most effective weight loss formula ever developed, return it for double your money back.*

Because Questral AC Fat Killer Plus effects how your body metabolizes fat, those once insurmountable plateaus may no longer seem like obstacles. With Questral AC Fat Killer Plus the body of your dreams is now within your reach!

### Fast N' Easy Weight Loss

Whether you want to lose 20, 40, 60, even 100 pounds or more, Questral AC Fat Killer Plus helps take the pangs out of losing weight. Patients in our recent clinical study reported losing unprecedented amounts of weight without dieting or exercise. In addition, since Questral AC Fat Killer Plus interacts naturally with your metabolism, those who took the pills reported being less hungry than participants who attempted to lose weight by solely reducing their calorie intake.

Because you never skip meals and enjoy all sorts of nutritious foods, between meal snacks and desserts, you may never again experience another gnawing moment of hunger. To begin losing weight with Questral AC Fat Killer Plus simply take two tiny, tasteless pills. As the pills make you less hungry, your portion size is automatically controlled. Now you can become a success story and turn admiring heads everywhere you go!

### Patient Testimonials

Don't just take our word for it. Questral AC Fat Killer Plus is the hottest NEW weight loss product anywhere. Users of Questral AC Fat Killer Plus proclaimed substantial weight loss within hours after taking the pills, awakening pounds thinner and inches smaller in just 48 hours. One testimonial revealed that a user lost an incredible 52 pounds in a mere 35 days. Another formerly overweight person slimmed down an amazing 5 sizes smaller in just 3 short weeks. Success after success story illustrates that Questral AC Fat Killer Plus with its formula for success work ultra-fast.

Within hours of taking Questral AC Fat Killer Plus, YOU can dramatically change your life. You owe it to yourself to give Questral AC Fat Killer Plus a try today and take the last step on a journey to thinness and improved self-esteem!

### Lifetime DOUBLE Your Money Back Guarantee!

Like many helplessly overweight people who have tried and failed one diet attempt after another, you have every reason to be skeptical about trying yet another new weight loss innovation that promises true success. To resolve any lingering doubts that you may still have, Questral AC Fat Killer Plus comes with a Double Your Money Back Guarantee (excludes sh & p).

We are so confident that you will successfully lose all the weight you desire, we are extending this unconditional double your money-back offer for as long as you use the product. With Questral AC Fat Killer Plus, You Enjoy a Lifetime of Satisfaction With Absolutely No Risk Whatsoever!

Recently approved for release by our FDA registered laboratory, initial supplies at these low introductory prices are limited. To avoid disappointment, ACT TODAY!

*Call Now to Have Questral AC Fat Killer Plus, the Hottest New Weight Loss Product in America, Rushed to Your Doorstep*

Operators are standing by 24 Hours Per Day 7 Days Per Week

## 1-800-370-9889

Visa, MC, Disc and Checks Accepted by Phone
(Have your checkbook ready when calling)

| Questral AC Fat Killer Plus |
| --- |
| 405 West Fairmont Dr., Tempe, AZ 85282 |
| 30 Day Trial Supply...$39.95 ... only $19.95 |
| 60 Day Supply ....... $79.95 ... only $37.95 |
| 90 Day Supply ... ... $119.95 ... only $49.95 |
| Add only $6.95 sh & ppp |

PLEASE READ THE IMPORTANT MESSAGE BELOW... USE ONLY AS DIRECTED... AS WITH ANY WEIGHT LOSS PRODUCT OR PROGRAM SUCCESS IS DEPENDENT... RESULTS MAY VARY... IF YOU DO NOT LOSE TOO MUCH AND THAT TOO SLOWLY...

Exhibit T

# Exhibit U

**LIMITED AVAILABILITY**

## Now Accepting Applicants For A Trial Study

### Who Want To

# NEVER DIET AGAIN! WITH

## MEDICAL SCIENCE'S NEWEST SKINNY PILL

### FREE Skinny Pills to All Those Who Enroll In the Study Now!

**THE MOST SIGNIFICANT WEIGHT LOSS BREAKTHROUGH IN DECADES** Metabolic Research Associates is now accepting applicants for the largest weight loss study ever conducted in America. Those who enroll will receive FREE diet pills and asked not to change diet or exercise routines. The only lifestyle change participants will make is to take two tiny, tasteless tablets per day. Everyone is guaranteed to receive free diet pills with active ingredients. We respect your time, so NO ineffective placebos will be used!

Therefore, if anecdotal evidence from testimonials and a smaller study are PROOF POSITIVE, you may LOSE as much as 4 LBS. IN JUST 24 HOURS, up to 15 to 18 LBS. IN A SINGLE WEEK, and TRIM DOWN WAISTLINES AS MUCH AS 5 SIZES SMALLER IN JUST 21 DAYS • WITHOUT GNAWING HUNGER • WITHOUT TEDIOUS, BACK-BREAKING EXERCISE.

