1 | WILLIAM BLUMENTHAL
General Counsel

Kerry O'Brien (Cal. Bar No. 149264)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Telephone:(415)848-5189
Fax: (415)848-5184
E-mail address: kobrien@ftc.gov

Sarah Schroeder (Cal. Bar No. 221528)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Telephone: (415)848-5100
Fax: (415)848-5184
E-mail address: sschroeder@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Division**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MEDLAB, INC.,<br><br>PINNACLE HOLDINGS, INC.,<br><br>METABOLIC RESEARCH ASSOCIATES, INC.,<br><br>U.S.A. HEALTH, INC., and<br><br>L. SCOTT HOLMES,<br>individually and as an officer of Medlab, Inc.; Pinnacle Holdings, Inc.; Metabolic Research Associates, Inc.; and U.S.A. Health, Inc.,<br><br>　　Defendants. | Case No. 3:08-cv-00822-SI<br><br>**CERTIFICATE OF SERVICE OF CASE MANAGEMENT CONFERENCE ORDER AND OTHER SUPPLEMENTARY MATERIAL REQUIRED BY CIVIL L.R. 4-2** |

CERTIFICATE OF SERVICE

　　I, Raminder Sabhi, Paralegal, Federal Trade Commission, hereby certify that on 6th day

**Certificate of Service**　　　　　　　　　　　　　　　　　　　　　　　　　**Page 1 of  2**

1  of February, 2008, true and correct copies of (1) Judge Illston's Case Management Conference
2  Order; (2) Order Setting Initial Case Management Conference and ADR Deadlines; (3) Standing
3  Order for All Judges of the Northern District of California, Contents of Joint Case Management
4  Statement; (4) Judge Illston's Standing Order; and (5) Notice of Availability of Magistrate Judge
5  to Exercise Jurisdiction, were served on the Defendants in this action, by FedEx Overnight,
6  postage prepaid, by sending to:

8  Sheldon S. Lustigman                L. Scott Holmes
9  The Lustigman Firm, P.C.            2709 Crawfordville, HWY #122
10 149 Madison Avenue, Suite 805       Crawfordville, FL 32327-2158
11 New York, NY 10016

13 L. Scott Holmes
14 78030 Calle Cadiz
15 La Quinta, CA 92253-2921

17                                            /S/
18                                    RAMINDER SABHI

20 ATTESTATION:
21     I, Kerry O'Brien, Attorney, Federal Trade Commission, do hereby attest that I have on
22 file all holograph signatures of Raminder Sabhi, indicated by a "conformed signature" (/S/)
23 within this efiled document.

25                                            /S/
26                                    KERRY O'BRIEN