| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Andrew B. Lustigman, Esq.
The Lustigman Firm, P.C.
149 Madison Avenue, Suite 805
New York, NY 10016
Tel: 212-683-9180

FILED

08 MAR 21 PM 5: 27

CLERK, U.S. DISTRICT COURT
[ILLEGIBLE] OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION

                Plaintiff(s),

v.

MEDLAB, INC., et al.

                Defendant(s).

CASE NO. C 08-00822 SI

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

    Pursuant to Civil L.R. 11-3, Andrew B. Lustigman, Esq., an active member in good standing of the bar of Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing MedLab, Inc., et al. in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Renee D. Wasserman, Esq. - ROGERS JOSEPH O'DONNELL
    311 California Street, 10th Fl., San Francisco, CA 94104 - 415-956-2828

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2008

[signature]

1

2  UNITED STATES DISTRICT COURT

3  Northern District of California

4

5  FEDERAL TRADE COMMISSION

6  CASE NO. C 08-00822 SI

7  Plaintiff(s),  (Proposed)
   ORDER GRANTING APPLICATION
8  v.  FOR ADMISSION OF ATTORNEY
   *PRO HAC VICE*
9  MEDLAB, INC., et al.

10

11  Defendant(s).
12  _____/

13  Andrew B. Lustigman, Esq.,  an active member in good standing of the bar of

14  Southern District of New York  whose business address and telephone number

15  (particular court to which applicant is admitted)

16  is

17  The Lustigman Firm, P.C.
    149 Madison Avenue, Suite 805
18  New York, NY 10016      Tel: 212-683-9180

19  having applied in the above-entitled action for admission to practice in the Northern District of

20  California on a *pro hac vice* basis, representing MedLab, Inc, et al.

21      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23  *vice*. Service of papers upon and communication with co-counsel designed in the application will

24  constitute notice to the party. All future filings in this action are subject to the requirements

25  contained in General Order No. 45, *Electronic Case Filing*.

26

27  Dated:

28  _____
    United States Magistrate Judge

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017261
Cashier ID: nudot
Transaction Date: 03/21/2008
Payer Name: The Lustigman Firm, P.C.
-----------------------------------
PRO HAC VICE
 For: Andrew B. Lustigman
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 11161
 Amt Tendered: $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-08-0822-SI

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```