MAR 21 PM 5: 2[?]

UNITED STATES DISTRICT COURT

Northern District of California

FEDERAL TRADE COMMISSION

CASE NO. C 08-00822 SI

Plaintiff(s),

v.

MEDLAB, INC., et al.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Sheldon S. Lustigman, Esq. , an active member in good standing of the bar of Southern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

The Lustigman Firm, P.C.
149 Madison Avenue, Suite 805
New York, NY 10016       Tel: 212-683-9180 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing MedLab, Inc, et al. .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States ~~Magistrate~~ Judge