UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION

          Plaintiff(s),

v.

MEDLAB, INC., et. al.

          Defendant(s).

CASE NO. C 08-00822 SI

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Kerry O'Brien | Plaintiff | (415) 848-5100 | kobrien@ftc.gov |
| Sarah Schroeder | Plaintiff | (415) 848-5100 | sschroeder@ftc.gov |
| Sheldon Lustigman | Defendants | (212) 683-9180 | shelly@lustigmanfirm.com |
| Andrew Lustigman | Defendants | (212) 683-9180 | andy@lustigmanfirm.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/3/08

                                                              Attorney for Plaintiff

Dated: 4/4/08

                                                             Attorney for Defendant

Rev 12.05