UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                Plaintiff(s),          Case No.

                                                 ADR CERTIFICATION BY PARTIES
    v.                                   AND COUNSEL

                Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

                                                           /s/ Kerry O'Brien

Dated:_____                                       _____
                                                           [Party]

                                                           /s/ Kerry O'Brien

Dated: _____                                        _____
                                                           [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

---

Rev. 12/05

# CERTIFICATE OF SERVICE

This is to certify that on April 7, 2008, I served a true and correct copy (ies) of the attached:

- ADR CERTIFICATION BY PARTIES AND COUNSEL

by placing said copy (ies) in a postage paid envelope addressed to the person (s) listed below; by depositing said envelope in the U.S. Mail, by sending the package via an overnight delivery service (such as Federal Express); by facsimile; or by electronic mail to:

SHELDON S. LUSTIGMAN
ANDREW B. LUSTIGMAN
The Lustigman Firm, P.C.
149 Madison Avenue, Suite 805
New York, NY 10016

ROGERS J. O'DONNELL
RENEE D. WASSERMAN
ALEXIS J. MORRIS
311 California St., 10th Floor
San Francisco, CA 94104

Attorneys for Defendants

I swear under penalty of perjury that the foregoing is true and correct. Executed this April 7, 2008, at San Francisco, California.

    /s/ Kerry O'Brien
    Kerry O'Brien