ROGERS JOSEPH O'DONNELL
RENÉE D. WASSERMAN (State Bar No. 108118)
ALEXIS JANSSEN MORRIS (State Bar No. 200264)
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
E-mail address: rwasserman@rjo.com

Sheldon S. Lustigman (pro hac)
Andrew B. Lustigman (pro hac)
The Lustigman Firm, P.C.
149 Madison Avenue, Suite 805
New York, NY 10016
Telephone: (212) 683-9180 ext. 15
Fax: (212) 683-9181
E-mail address: shelly@lustigmanfirm.com

Attorney for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. CV-08-0822-SI |
| Plaintiff, | |
| v. | |
| MEDLAB, INC., PINNACLE HOLDINGS, INC., METABOLIC RESEARCH ASSOCIATES, INC., U.S.A. HEALTH, INC., and L. SCOTT HOLMES, individually and as an officer of Medlab, Inc.; Pinnacle Holdings, Inc.; Metabolic Research Associates, Inc.; and U.S.A. Health, Inc., | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: New York, NY
April 17, 2008

THE LUSTIGMAN FIRM, P.C.

By: _____
Sheldon S. Lustigman (pro hac)