# CERTIFICATE OF SERVICE

I, Marie A. Carney, a paralegal at The Lustigman Firm, P.C., counsel for the defendant in the within action, do hereby certify that true and correct copies of the following document:

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

was served by Electronic Mail on the 17th day of April 2008 upon counsel for plaintiff in the within action:

Kerry O'Brien (Cal. Bar No. 149264)
Sarah Schroeder (Cal. Bar No. 221528)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Telephone: (415)848-5189
Fax: (415)848-5184
E-mail address: kobrien@ftc.gov

Dated April 17, 2008

_____
Marie A. Carney