1  WILLIAM BLUMENTHAL
   General Counsel
2
   Kerry O'Brien (Cal. Bar No. 149264)
3  Sarah Schroeder (Cal. Bar No. 221528)
   Evan Rose (Cal. Bar No. 253478)
4  Federal Trade Commission
   901 Market Street, Suite 570
5  San Francisco, CA 94103
   Telephone: (415)848-5189
6  Fax: (415)848-5184
   E-mail address: kobrien@ftc.gov
7  Attorneys for Plaintiff

8

9                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
10                          **San Francisco Division**

11 | FEDERAL TRADE COMMISSION,

12 |    Plaintiff,                              No. C-08-00822 SI

13 |    v.                                      Hearing Date:  June 13, 2008
                                                Hearing Time:  9:00 a.m.
14 | MEDLAB, INC.,                              Courtroom:     10, 19th Floor

15 | PINNACLE HOLDINGS, INC.,

16 | METABOLIC RESEARCH ASSOCIATES,             **[Proposed] ORDER STRIKING
     INC.,                                      AFFIRMATIVE DEFENSES AND
17 |                                            JURY DEMAND, AND DENIAL
                                                OF REQUEST TO DISMISS THE
18 | U.S.A. HEALTH, INC., and                   COMPLAINT**

19 | L. SCOTT HOLMES,
     individually and as an officer of Medlab, Inc.;
20 | Pinnacle Holdings, Inc.; Metabolic Research
     Associates, Inc.; and U.S.A. Health, Inc.,
21
        Defendants.

22

23

24

25

26

27

28

**[Proposed] Order Striking Affirmative Defenses - C-08-00822 SI**                    **Page 1 of 2**

1   On April 24, 2008, Plaintiff Federal Trade Commission filed a *Motion to Strike Affirmative Defenses and Jury Demand, and Opposition to Defendants' Request to Dismiss the Complaint* ("Motion to Strike"). The FTC contends that ten of Defendants' affirmative defenses are redundant, insufficient, and immaterial to the issues of this case. Accordingly, the FTC requests that the Court strike the defenses pursuant to Federal Rule of Civil Procedure 12(f). In addition, the FTC requests that the Court strike Defendants' jury demand and deny Defendants' request to dismiss the FTC's *Complaint for Injunctive and Other Equitable Relief*.

On June 13, 2008, the Court heard argument on the FTC's motion to strike. Having carefully considered the arguments of the parties and the papers submitted, the Court hereby grants the FTC's Motion to Strike.

**IT IS SO ORDERED** this _____ day of _____, 2008.

_____
Honorable Susan Illston
United States District Judge