**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. C 08-00822SI |
| Plaintiff, | **NOTICE** |
| v. | |
| MEDLAB INC, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to strike has been continued to Friday, July 18, 2008, at 9:00 a.m.

Dated: April 25, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk