1  WILLIAM BLUMENTHAL
   General Counsel

2

3  Kerry O'Brien (Cal. Bar No. 149264)
   Sarah Schroeder (Cal. Bar No. 221528)

4  Evan Rose (Cal. Bar No. 253478)
   Federal Trade Commission

5  901 Market Street, Suite 570
   San Francisco, CA 94103

6  Telephone:  (415) 848-5100
   Fax:  (415) 848-5184

7  E-mail addresses:  kobrien@ftc.gov
                      sschroeder@ftc.gov

8                      erose@ftc.gov

9  Attorneys for Plaintiff
   Federal Trade Commission

10

                  **UNITED STATES DISTRICT COURT**
11               **NORTHERN DISTRICT OF CALIFORNIA**
                    **San Francisco Division**

12

13  FEDERAL TRADE COMMISSION,

                                          No. C-08-00822 SI
14     Plaintiff,

                                          **NOTICE OF APPEARANCE OF**
15       v.                               **EVAN ROSE**

16  MEDLAB, INC.,

17  PINNACLE HOLDINGS, INC.,

18  METABOLIC RESEARCH ASSOCIATES,
    INC.,

19  U.S.A. HEALTH, INC., and

20  L. SCOTT HOLMES,
    individually and as an officer of Medlab, Inc.;
21  Pinnacle Holdings, Inc.; Metabolic Research
    Associates, Inc.; and U.S.A. Health, Inc.,

22

23     Defendants.

24

25  TO THE CLERK AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

26       PLEASE TAKE NOTICE THAT Evan Rose hereby enters his appearance on behalf of

27  Plaintiff Federal Trade Commission and requests that all pleadings, notices, orders,

28  correspondence, and other papers in connection with this action be served upon him at the

**Notice of Appearance of Evan Rose**                                    **Page 1 of 3**

1  address listed above.

2                                              Respectfully submitted,

3

4  DATED: April 25, 2008                       /s/ Evan Rose

5                                              KERRY O'BRIEN
                                               SARAH SCHROEDER
6                                              EVAN ROSE
                                               Attorneys for Plaintiff
7                                              Federal Trade Commission
                                               901 Market Street, Suite 570
8                                              San Francisco, CA 94103
                                               (415) 848-5100 (phone)
9                                              (415) 848-5184 (facsimile)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appearance of Evan Rose**                                        **Page 2 of 3**

1

**CERTIFICATE OF SERVICE**

2

3        This is to certify that on April 25, 2008, I served a true and correct copy of the attached:

4    •    **Notice of Appearance of Evan Rose**

5    by filing the above document with the Court's ECF System and e-mailing the document to:

6

7        SHELDON S. LUSTIGMAN
         ANDREW B. LUSTIGMAN
8        The Lustigman Firm, P.C.
         149 Madison Avenue, Suite 805
9        New York, NY 10016
         E-mail: andy@lustigmanfirm.com
10       E-mail: shelly@Lfirm.com

11       ROGERS J. O'DONNELL
         RENEE D. WASSERMAN
12       ALEX J. MORRIS
         311 California St., 10th Floor
13       San Francisco, CA 94104
         E-mail: RWasserman@rjo.com

14
         Attorneys for Defendants
15

16
         I swear under penalty of perjury that the foregoing is true and correct.  Executed this
17
    April 25, 2008, at San Francisco, California.
18

19
                                                    /s/ Evan Rose
20
                                                    Evan Rose
21

22

23

24

25

26

27

28

**Notice of Appearance of Evan Rose**                                              **Page 3 of 3**