1  ROGERS JOSEPH O'DONNELL
   RENÉE D. WASSERMAN (State Bar No. 108118)
2  ALEXIS JANSSEN MORRIS (State Bar No. 200264)
   311 California Street, 10th Floor
3  San Francisco, California 94104
   Telephone: 415.956.2828
4  Facsimile:  415.956.6457

5  THE LUSTIGMAN FIRM, P.C.
   SHELDON S. LUSTIGMAN (admitted *pro hac vice*)
6  ANDREW B. LUSTIGMAN (admitted *pro hac vice*)
   149 Madison Avenue, Suite 805
7  New York, New York 10016
   Telephone: 212.683.9180
8  Facsimile:  212.683.9181

9  Attorneys for Defendants
   MEDLAB, INC., PINNACLE
10 HOLDINGS, INC., METABOLIC
   RESEARCH ASSOCIATES, INC., U.S.A.
11 HEALTH, INC. AND L. SCOTT
   HOLMES

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 | FEDERAL TRADE COMMISSION, | Case No. CV-08-0822-SI |
   |---|---|
16 | Plaintiff, | **STIPULATION AND ORDER SETTING VOLUNTARY SETTLEMENT CONFERENCE** |
17 | vs. | |
18 | MEDLAB, INC., et al., | |
   | | Date of first filing: February 6, 2008 |
19 | Defendants. | Trial Date: Not yet set |

20

21              IT IS HEREBY STIPULATED AND AGREED by and between the parties

22 that a voluntary settlement conference be held before a Magistrate Judge of this court on the

23 earliest available date on the Court's calendar.

24  / / /

25  / / /

26

27  / / /

28  / / /

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: May _1_, 2008        ROGERS JOSEPH O'DONNELL |

Dated: May _1_, 2008

ROGERS JOSEPH O'DONNELL

By: _____
RENÉE D. WASSERMAN

Attorneys for Defendants
MEDLAB, INC., PINNACLE HOLDINGS, INC.,
METABOLIC RESEARCH ASSOCIATES, INC.,
U.S.A. HEALTH, INC. AND L. SCOTT
HOLMES

Dated: May _1_, 2008

FEDERAL TRADE COMMISSION

By: _____
KERRY O'BRIEN

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that a voluntary settlement conference is set for

_____, 2008 at _____ a.m./p.m. in Department _____

before Magistrate Judge _____.

Dated: _____, 2008

_____
HONORABLE SUSAN ILLSTON
United States District Judge