1  ROGERS JOSEPH O'DONNELL
   RENÉE D. WASSERMAN (State Bar No. 108118)
2  ALEXIS JANSSEN MORRIS (State Bar No. 200264)
   311 California Street, 10th Floor
3  San Francisco, California 94104
   Telephone: 415.956.2828
4  Facsimile: 415.956.6457

5  THE LUSTIGMAN FIRM, P.C.
   SHELDON S. LUSTIGMAN (admitted *pro hac vice*)
6  ANDREW B. LUSTIGMAN (admitted *pro hac vice*)
   149 Madison Avenue, Suite 805
7  New York, New York 10016
   Telephone: 212.683.9180
8  Facsimile: 212.683.9181

9  Attorneys for Defendants
   MEDLAB, INC., PINNACLE
10 HOLDINGS, INC., METABOLIC
   RESEARCH ASSOCIATES, INC., U.S.A.
11 HEALTH, INC. AND L. SCOTT
   HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. CV-08-0822-SI |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER SETTING VOLUNTARY SETTLEMENT CONFERENCE** |
| vs. | |
| MEDLAB, INC., et al., | Date of first filing: February 6, 2008 |
| Defendants. | Trial Date: Not yet set |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that a voluntary settlement conference be held before a Magistrate Judge of this court on the earliest available date on the Court's calendar.

///

///

///

///

Page 1

Stipulation and Order Setting Voluntary Settlement Conference - Case No: CV-08-0822-SI

268171.1

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: May __1__, 2008    ROGERS JOSEPH O'DONNELL |

By: _____
RENÉE D. WASSERMAN

Attorneys for Defendants
MEDLAB, INC., PINNACLE HOLDINGS, INC.,
METABOLIC RESEARCH ASSOCIATES, INC.,
U.S.A. HEALTH, INC. AND L. SCOTT
HOLMES

Dated: May __1__, 2008    FEDERAL TRADE COMMISSION

By: _____
KERRY O'BRIEN

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

### ORDER

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that a voluntary settlement conference is set for to be determined _____, 2008 at _____ a.m./p.m. in Department _____

before Magistrate Judge _____.

Dated: _____, 2008

_____
HONORABLE SUSAN ILLSTON
United States District Judge