**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Tuesday, May 13, 2008 @ 1:15 p.m.

TIME: 30 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| FTC v. Medlab, Inc., et al. | C08-0822 SI (BZ) | ☒ REFERRAL |
| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): | |
| Kerry O'Brien, et al. | Renee Wasserman, et al. | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: Not recorded

**PROCEEDINGS**

☐ NONDISPOSITIVE MOTION      ☐ INITIAL PRETRIAL CONFERENCE (CMC)
   ☐ CONTESTED               ☐ DISCOVERY CONFERENCE
   ☐ UNCONTESTED             ☐ SETTLEMENT CONFERENCE
☐ DISPOSITIVE MOTION          ☐ FINAL PRETRIAL CONFERENCE
☐ EVIDENTIARY HEARING         ☐ MOTION HEARING/ARGUMENT
☐ FEE APPLICATION             ☐ IRS ENFORCEMENT ORDERS
☒ STATUS CONFERENCE           ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:   ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: Friday, May 16, 2008 at 9:00 a.m. for settlement conference.

**NOTES**