**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Friday, May 16, 2008 @ 9:00 a.m.

TIME: 4 hours

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| FTC v. Medlab, Inc., et al. | C08-0822 SI (BZ) | ☒ REFERRAL |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| Kerry O'Brien, et al. | Sheldon S. Lustigman; Renee Wasserman |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: _____

**PROCEEDINGS**

☐ NONDISPOSITIVE MOTION                  ☐ INITIAL PRETRIAL CONFERENCE (CMC)
    ☐ CONTESTED                              ☐ DISCOVERY CONFERENCE
    ☐ UNCONTESTED                            ☒ SETTLEMENT CONFERENCE
☐ DISPOSITIVE MOTION                      ☐ FINAL PRETRIAL CONFERENCE
☐ EVIDENTIARY HEARING                     ☐ MOTION HEARING/ARGUMENT
☐ FEE APPLICATION                         ☐ IRS ENFORCEMENT ORDERS
☐ STATUS CONFERENCE                       ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Case did not settle.