# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 5/16/08

Case No.   C-08-0822 SI            Judge:   SUSAN ILLSTON

Title: FEDERAL TRADE COMMISSION  -V- MELAB, INC

Attorneys: Wasserman            Rose, Lustigmann

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **9/5/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **11/21/08    @ 9:00 a.m.**   for Motions
(Motion due **10/17/08**, Opposition **10/31/08** Reply **11/7/08**)

Case continued to **3/10/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **3/23/09    @ 8:30 a.m.**  for Trial (JURY: 4-8 Days)
Discovery Cutoff: 10/13/08  Designate Experts by: 8/4/08, Rebuttal Experts: 9/12/08, Expert Discovery Cutoff: 10/13/08

ORDERED AFTER HEARING:
The parties will participate in private mediation in January 2009.

Cc: ADR