# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of Maryland |
|---|---|

**Federal Trade Commission**

    Plaintiff

vs.

**MedLab, Inc., et al**

    Defendant

Attorney:

The Lustigman Firm, P.C.
Andrew Lustigman, Esq.
149 Madison Ave., Suite 805
New York, NY. 10016

Case Number: CV-08-0822-SI

Court / Appearance Date: 06-28-2008
Court Time: 02:37 pm

Legal documents received by Target Research Services, Inc. on May 28th, 2008 at 1:10 PM to be served upon **Custodian of Records - U.S. Food and Drug Administration at 5100 Paint Branch Pkwy, College Park, MD. 20740**

I, B. Tony Snesko, swear and affirm that on **May 29th, 2008 at 11:05 AM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Subpoena in a Civil Case**, to **Michael Landa** as **Deputy Director For Regulatory Affairs** of the within named agency, to wit: **U.S. Food and Drug Administration** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 63   Height: 5'9   Weight: 160   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

Target Research Services, Inc.
20 Vessey St., PH
New York, NY 10007

(212) 227-9600

Internal Job ID: 0000009941

District of Columbia: SS
Subscribed and Sworn to before me,
this 27 day of MAY, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.