# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of Maryland |
|---|---|
| **Federal Trade Commission** | Attorney: |
| Plaintiff | The Lustigman Firm, P.C.<br>Andrew Lustigman, Esq. |
| vs. | 149 Madison Ave., Suite 805<br>New York, NY. 10016 |
| **MedLab, Inc., et al** | |
| Defendant | |

Case Number: CV-08-0822-SI

Court / Appearance Date: 06-28-2008
Court Time: 02:37 pm

Legal documents received by Target Research Services, Inc. on May 28th, 2008 at 1:10 PM to be served upon **Dr. Martha L. Gay - U.S. Food and Drug Administration at 5100 Paint Branch Pkwy, College Park, MD. 20740**

I, B. Tony Snesko, swear and affirm that on **May 29th, 2008 at 11:07 AM**, I did the following:

**Individually** Served **Dr. Martha L. Gay** the person listed as the intended recipient of the legal document with this **Subpoena in a Civil Case** at **5100 Paint Branch Pkwy, College Park, MD 20740**.

**Description of Person Accepting Service:**
Sex: Female   Age: 55   Height: 5'4"   Weight: 160   Skin Color: white   Hair Color: Gray   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
B. Tony Snesko
Process Server

Target Research Services, Inc.
20 Vessey St., PH
New York, NY 10007

(212) 227-9600

Internal Job ID: 0000009942

District of Columbia: SS
Subscribed and Sworn to before me,
this 29 day of MAY, 2008

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.