WILLIAM BLUMENTHAL
General Counsel

Kerry O'Brien (Cal. Bar No. 149264)
Sarah Schroeder (Cal. Bar No. 221528)
Evan Rose (Cal. Bar No. 253478)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Telephone: (415) 848-5189
Fax: (415) 848-5184
E-mail address: kobrien@ftc.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>MEDLAB, INC.,<br><br>PINNACLE HOLDINGS, INC.,<br><br>METABOLIC RESEARCH ASSOCIATES, INC.,<br><br>U.S.A. HEALTH, INC., and<br><br>L. SCOTT HOLMES,<br>individually and as an officer of Medlab, Inc.; Pinnacle Holdings, Inc.; Metabolic Research Associates, Inc.; and U.S.A. Health, Inc.,<br><br>  Defendants. | No. CV-08-00822 SI<br><br><br><br>**Affidavit of Sarah Schroeder**<br><br><br>Hearing Date:  July 18, 2008<br>Hearing Time:  9:00 a.m.<br>Courtroom:  10, 19th Floor |

I, Sarah Schroeder, declare and state:

   1.   I am an attorney with the Federal Trade Commission and represent the plaintiff in this action. I submit this declaration in support of *Plaintiff's Reply to Defendants'*

**Schroeder Affidavit - CV-08-00822 SI**          1

1 | *Opposition to Motion to Strike.*

2 | 2.    Attached hereto as Exhibit 1 are true and correct copies of portions of *Defendant U.S.A. Health, Inc.'s Interrogatories to Plaintiff, Set One* and *Defendants' First Request for Production of Documents to the Federal Trade Commission*.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the statements made in this Declaration are true and correct. Executed in San Francisco, California on July 3, 2008.

/s/Sarah Schroeder
Sarah Schroeder

**Schroeder Affidavit - CV-08-00822 SI**      2

ROGERS JOSEPH O'DONNELL
RENÉE D. WASSERMAN (State Bar No. 108118)
ALEXIS JANSSEN MORRIS (State Bar No. 200264)
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
E-mail address: rwasserman@rjo.com

THE LUSTIGMAN FIRM, P.C.
SHELDON S. LUSTIGMAN (pro hac)
ANDREW B. LUSTIGMAN (pro hac)
149 Madison Avenue, Suite 805
New York, New York 10016
Telephone: 212.683.9180
Facsimile: 212.683.9181
E-mail address: andy@lustigmanfirm.com

Attorneys for Defendants
MEDLAB, INC., PINNACLE
HOLDINGS, INC., METABOLIC
RESEARCH ASSOCIATES, INC.,
U.S.A. HEALTH, INC. and
L. SCOTT HOLMES

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

MEDLAB, INC., et al.,

    Defendants.

Case No. CV-08-0822-SI

**DEFENDANT U.S.A. HEALTH, INC.'S INTERROGATORIES TO PLAINTIFF, SET ONE**

PROPOUNDING PARTY:    DEFENDANT U.S.A. HEALTH, INC.

RESPONDING PARTY:    PLAINTIFF FEDERAL TRADE COMMISSION

SET NUMBER:    ONE

TO PLAINTIFF FEDERAL TRADE COMMISSION: Pursuant to Federal Rule of

case, and, as to each expert so identified, state the subject matter on which he is expected to testify, the substance of the facts and opinions to which he is expected to testify, and a summary of the grounds for each opinion.

**INTERROGATORY NO. 4.**

Identify each Person who has communicated with You about the marketing, purchase, or use of any Product, setting forth the identity of the Person, the date of the communication, the substance of the communication, the action that took place as a result of the communication, and what documents exist concerning the communication.

**INTERROGATORY NO. 5.**

In each dietary supplement action in which the FTC has obtained monetary damages purportedly for consumer redress, identify the portion of funds that were paid to consumers.

**INTERROGATORY NO. 6.**

Identify any target audience group or class of readers of viewers who reviewed any Publication, including the Publications reviewed, dates of such reviews, the results of the reviews, the Persons involved in the reviews.

**INTERROGATORY NO. 7.**

If you are seeking an award of any sum of money, whether by damages or otherwise, state the full amount of money you seek and describe the manner in which the amount was calculated.  Your description should include each element of damage or component of recovery that you seek, the amount sought for each element or component, the manner in which each element or component of the calculation was determined, and identify the source of each number used in the calculation.

