IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. C 08-00822 SI |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES; ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' JURY DEMAND** |
| v. | |
| MEDLAB INC, et al., | |
| Defendants. | |

On July 18, 2008, the Court heard argument on plaintiff's motion to strike defendants' jury demand and ten of defendants' affirmative defenses. For the reasons discussed at the hearing and in the pleadings, the Court hereby DENIES plaintiff's motion to strike defendants' sixth, eleventh, and thirteenth affirmative defenses. The Court GRANTS plaintiff's motion to strike the jury demand, and GRANTS plaintiff's motion to strike defendants' second, third, fifth, ninth, tenth, and twelfth affirmative defenses. The Court also GRANTS plaintiff's motion to strike defendants' fourth affirmative defense, except as it applies to refunds made to consumers [Docket No. 37].

**IT IS SO ORDERED.**

Dated: July 22, 2008

SUSAN ILLSTON
United States District Judge