# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.    C-08-0822 SI          Judge:  SUSAN ILLSTON

Title: FEDERAL TRADE COMMISSION  -V-MEDLAB, INC

Attorneys: E. Rose, Lustigmann(phone), S. Schroeder      Wasserman

Deputy Clerk: Tracy Sutton  Court Reporter: McVickar

## PROCEEDINGS

1)  Plaintiff's Motion to Strike - HELD _____

2) _____

3) _____

Order to be prepared by:  (  )Pltf   (  )Deft   ( x )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (x  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                                                PART

Case continued to _____ for Further Case Management Conference


ORDERED AFTER HEARING: