1  Kerry O'Brien (Cal. Bar No. 149264)
   Sarah Schroeder (Cal. Bar No. 221528)
2  Evan Rose (Cal. Bar No. 253478)
   Federal Trade Commission
3  901 Market Street, Suite 570
   San Francisco, California 94103
4  Telephone:   (415) 848-5100
   Facsimile:    (415) 848-5184
5  Email:        kobrien@ftc.gov
                 sschroeder@ftc.gov
6                erose@ftc.gov

7  Attorneys for Plaintiff
   FEDERAL TRADE COMMISSION

8
   Sheldon S. Lustigman (admitted *pro hac vice*)
9  Andrew B. Lustigman (admitted *pro hac vice*)
   The Lustigman Firm, P.C.
10 149 Madison Avenue, Suite 805
   New York, New York 10016
11 Telephone:   (212) 683-9180 ext. 15
   Facsimile:    (212) 683-9181
12 Email:        shelly@lustigmanfirm.com
                 andy@lustigmanfirm.com
13
   Renée D. Wasserman (Cal. Bar No. 108118)
14 Alexis Janssen Morris (Cal. Bar No. 200264)
   Rogers Joseph O'Donnell
15 311 California Street, 10th Floor
   San Francisco, California 94104
16 Telephone:   (415) 956-2828
   Facsimile:    (415) 956-6457
17 Email:        RWasserman@rjo.com

18 Attorneys for Defendants
   MEDLAB, INC., PINNACLE HOLDINGS, INC.,
19 METABOLIC RESEARCH ASSOCIATES, INC.,
   U.S.A. HEALTH, INC., AND L. SCOTT HOLMES

20

21                **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
22                    **San Francisco Division**

23

24 FEDERAL TRADE COMMISSION,              No. C-08-00822 SI

25      Plaintiff,

26      v.

27 MEDLAB, INC., et al.,                  **STIPULATION AND [PROPOSED]**
                                          **ORDER TO EXTEND TRIAL**
28      Defendants.                       **SCHEDULE**

**STIPULATION TO EXTEND TRIAL SCHEDULE - C-08-00822 SI**          **Page 1 of 4**

On May 21, 2008, this Court entered a Scheduling Order in this case setting a March 23, 2009, trial date. Since the initial scheduling conference, the parties have engaged in extensive discovery efforts. The current discovery deadline is October 13, 2008. However, to accommodate the medical condition of Defendants' rebuttal expert, to facilitate the remaining discovery, and to account for the winter holidays, the parties request that the Court extend the trial schedule in accordance with the table below. This motion is the first request for an extension of time in this case.

| Matter | Original Date | Proposed Date |
|---|---|---|
| Trial | 3/23/09 | 6/8/09 |
| Pre-Trial conference | 3/10/09 | 5/19/09 |
| Private mediation (Docket No. 29) | 1/09 | 4/09 |
| Last day for hearing dispositive motions | 11/21/08 | 3/27/09 |
| Dispositive motion replies due | 11/7/08 | 2/20/09 |
| Dispositive motion oppositions due | 10/31/08 | 2/6/09 |
| Last day to file dispositive motions | 10/17/08 | 1/9/09 |
| Discovery cut-off | 10/13/08 | 11/14/08 |
| Designation of rebuttal experts | 9/12/08 | 10/12/08 |

**STIPULATION TO EXTEND TRIAL SCHEDULE - C-08-00822 SI**          **Page 2 of 4**

1          **IT IS SO STIPULATED.**

2

3    DATED: September 5, 2008            /s/ Evan Rose
                                    KERRY O'BRIEN
4                                   SARAH SCHROEDER
                                    EVAN ROSE
5                                   Attorneys for Plaintiff
                                    Federal Trade Commission
6                                   901 Market Street, Suite 570
                                    San Francisco, CA 94103
7                                   (415) 848-5100 (phone)
                                    (415) 848-5184 (facsimile)
8

9

10   DATED: _September 8_2008

11                                  SHELDON S. LUSTIGMAN
                                    ANDREW B. LUSTIGMAN
12                                  The Lustigman Firm, P.C.
                                    149 Madison Avenue, Suite 805
13                                  New York, NY 10016
                                    (212) 683-9180 (phone)
14                                  (212) 683-9181 (facsimile)

15                                  RENEE D. WASSERMAN
                                    ALEXIS JANSSEN MORRIS
16                                  Rogers Joseph O'Donnell
                                    311 California Street, 10th Floor
17                                  San Francisco, CA 94104
                                    (415) 956-2828 (phone)
18                                  (415) 956-6457 (facsimile)

19                                  Attorneys for Defendants

20

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TRIAL SCHEDULE - C-08-00822 SI**          **Page 3 of 4**

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

DATED: _____

4                                    _____
                                     HONORABLE SUSAN ILLSTON
5                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        This is to certify that on September 8, 2008, I served true and correct copies of the

3   attached:

4   •       **STIPULATION AND [PROPOSED] ORDER TO EXTEND TRIAL SCHEDULE**

5   by filing the above document(s) with the Court's ECF System and emailing the document(s) to:

6               SHELDON S. LUSTIGMAN
                ANDREW B. LUSTIGMAN
7               The Lustigman Firm, P.C.
                149 Madison Avenue, Suite 805
8               New York, NY 10016
                Email address: andy@lustigmanfirm.com
9               Email address: shelly@lustigmanfirm.com

10              RENEE D. WASSERMAN
                ALEX J. MORRIS
11              ROGERS J. O'DONNELL
                311 California Street, 10th Floor
12              San Francisco, CA 94104
                Email address: RWasserman@rjo.com

13
                Attorneys for Defendants
14
         I swear under penalty of perjury that the foregoing is true and correct.  Executed this
15
    September 8, 2008, at San Francisco, California.
16

17

18

19                              _____/s/ Evan Rose_____

20                                  Evan Rose

21

22

23

24

25

26

27

28