Kerry O'Brien (Cal. Bar No. 149264)
Sarah Schroeder (Cal. Bar No. 221528)
Evan Rose (Cal. Bar No. 253478)
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, California 94103
Telephone: (415) 848-5100
Facsimile: (415) 848-5184
Email: kobrien@ftc.gov
       sschroeder@ftc.gov
       erose@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Sheldon S. Lustigman (admitted *pro hac vice*)
Andrew B. Lustigman (admitted *pro hac vice*)
The Lustigman Firm, P.C.
149 Madison Avenue, Suite 805
New York, New York 10016
Telephone: (212) 683-9180 ext. 15
Facsimile: (212) 683-9181
Email: shelly@lustigmanfirm.com
       andy@lustigmanfirm.com

Renée D. Wasserman (Cal. Bar No. 108118)
Alexis Janssen Morris (Cal. Bar No. 200264)
Rogers Joseph O'Donnell
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 956-2828
Facsimile: (415) 956-6457
Email: RWasserman@rjo.com

Attorneys for Defendants
MEDLAB, INC., PINNACLE HOLDINGS, INC.,
METABOLIC RESEARCH ASSOCIATES, INC.,
U.S.A. HEALTH, INC., AND L. SCOTT HOLMES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Division**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDLAB, INC., et al.,<br><br>    Defendants. | No. C-08-00822 SI<br><br>**SUBSEQUENT JOINT CASE MANAGEMENT STATEMENT**<br><br>Further Case Management Conference<br>Date:    September 22, 2008<br>Time:    2:30 PM<br>Place:   Courtroom 10, 19th Floor |

**SUBSEQUENT JOINT CASE MGMT. STATEMENT - C-08-00822 SI**          **Page 1 of 6**

1  Plaintiff Federal Trade Commission and Defendants Medlab, Inc., Pinnacle Holdings,
2  Inc., Metabolic Research Associates, Inc., U.S.A. Health, Inc., and L. Scott Holmes, pursuant to
3  the Court's order setting a further case management conference, Docket Nos. 31, 36, conferred
4  on September 4, 2008, and hereby jointly submit this Subsequent Joint Case Management
5  Statement.

**1. Jurisdiction and Service:**

**Plaintiff's Position:** No change since the original case management statement filed on May 8, 2008. Docket No. 26.

**Defendants' Position:** No change since the original case management statement filed on May 8, 2008. Docket No. 26, other than that defendants have withdrawn their opposition to the propriety of venue.

**2. Facts:**

**Plaintiff's Position:** No change since the original case management statement filed on May 8, 2008. Docket No. 26.

**Defendants' Position:** No change since the original case management statement filed on May 8, 2008. Docket No. 26

**3. Legal Issues:**

**Plaintiff's Position:** No change since the original case management statement filed on May 8, 2008. Docket No. 26.

**Defendants' Position:** No change since the original case management statement filed on May 8, 2008. Docket No. 26

**4. Motions:** The Court held a hearing on Plaintiff's motion to strike affirmative defenses and jury demand, Docket Nos. 20-21, on July 18, 2008. The Court issued an order granting in part and denying in part Plaintiff's motion on July 22, 2008. Docket No. 39.

**Plaintiff's Position:** Plaintiff anticipates filing a motion for summary judgment.

**Defendants' Position:** Defendants anticipate filing a motion for summary judgment.

**5. Amendment of Pleadings:**

**Plaintiff's Position:** No change since the original case management statement filed on

1  May 8, 2008.  Docket No. 26.

2  **Defendants' Position:**  No change since the original case management statement filed on
3  May 8, 2008.  Docket No. 26

4  **6.    Evidence Preservation:**

5  **Plaintiff's Position:**  No change since the original case management statement filed on
6  May 8, 2008.  Docket No. 26.

7  **Defendants' Position:**  No change since the original case management statement filed on
8  May 8, 2008.  Docket No. 26

9  **7.    Disclosures:**  The parties exchanged initial disclosures before May 9, 2008,
10 consistent with their agreement in the original case management statement filed on May 8, 2008.
11 Docket No. 26.

12 **Plaintiff's Position**:  Plaintiff provided disclosures as described in the original case
13 management statement filed on May 8, 2008.  Docket No. 26.

14 **Defendants' Position:**  Defendants provided disclosures as described in the original case
15 management statement filed on May 8, 2008.  Docket No. 26.

16 **8.    Discovery:**

17 **Initial Disclosures:**  Please see Item 7 above.

18 **Discovery Scope and Schedule:**

19    With respect to the scope of discovery, the parties report no change since the original
20 case management statement filed on May 8, 2008.  Docket No. 26.  With respect to the discovery
21 schedule, please see Item 17 below.

22 **Electronically Stored Information:**  The parties have not encountered issues relating to
23 disclosure or discovery of electronically stored information.

24 **Claims of Privilege or of Protection as Trial-Preparation Materials:**  No change since
25 the original case management statement filed on May 8, 2008.

