IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>MEDLAB INC,<br><br>        Defendant.<br>_____/ | No. C 08-00822 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 27, 2009</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>November 14, 2008</u>.

DESIGNATION OF EXPERTS: <u>(unchanged) 8/4/08</u> ; REBUTTAL: <u>October 12, 2008</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>none set</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 9, 2009</u>;

    Opp. Due <u>February 6, 2009</u>;  Reply Due <u>February 20, 2009</u>;

    and set for hearing no later than <u>March 27, 2009</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 19, 2009</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 8, 2009</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall report back to Magistrate-Judge Zimmerman for a further settlement conference. The second settlement conference shall occur in April 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                            SUSAN ILLSTON
                                                            United States District Judge