ROGERS JOSEPH O'DONNELL
RENÉE D. WASSERMAN (State Bar No. 108118)
ALEXIS JANSSEN MORRIS (State Bar No. 200264)
311 California Street
San Francisco, California 94104
Telephone: (415) 956-2828
Facsimile: (415) 956-6457

THE LUSTIGMAN FIRM, P.C.
SHELDON S. LUSTIGMAN (admitted *pro hac vice*)
ANDREW B. LUSTIGMAN (admitted *pro hac vice*)
149 Madison Avenue, Suite 805
New York, New York 10016
Telephone: (212) 683-9180
Facsimile: (212) 683-9181

Attorneys for Defendants
MEDLAB, INC., PINNACLE HOLDINGS, INC., METABOLIC RESEARCH ASSOCIATES, INC., U.S.A. HEALTH, INC. AND L. SCOTT HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MEDLAB, INC., et al.,<br><br>                    Defendants. | Case No. CV-08-0822-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEFENDANTS' TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE HEARING DATE**<br><br>Date:          TBD<br>Time:          TBD<br>Courtroom:  10, 19th Floor<br>Date of first filing:  February 6, 2008<br>Trial Date:    June 8, 2009 |

The Court, upon motion of Defendants pursuant to Civil Local Rule 6-3, and GOOD CAUSE APPEARING THEREFORE, HEREBY ORDERS an extended period of 30 days time for Defendants to file their Opposition to Plaintiff's Motion For Summary Judgment and further orders the hearing on the matter extended by 30 days.

Page 1

[Proposed] Order Granting Motion To Extend Defendants' Time To File Opposition To Plaintiff's Motion For Summary Judgment and To Continue Hearing Date – Case No: CV-08-0822-SI

276193.1

1  Defendants shall file their Opposition to Plaintiff's Motion for Summary
2  Judgment on or before ~~March 9, 2009,~~ 2/24/09 Plaintiff shall file its Reply on or before March ~~23,~~ 13
3  2009, and the hearing ~~shall be continued to April 27, 2009~~ remains on 3/27/09 at 9:00 a.m.

4  IT IS HEREBY SO ORDERED, this ___ day of _____, 2009.

6  _____
7  THE HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE

Page 2

[Proposed] Order Granting Motion To Extend Defendants' Time To File Opposition To Plaintiff's Motion For Summary Judgment and To Continue Hearing Date – Case No: CV-08-0822-SI

276193.1