UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, <br> Plaintiff(s), <br> v. <br> MEDLAB, INC., et al., <br> Defendant(s). | No. C08-0822 SI (BZ) <br><br> **ORDER CONTINUING SETTLEMENT CONFERENCE** |

At the request of both parties and with the concurrence of Judge Illston, the settlement conference presently scheduled for March 31, 2009, at 9:00 a.m., is **continued** to **May 22, 2009 at 9:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The Court's previous Order otherwise remains in full force and effect.

Dated: March 20, 2009

Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.08\FTC CONTINUE SC.wpd        1