*ZYLADEX PLUS_ 397-9955_ 2005 NEW*  10/11/05

# WHO ELSE WANTS
# The New Skinny Pill

## Lose up to 15 pounds a week with the amazing formula that forces your body to release fat!



An amazing obesity therapy dramatically speeds up the body's rate of fat burn-off. Developed at a prestigious European university, it is NOW AVAILABLE in the United States with a potent, pharmaceutical grade caplet called Zyladex Plus. By stopping the food you eat from turning into fat, this medical school caloric abatement formula sheds excess weight and carves away unwanted inches SO FAST, that in the first 48 hours alone, you can

**LOSE up to 1 FULL POUND EVERY 8 to 12 HRS**
**SHRINK DOWN A FULL SIZE SMALLER in just 24 HRS** plus
**TRIM up to 8 INCHES FROM YOUR BODY in just 4 DAYS**

### FAST, IMMEDIATE RESULTS... GUARANTEED!

Clinical studies prove it. You will see and feel immediate results... starting the very first day! In fact, the Zyladex Plus doctor designed therapy works so fast you can actually LOSE as much as 50% OF YOUR EXCESS WEIGHT IN JUST 2 WEEKS and continue to trim away unwanted pounds and inches at such a staggering rate that

**Not Even Total Starvation Can Slim You Down and Firm You Up This Fast – This Safe!**

Approved for release by a FDA REGISTERED laboratory, Zyladex Plus is now available in the United States without a prescription. However, current supplies are severely limited. To take advantage of this important opportunity to finally win your war against fat and escape the guilt of past failures, you must act quickly.

### THE FUTURE OF WEIGHT LOSS IS HERE
### NO CALORIE COUNTING...
### NO STARVATION DIETS



You'll feel like a million dollars as you watch your stubborn pockets of excess fat and flab disappear right before your very eyes! Look how easy it is:

• **STEP #1** – Wake Up Refreshed and Start the Day with One Tiny, Tasteless Caplet which helps set the stage for a fat-burning chain reaction throughout your entire body while the caloric abatement formula helps



**As much as 4 inches and 50% of all excess fat gone in just 14 days!**

*NEUTRALIZE THE FAT BUILDING EFFECT IN ALL THE FOOD YOU EAT.*

• **STEP #2** – You Eat – Miss No Meals – Enjoy all sorts of food, morning, noon and night as this scientific design creates a NON-STOP HIGH LEVEL OF FAT BURN OFF ALL DAY LONG so pounds and inches vanish like never before.

• **STEP #3** – You Weigh and Then Measure Yourself Each Morning . . . and be amazed at the crash loss results. Because, starting after your very first caplet and your very first meal... you begin to burn off excess weight . . . melt away excess inches . . . as your body targets those ugly bulges of flab and dissolves pockets of hard set fat! FINALLY, YOU ARE ON YOUR WAY TO A LIFETIME OF SLIMNESS! So, if you are determined to once and for all:

**LOSE up to 10 INCHES OFF YOUR WAISTLINE**
**LOSE up to 8 INCHES OFF YOUR HIPS**
**LOSE up to 6 INCHES OFF YOUR THIGHS**
**LOSE up to 9 INCHES OFF YOUR STOMACH**

Even if right now you need to lose 40 - 60 - 80 -100 pounds or more, you owe it to yourself and your loved ones to pick up the phone and call right now, because this is the LAST WEIGHT REDUCING AD YOU WILL EVER HAVE TO READ!

### LOSE ALL YOUR UNWANTED WEIGHT AND KEEP IT OFF OR YOUR MONEY BACK

When we say NOT EVEN TOTAL STARVATION CAN SLIM YOU DOWN AND FIRM YOU UP THIS FAST – THIS SAFE – We Mean Every Word of It! With Zyladex Plus you'll loose all your unwanted weight and keep it off or you risk nothing. That's right! If you are dissatisfied for any reason whatsoever, simply return the merchandise within thirty days for a *No Questions Asked, Unconditional Refund of your product price.*

*Melt away fat 3 times faster than jogging 4 miles a day, 12 times faster than a full hour of military aerobics!*

### SAVE OVER 50% WHILE SUPPLIES LAST

As part of a continuing research test, if you agree to tell us how many pounds and inches you lose, CALL NOW to have Zyladex Plus rushed to your doorstep. You save over fifty percent. Plus, as a preferred customer, you receive these tremendous savings on all your future purchases – even if your doctor or pharmacist recommends Zyladex Plus and charges two or three times the special discount prices below. As an added bonus, to help you loose your weight and keep it off, shipping and handling are free when you order a 90 day supply. But you must act quickly before supplies run out to take advantage of these tremendous prices!