**AVAILABLE ONLY DURING THIS TRIAL STUDY** After extensive research, medical science's latest breakthrough in the war against fat is available for the first time DURING THE TRIAL STUDY ONLY. Called Questral AC Fat Killer Plus, this may very well be your answer to conquering your lifelong battle against obesity. As one ecstatic user reported it's as if **"FAT VANISHES BEFORE YOUR VERY EYES."**

Questral AC Fat Killer Plus contains no ephedra or other dangerous diet drugs that may cause unwanted side effects. In fact, the only side effect reported by first time users is remarkable weight loss without dieting and without exercise. Your participation in the study will confirm that Questral AC Fat Killer Plus is the most significant weight loss breakthrough in decades.

**RESEARCHER REVEALS AMAZING NEW DISCOVERY** Scientists theorize that Questral AC Fat Killer Plus effectively blocks the neurological andrenergic pathways by which your body's hormones stimulate hunger cravings. As a result, enhanced peripheral conversion of T4 to T3 produces a sympathomimetic hormone interaction in your body's fatty tissues.

What this research means to you is willpower no longer plays a role when trying to reach your goal of a new, slim, trim figure. You automatically and almost effortlessly trim unwanted pounds of excess fat and flab from your Hips, Thighs, Stomach, Waist and Buttocks without being hungry.



**LOSE up to 10 INCHES OFF YOUR WAISTLINE**
**LOSE up to 8 INCHES OFF YOUR HIPS**
**LOSE up to 6 INCHES OFF YOUR THIGHS**
**LOSE up to 9 INCHES OFF YOUR STOMACH**

The basic difference between this incredible new therapeutic approach and all other methods of fat reduction is quite simple, in a nutshell, NOW instead of trying to starve away fat through rigid, iron willpower diets... or battling excess flab an ounce at a time with back-breaking exercise... your participation in the study will help show that with this twice-a-day oral tablet:

• You safely raise your fat burning metabolism.

• Your body automatically converts existing fat into lean, trim muscle toned flesh.

• And most important – unwanted inches and unsightly bulges start to gradually shrink and disappear from the 5 areas of your body where most fat accumulates: STOMACH, WAIST, HIPS, THIGHS AND BUTTOCKS.

Yes, thanks to this major medical breakthrough, NOW you may actually SHRINK DOWN A FULL SIZE SMALLER IN JUST 24 HOURS – as much as 4 SIZES SMALLER IN JUST 2 WEEKS – as this new wonder tablet burns bulging fat and turns loose flab into "tight-as-a-glove" flesh throughout every figure slimming part of your body.

Imagine! Without dieting! Without exercise! Without willpower! Twice-a-day fat-destroyer tablets that help make you trimmer and leaner as they re-shape and re-contour your body into the young-again figure of your dreams.

**FREE DIET PILLS TO THOSE WHO ENROLL NOW** You receive free skinny pills when you enroll in the study. Plus, when the study is published, if your results are singled-out to illustrate how successfully the program works, we will pay you up to $100 for every pound and $100 for every inch that you lose. Please be advised, there is a small charge to cover the cost of data collection, statistical analysis and compliance reporting, but we know you'll understand especially since you receive free skinny pills.

Since this is a study of a revolutionary new product, typical weight loss has not yet been demonstrated. Therefore, we can't promise that your results will mirror these best case illustrations. However, we can promise that your participation in the study will make weight loss history and that you will receive free skinny pills.

Finally, the potential key to your lifelong battle against fat is now available to those who respond quickly, REGARDLESS OF HOW MUCH WEIGHT YOU WANT TO LOSE; as little as *10 pounds in a week or as much as 100 pounds or more for a lifetime.*

Call Today! Your ACCEPTANCE IS GUARANTEED at the introductory testing cost if you respond NOW!

**NO APPLICANTS WILL BE ACCEPTED AFTER ENROLLMENT CAPACITY IS REACHED!**

The final step is up to you. To reserve your place in the study – ACT NOW!

### *CALL NOW TO GUARANTEE YOUR ENROLLMENT AND FOR IMMEDIATE DELIVERY*

OPERATORS ARE STANDING BY 24 HOURS A DAY, 7 DAYS A WEEK

# 1-800-514-4438

VISA, MC, DISC., and Checks Accepted by Phone. (Please have your checkbook ready when calling)

IMPORTANT NOTICE: ANY ONE IN GOOD HEALTH CAN FOLLOW THIS PROGRAM; HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION PRESCRIBED BY A DOCTOR SHOULD NOT ENROLL IN THIS WEIGHT LOSS STUDY WITHOUT THE AUTHORIZATION AND/OR SUPER-VISION OF A PHYSICIAN. ILLUSTRATIONS ARE BEST CASE SCENARIOS. SINCE TYPICAL WEIGHT LOSS HAS NOT BEEN DETERMINED INDIVIDUAL RESULTS WILL VARY. © 2007 METABOLIC RESEARCH ASSOC., INC.

Exhibit U