1  **INTERROGATORY NO. 8.**

2  ==Describe how the FTC established regulatory standards governing the quantity and==

3  ==quality of substantiation Defendants must allegedly possess at the time they make express and==

4  

5  ==implied claims in advertisements, and identify all Persons involved in such process.==

6  **INTERROGATORY NO. 9.**

7  Do you contend that any Publication makes representations regarding Zyladex or

8  Zyladex Plus that are not supported by the level of substantiation referred to in the

9  Publication?

10  

11  **INTERROGATORY NO. 10.**

12  If the answer to the preceding Interrogatory is anything but an unqualified no, describe

13  all facts and identify all documents that support your answer.

14  **INTERROGATORY NO. 11.**

15  Do you contend that any Publication makes representations regarding Questral AC or

16  

17  Questral AC Fat Killer Plus that are not supported by the level of substantiation referred to in

18  the Publication?

19  **INTERROGATORY NO. 12.**

20  If the answer to the preceding Interrogatory is anything but an unqualified no, describe

21  

22  all facts and identify all documents that support your answer.

23  **INTERROGATORY NO. 13.**

24  Do you contend that any Publication makes representations regarding Rapid Loss 245

25  or Rapid Loss $R_x$ that are not supported by the level of substantiation referred to in the

26  Publication?

27

28

ROGERS JOSEPH O'DONNELL
RENÉE D. WASSERMAN (State Bar No. 108118)
ALEXIS JANSSEN MORRIS (State Bar No. 200264)
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
E-mail address: rwasserman@rjo.com

THE LUSTIGMAN FIRM, P.C.
SHELDON S. LUSTIGMAN (pro hac)
ANDREW B. LUSTIGMAN (pro hac)
149 Madison Avenue, Suite 805
New York, New York 10016
Telephone: 212.683.9180
Facsimile: 212.683.9181
E-mail address: andy@lustigmanfirm.com

Attorneys for Defendants
MEDLAB, INC., PINNACLE
HOLDINGS, INC., METABOLIC
RESEARCH ASSOCIATES, INC.,
U.S.A. HEALTH, INC. and
L. SCOTT HOLMES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MEDLAB, INC., et al.,<br><br>　　　　Defendants. | Case No. CV-08-0822-SI<br><br>**DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF FEDERAL TRADE COMMISSION** |

PROPOUNDING PARTIES:　　DEFENDANTS MEDLAB, INC., U.S.A. RESEARCH, INC., PINNACLE HOLDINGS, INC., METABOLIC RESEARCH ASSOCIATES, INC., AND L. SCOTT HOLMES

RESPONDING PARTY:　　PLAINTIFF FEDERAL TRADE COMMISSION

SET NUMBER:　　ONE

representations relating to Zyladex or Zyladex Plus are false.

REQUEST FOR PRODUCTION NO. 9:

All documents relating to the allegation that the representations relating to Zyladex or Zyladex Plus were not substantiated at the time the representations were made.

REQUEST FOR PRODUCTION NO. 10:

All documents relating to the safety of any ingredient contained in Zyladex Plus.

REQUEST FOR PRODUCTION NO. 11:

All documents relating to the efficacy of any ingredient contained in Zyladex Plus in providing nutritional support, enhancing weight loss, or improving any structure or function of the body.

REQUEST FOR PRODUCTION NO. 12:

All documents relating to the efficacy of Zyladex Plus in providing nutritional support, enhancing weight loss, or improving any structure or function of the body.

REQUEST FOR PRODUCTION NO. 13:

==All documents relating to any enforcement action brought by the FTC against any other company or individual involving any ingredient in Zyladex or Zyladex Plus for weight loss purposes.==

REQUEST FOR PRODUCTION NO. 14:

All documents relating to the allegation contained in the Complaint that representations relating to Questral AC or Questral AC Fat Killer Plus are false.

REQUEST FOR PRODUCTION NO. 15:

All documents relating to the allegation that the representations relating to Questral AC or Questral AC Fat Killer Plus were not substantiated at the time the representations were

made.

REQUEST FOR PRODUCTION NO. 16:

All documents relating to the safety of any ingredient contained in Questral AC or Questral AC Fat Killer Plus.

REQUEST FOR PRODUCTION NO. 17:

All documents relating to the efficacy of any ingredient contained in Questral AC or Questral AC Fat Killer Plus in providing nutritional support, enhancing weight loss, or improving any structure or function of the body.

REQUEST FOR PRODUCTION NO. 18:

All documents relating to the efficacy of Questral AC or Questral AC Fat Killer Plus in providing nutritional support, enhancing weight loss, or improving any structure or function of the body.