26 **Discovery Limitations:**  No change since the original case management statement filed
27 on May 8, 2008.

28 **Other Orders:**  The parties filed a stipulated proposed protective order on August 5,

**SUBSEQUENT JOINT CASE MGMT. STATEMENT - C-08-00822 SI**          Page 3 of 6

1  2008, Docket No. 41, and the Court entered the order on August 11, 2008.  Docket No. 42.

2      **9.**    **Class Actions:**  Not applicable.

3      **10.**    **Related Cases:**  Not applicable.

4      **11.**    **Relief:**

5      **Plaintiff's Position:**  No change since the original case management statement filed on

6  May 8, 2008.  Docket No. 26.

7      **Defendants' Position:**  No change since the original case management statement filed on

8  May 8, 2008.  Docket No. 26.

9      **12.**    **Settlement and ADR:**  Pursuant to Civil Local Rule 16-10(d), subsequent case

10  management statements "must report the parties' views about whether using some form of ADR

11  would be appropriate."

12      **Plaintiff's Position:**  Plaintiff does not believe that using any additional ADR to

13  supplement the upcoming private mediation ordered by the Court, Docket No. 29, would be

14  appropriate.

15      **Defendants' Position:**  Defendants do not believe that using any additional ADR to

16  supplement the upcoming private mediation ordered by the Court, Docket No. 29, would be

17  appropriate.

18      **13.**    **Consent to Magistrate Judge for All Purposes:**  No change since the original

19  case management statement filed on May 8, 2008.  Docket No. 26.

20      **14.**    **Other References:**  No change since the original case management statement

21  filed on May 8, 2008.  Docket No. 26.

22      **15.**    **Narrowing of Issues:**  No change since the original case management statement

23  filed on May 8, 2008.  Docket No. 26.

24      **16.**    **Expedited Schedule:**  No change since the original case management statement

25  filed on May 8, 2008.  Docket No. 26.

26      **17.**    **Scheduling:**  The Court set the schedule for future proceedings in its pretrial

27  preparation order entered May 22, 2008.  Docket No. 31.  The parties filed a stipulated proposed

28  extension order on September 8, 2008, Docket No. 43, requesting the following modifications to

**SUBSEQUENT JOINT CASE MGMT. STATEMENT - C-08-00822 SI**        **Page 4 of 6**

accommodate the medical condition of a witness, to facilitate the remaining discovery, and to account for the winter holidays:

| **Matter** | **Original Date** | **Proposed Date** |
| --- | --- | --- |
| Trial | 3/23/09 | 6/8/09 |
| Pre-Trial conference | 3/10/09 | 5/19/09 |
| Private mediation (Docket No. 29) | 1/09 | 4/09 |
| Last day for hearing dispositive motions | 11/21/08 | 3/27/09 |
| Dispositive motion replies due | 11/7/08 | 2/20/09 |
| Dispositive motion oppositions due | 10/31/08 | 2/6/09 |
| Last day to file dispositive motions | 10/17/08 | 1/9/09 |
| Discovery cut-off | 10/13/08 | 11/14/08 |
| Designation of rebuttal experts | 9/12/08 | 10/12/08 |

**18.    Trial:**  The Court has set a trial in this matter for March 23, 2009, at 8:30 AM, and has estimated the trial will last four (4) days.  Docket No. 31.  The parties have requested that the Court move the trial date to June 8, 2009.  Please see Item 17 above.

**19.    Disclosure of Non-party Interested Entities or Persons:**

**Plaintiff's Position:**  No change since the original case management statement filed on May 8, 2008.  Docket No. 26.

**Defendants' Position:**  No change since the original case management statement filed on May 8, 2008.  Docket No. 26.

**20.    Such other matters as may facilitate the just, speedy, and inexpensive disposition of this matter:**

**Plaintiff's Position:**  No change since the original case management statement filed on May 8, 2008.  Docket No. 26.

**Defendants' Position:**  No change since the original case management statement filed on May 8, 2008.  Docket No. 26.

Respectfully submitted,

DATED: September 5, 2008

/s/ Evan Rose
KERRY O'BRIEN
SARAH SCHROEDER
EVAN ROSE
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, California 94103
(415) 848-5100 (phone)
(415) 848-5184 (facsimile)

Attorneys for Plaintiff

DATED: September 8, 2008

SHELDON S. LUSTIGMAN
ANDREW B. LUSTIGMAN
The Lustigman Firm, P.C.
149 Madison Avenue, Suite 805
New York, New York 10016
(212) 683-9180 (phone)
(212) 683-9181 (facsimile)

RENEE D. WASSERMAN
ALEXIS JANSSEN MORRIS
Rogers Joseph O'Donnell
311 California Street, 10th Floor
San Francisco, California 94104
(415) 956-2828 (phone)
(415) 956-6457 (facsimile)

Attorneys for Defendants