**ABSOLUTELY NO ORDERS WILL BE ACCEPTED AFTER CURRENT SUPPLIES ARE EXHAUSTED.**

Remember, with the Zyladex Plus money back guarantee, you have only pounds and inches to lose and a lifetime of slimness to gain. The final step is up to you. Don't miss out – Respond Today!

### CALL NOW FOR IMMEDIATE DELIVERY!

Operators are standing by 24 hours a day, 7 days a week

## 1-800-397-9955

VISA, MC, DISC., and **CHECKS ACCEPTED BY PHONE**
(Have your checkbook ready when calling)

Zyladex Plus, Research Division
405 West Fairmont Drive, Tempe, AZ 85282

| | | |
|---|---|---|
| 30 Day Supply............ | $49.95............ | only $19.95 |
| 60 Day Supply............ | $79.95............ | only $37.95 |
| 90 Day Supply............ | $119.95............ | only $54.95 |

**FREE shipping on 90 day supplies**
All other orders add $5.95 S&H

IMPORTANT NOTICE: IF YOU READ NOTHING ELSE PLEASE READ THIS: PLEASE CONSULT A PHYSICIAN PRIOR TO USE AND HAVE YOUR PHYSICIAN CHECK YOU REGULARLY TO BE SURE YOU'RE NOT LOSING TOO MUCH WEIGHT TOO FAST. ZYLADEX PLUS IS FOR ADULT USE ONLY. PLEASE KEEP THIS AND ALL OTHER MEDICATIONS OUT OF THE REACH OF CHILDREN. DEPENDING ON CURRENT WEIGHT, EXCESS WEIGHT AND OTHER FACTORS, RESULTS WILL VARY FROM ONE INDIVIDUAL TO ANOTHER. THE MORE OVERWEIGHT A PERSON IS, THE FASTER HE OR SHE SHOULD LOSE WEIGHT TO ACHIEVE BEST RESULTS. YOU SHOULD FOLLOW THE CALORIC ABATEMENT RECOMMENDATIONS, INCREASE ACTIVITY LEVEL AND NOT RELY ON PILL USE ALONE. THIS WEIGHT LOSS PLAN IS NOT DESIGNED TO DIAGNOSE OR ANALYZE ANY ILLNESS OR PATHOLOGY OF ANY KIND, NOR TO PROPOSE ANY METHOD OR TREATMENT OTHER THAN THAT WHICH YOU MAY CURRENTLY BE TAKING. ANY ONE IN GOOD HEALTH CAN FOLLOW THIS PROGRAM. HOWEVER, PREGNANT OR NURSING WOMEN, CHILDREN, THE ELDERLY, THOSE SUFFERING FROM HIGH BLOOD PRESSURE, HEART, THYROID, OR ANY PRE-EXISTING MEDICAL PROBLEM OR TAKING MEDICATION PRESCRIBED BY A DOCTOR SHOULD NOT FOLLOW THIS WEIGHT LOSS PLAN – NOR ANY OTHER WEIGHT LOSS PROGRAM – WITHOUT THE AUTHORIZATION AND SUPERVISION OF A PHYSICIAN. ILLUSTRATIONS ARE BEST CASE SCENARIOS AND MAY NOT BE TYPICAL OF YOUR RESULTS. THIS ADVERTISEMENT IS NOT INTENDED AS MEDICAL ADVICE AS YOU SHOULD ALWAYS CONSULT YOUR PHYSICIAN. IS VOID WHERE PROHIBITED BY LAW AND THE RESALE OR REPACKAGING OF THIS WEIGHT LOSS PLAN WITHOUT PRIOR WRITTEN APPROVAL AND PROPER LICENSE COULD BE A VIOLATION OF STATE AND/OR FEDERAL LAW. COPYRIGHT 2005 MEDLAB, INC