REQUEST FOR PRODUCTION NO. 19:

==All documents relating to any enforcement action brought by the FTC against any other company or individual involving any ingredient in Questral AC or Questral AC Fat Killer Plus for weight loss purposes.==

REQUEST FOR PRODUCTION NO. 20:

All documents relating to the allegation contained in the Complaint that representations relating to Rapid Loss 245 or Rapid Loss $R_x$ are false.

REQUEST FOR PRODUCTION NO. 21:

All documents relating to the allegation that the representations relating to Rapid Loss 245 or Rapid Loss $R_x$ were not substantiated at the time the representations were made.

REQUEST FOR PRODUCTION NO. 22:

All documents relating to the safety of any ingredient contained in Rapid Loss 245 or Rapid Loss $R_x$.

REQUEST FOR PRODUCTION NO. 23:

All documents relating to the efficacy of any ingredient contained in Rapid Loss 245 or Rapid Loss $R_x$ in providing nutritional support, enhancing weight loss, or improving any structure or function of the body.

REQUEST FOR PRODUCTION NO. 24:

All documents relating to the efficacy of Rapid Loss 245 or Rapid Loss $R_x$ in providing nutritional support, enhancing weight loss, or improving any structure or function of the body.

REQUEST FOR PRODUCTION NO. 25:

==All documents relating to any enforcement action brought by the FTC against any other company or individual involving any ingredient in Rapid Loss 245 or Rapid Loss $R_x$ for weight loss purposes.==

REQUEST FOR PRODUCTION NO. 26:

To the extent not otherwise produced and to the extent relevant to this litigation, produce all documents relating to any false or materially misleading representation[s] made with respect to any other product advertised by any defendant in this action.

REQUEST FOR PRODUCTION NO. 27:

To the extent not otherwise produced and to the extent relevant to this litigation, produce all documents relating to any representation made that is the subject matter of this action that was not substantiated at the time such representation was made.

REQUEST FOR PRODUCTION NO. 28:

REQUEST FOR PRODUCTION NO. 108:

All documents identified in Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1).

REQUEST FOR PRODUCTION NO. 109:

All affidavits, written statements, declarations, deposition transcripts and exhibits, and court testimony made by any Defendant and a copy of all requested or subpoenaed documents provided or made available by you, in any federal, state or local government investigation or litigation concerning the marketing of any product by any Defendant or by any company in which any Defendant was an officer or director or majority shareholder.

REQUEST FOR PRODUCTION NO. 110:

All affidavits, written statements, declarations, deposition transcripts and exhibits, and court testimony made by any Defendant and a copy of all requested or subpoenaed documents provided or made available by you, in any private action concerning the marketing of product by any Defendant or by any company in which any Defendant was an officer or director or majority shareholder.

REQUEST FOR PRODUCTION NO. 111:

All documents referring or relating to any other investigations or actions taken by any non-governmental dispute resolution organizations (including but not limited to the Better Business Bureau and the National Advertising Division of the Council of Better Business Bureaus) concerning any advertising for any product sold by any Defendant or by any company in which any Defendant was an officer, director or majority shareholder.

REQUEST FOR PRODUCTION NO. 112:

==All documents relating to any enforcement action brought by the FTC against any other company or individual involving any ingredient in the Products.==

1  REQUEST FOR PRODUCTION NO. 113:

2      All documents relating to the timing of the filing of this action in February 2008.

3  REQUEST FOR PRODUCTION NO. 114:

4
5      To the extent not otherwise produced, all documents relating to your contention that

6  Defendants made, committed, had knowledge of, or participated in any misrepresentation or

7  other deceptive practice that is alleged in the Complaint.

8  REQUEST FOR PRODUCTION NO. 115:

9
10      All documents concerning whether any of the alleged misrepresentations described in

11  the Complaint were the type upon which a reasonable person would rely.

12  REQUEST FOR PRODUCTION NO. 116:

13      For each claim made by Defendants that you contend is false or materially misleading

14  or unsubstantiated produce all documents relating to each such claim.

15  REQUEST FOR PRODUCTION NO. 117:

16
17      All documents relating to any target audience group or class of readers of viewers who

18  reviewed any Publication.

19  REQUEST FOR PRODUCTION NO. 118:

20      All documents which relate to the FTC's establishment of regulatory standards

21  governing the quantity and quality of substantiation Defendants must possess at the time they

22
23  make express and implied claims in advertisements.

24  REQUEST FOR PRODUCTION NO. 119

25      All documents which may negate any allegation in the Complaint.

26  REQUEST FOR PRODUCTION NO. 120

27      All documents relating to any contention that representations contained in any
28